# Coldstream Ministries©

c/o 10020 Carolina Street
Bonita Springs, Florida Republic [34135]

**Exhibit List – Case Building**
**(Coldstream Ministries v. Regions Bank)**

| Exhibit | Title / Description | Summary of Evidentiary Value |
|---|---|---|
| A | $5,000,000 Negotiable Instrument (PDSI) | Copy of the private debt settlement instrument tendered for discharge; establishes lawful tender and initiation of fiduciary duties. |
| B | Notice of Conversion & Double Payment | Written notice to Regions identifying conversion and improper double-credit; first formal notice of breach. |
| C | Email to Rob Thompson – Notice of Conversion | Confirms Regions' receipt of conversion notice; demonstrates corporate awareness of the issue. |
| D | Declaration of Unlawful Conversion of Negotiable Instruments | Sworn declaration documenting breach and unlawful conversion; foundation for damages and default. |
| E | Email to Rob Thompson – NDA Resolution Offer | Demonstrates Coldstream's good-faith effort to resolve the dispute privately prior to litigation. |
| F | Summary of Regions Bank's Dishonor & Breach of Fiduciary Duty – Notice | Consolidated account of Regions' dishonor, outlining fiduciary duty breaches and misconduct. |
| G | Email to Rob Thompson – Immediate Corrective Action Required | Direct demand for remedy and reversal; establishes continued refusal or non-performance. |
| H | Demand for Status – Negotiable Instrument & Notice of Dishonor/Refusal | Formal request for accounting and response; evidence of dishonor and lack of reconciliation. |

| I | Email to Rob Thompson & Roy Scholl – Notice of Intent to Sue | Proof of litigation notice delivered to corporate officers; key anchor in retaliation timeline. |
|---|---|---|
| J | Certified Mailing – Proof of Service for Notice of Intent to Sue | USPS record showing delivery at 11:53 a.m.; evidences timing of notice relative to lockout. |
| K | Demand for Full Accounting & Preservation of Record / Litigation Hold Notice | Invokes Regions' duty to preserve relevant records under litigation hold. |
| L | Online Portal Lock – Screenshot (iPhone) | Screenshot showing account lockout within 23 minutes of NOIS receipt; critical retaliatory evidence. |
| M | Trust Minutes Entry – Call with Stuart Abolski, VP of Corporate Services | Trustee minutes confirming Regions' acknowledgment and refusal to clarify post-lockout. |
| N | Notice of Confirmation and Demand for Clarification | Follow-up correspondence showing Regions' continued dishonor and failure to cure. |
| O | USPS Letter – Notice of Account Closure / Service Termination | Written notice scheduling account closure for October 8, 2025; establishes retaliatory intent and deprivation of property. |
| P | Alabama State Banking Department Letter – Complaint Resolution | Official state response confirming completion of review of Coldstream Ministries' complaint against Regions Bank. The correspondence documents that Regions was unable to locate the ACH items, Trust Accounts, returned checks, or rejected items identified in Coldstream's Accounting Demand — constituting Regions' admission of non-possession and conversion. Also establishes agency oversight and cross-notification to the Florida Department of Financial Services. |
| Q | Notice of Refutation and Rebuttal of Arbitration Authority | Formal notice mailed October 14–15, 2025, rejecting Regions Bank's |

| | | arbitration clause under the Deposit Agreement Addendum; asserts lack of meeting of minds, preserves Coldstream Ministries' rights under the Seventh Amendment, and documents non-consent to corporate arbitration jurisdiction. |
|---|---|---|