UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

COLDSTREAM MINISTRIES©,
a private ecclesiastical trust,
by and through its trustees,
DAMAN-THOMAS: CALDWELL and JENNIFER-LEIGH: CALDWELL,
appearing in propria persona, sui juris,

Plaintiff,

v.

REGIONS BANK, N.A.,
a national banking association,

Defendant.

Case No. _____

**RESERVATION OF RIGHTS — PAYMENT UNDER PROTEST**

To: Clerk, United States District Court, Middle District of Florida, Fort Myers Division
Re: COLDSTREAM MINISTRIES© v. REGIONS BANK, N.A. — Civil Complaint

Payment of the filing fee required for docketing this civil action is made under protest and without prejudice, in order to perfect access to the court while expressly reserving all private and common-law rights.

Plaintiff, COLDSTREAM MINISTRIES©, by and through its trustees, Daman-Thomas: Caldwell and Jennifer-Leigh: Caldwell, appearing in propria persona, sui juris, states that this payment does not constitute a waiver of creditor standing, trust rights, or any private

administrative remedy, nor does it create suretyship or assumption of any public debt. It is tendered solely to satisfy the ministerial condition of entry upon the public record.

All rights are hereby reserved, without prejudice UCC 1-308.

Respectfully submitted,

_____ Date: 10/31/25
Daman-Thomas: Caldwell

_____ Date: 10/31/25
Jennifer-Leigh: Caldwell

In propria persona, sui juris
c/o 10020 Carolina Street
Bonita Springs, Florida Republic

## RECEIPT ACKNOWLEDGMENT AND RECORD OF PAYMENT

This page is provided for Plaintiff's private record to document the filing fee payment associated with the civil complaint filed in the United States District Court, Middle District of Florida, Fort Myers Division.

Upon tendering payment under protest and without prejudice, the following information shall be recorded for trust and private administrative purposes.

| | |
|---|---|
| Date of Payment: | _____ |
| Amount Paid: | _____ |
| Receipt Number: | _____ |
| Case Number: | _____ |
| Accepted by (Clerk Name): | _____ |
| Clerk Office Location: | United States District Court, Middle District of Florida – Fort Myers Division |

Attach stamped 'Filed' copy of Complaint and payment receipt to this page for recordkeeping.

All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit — ARR