UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

COLDSTREAM MINISTRIES©,
a private ecclesiastical trust,
by and through its trustees,
DAMAN-THOMAS: CALDWELL and JENNIFER-LEIGH: CALDWELL,
appearing in propria persona, sui juris,

Plaintiff,

v.

REGIONS BANK, N.A.,
a national banking association,

Defendant.

Case No. 2:25-cv-993-KCD-DNF

**NOTICE OF FILING DEMAND FOR PRESERVATION OF EVIDENCE AND RECORDS**

Plaintiff, COLDSTREAM MINISTRIES©, a private ecclesiastical trust, by and through its trustees, Daman-Thomas: Caldwell and Jennifer-Leigh: Caldwell, appearing in propria persona, sui juris, hereby gives notice of filing with this Honorable Court the attached Demand for Preservation of Records previously served upon Defendant, Regions Bank, N.A., on September 21, 2025.

This filing is made to place the Court on notice that Plaintiff directed Defendant to preserve all records, electronically stored information (ESI), and documents relating to Plaintiff's Bill of Exchange tendered August 25, 2025, and the subsequent freezing and closure of the Coldstream Ministries© account. The Preservation Demand, mailed prior to any adverse action, includes explicit instruction to safeguard Fedwire, E-LAPS, and internal communication records pertaining to these events.

Failure of Defendant to preserve such records after receiving this notice shall constitute spoliation of evidence subject to sanctions, adverse inference instructions, and such other remedies as justice requires.

Respectfully submitted,

COLDSTREAM MINISTRIES©
By and through its Trustees:

_____ Date: 10/31/25
Daman-Thomas: Caldwell

_____ Date: 10/31/25
Jennifer-Leigh: Caldwell

In propria persona, sui juris
c/o 10020 Carolina Street
Bonita Springs, Florida Republic

Attached: Exhibit A – Demand for Preservation of Records (served September 21, 2025)