UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

COLDSTREAM MINISTRIES©,
a private ecclesiastical trust,
by and through its trustees,
DAMAN-THOMAS: CALDWELL and JENNIFER-LEIGH: CALDWELL,
appearing in propria persona, sui juris,

Plaintiff,

v.

REGIONS BANK, N.A.,
a national banking association,

Defendant.

Case No. _____

**COVER LETTER TO CLERK OF COURT**

Clerk of Court
U.S. District Court, Middle District of Florida
Fort Myers Division
2110 First Street, Room 2-194
Fort Myers, FL 33901

RE: COLDSTREAM MINISTRIES© v. REGIONS BANK, N.A.
Case No.: _____

Dear Clerk,

Enclosed for filing in the above-referenced matter please find Plaintiff's NOTICE OF FILING DEMAND FOR PRESERVATION OF EVIDENCE AND RECORDS. Kindly file-stamp the enclosed original and return a copy to Plaintiff in the envelope provided.

Thank you for your assistance.

Respectfully submitted,

COLDSTREAM MINISTRIES©
By and through its Trustees:

_____ Date: 10/31/25
Daman-Thomas: Caldwell

_____ Date: 10/31/25
Jennifer-Leigh: Caldwell

In propria persona, sui juris
c/o 10020 Carolina Street
Bonita Springs, Florida Republic