## Notice of Demand for Trial by Jury

I, Daman-Thomas: Caldwell, a living man, Executor and Trustee of COLDSTREAM MINISTRIES©, hereby give notice and demand for a trial by jury. I appear in propria persona, in my proper person, and not pro se. I do not re-present any legal fiction, but present myself in original substantive form.

### 1. Constitutional Right

Under the Seventh Amendment to the Constitution of the United States of America, the right of trial by jury shall be preserved in suits at common law where the value in controversy exceeds twenty dollars. This demand is made in full exercise of that right.

### 2. Purpose of Jury Demand

The presence of a jury ensures that matters of fact, dishonor, and damages will not be concealed or decided by a single officer of the court. A jury of peers provides the safeguard against bias, conflicts of interest, and concealment of truth.

### 3. Standing

I appear solely as Executor and Trustee of COLDSTREAM MINISTRIES© and Attorney-in-Fact for the trust estate. I do not waive any rights or remedies in the private, and I reserve all rights to enforce perfected liens, drawdowns, and private remedies independently of these proceedings.

### 4. Demand

Therefore, I demand that this matter be tried before a duly convened jury of men and women, and not by bench trial alone. This demand is made timely and unequivocally.

Further affiant sayeth not.

All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit — ARR