AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **2:25-cv-993-KKC-DNF**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for  **Corporation Service Company**
was recieved by me on **11/11/2025**:

☐    I personally served the summons on the individual at *(place)* on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **Sheena Black Customer Service Associate**, who is designated by law to accept service of process on behalf of **Corporation Service Company** at **1201 Hays St, Tallahassee, FL 32301** on **11/11/2025 at 11:45 AM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  11/11/2025

**FILED**

NOV 1 7 2025

Clerk, US District Court
Middle District of Florida
Fort Myers, Florida

_____
Server's signature

**James Kady**
Printed name and title

**391 Prince St**
**Tallahassee, FL 32304**

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents, COMPLAINT AND DEMAND FOR JURY TRIAL; PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT; NOTICE OF FILING DEMAND; SUMMONS; EXHIBITS,  to Sheena Black Customer Service Associate who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 25-35 years of age, 5'-5'4" tall and weighing 120-140 lbs.**





Tracking #: 0194737210

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
## Middle District of Florida

COLDSTREAM MINISTRIES©
By and Through Trustees
Daman-Thomas: Caldwell and
Jennifer-Leigh: Caldwell
_____
*Plaintiff(s)*

v.

Civil Action No. 2:25-CV-993-KCD-DNF

REGIONS BANK
_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

REGIONS BANK
c/o Corporation Service Company (Registered Agent)
1201 Hays Street
Tallahassee, Florida [32301-2525]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

COLDSTREAM MINISTRIES©
Daman-Thomas: Caldwell and Jennifer-Leigh: Caldwell, trustees
c/o 10020 Carolina Street
Bonita Springs, Florida Republic [34135]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/31/25    _____
                  *Signature of Clerk or Deputy Clerk*

COLDSTREAM MINISTRIES©

Private Ecclesiastical Trust

c/o 10020 Carolina Street

Bonita Springs, Florida Republic [34135]


November 12, 2025


Clerk of Court

United States District Court

Middle District of Florida – Fort Myers Division

2110 First Street

Fort Myers, Florida 33901


RE: COLDSTREAM MINISTRIES© et al. v. REGIONS BANK, N.A.

Case No. 2:25-cv-00993-KKC-DNF

Subject: Filing of Executed Summons (Proof of Service – AO-440)


Dear Clerk,


Please find enclosed the following documents for filing in the above-referenced matter:

1. Executed Summons in a Civil Action (AO-440 form) reflecting service upon the Defendant's registered agent, Corporation Service Company, on November 11, 2025.
2. Self-addressed stamped envelope for the return of a file-stamped copy for our records.

Kindly record the Proof of Service to the docket and return the stamped copy in the enclosed envelope.

Thank you for your assistance.

Respectfully submitted,

/s/ Daman-Thomas: Caldwell

Trustee, COLDSTREAM MINISTRIES©

/s/ Jennifer-Leigh: Caldwell

Trustee, COLDSTREAM MINISTRIES©

All Rights Reserved — Without Prejudice — UCC 1-308