PRESS FIRMLY TO SEAL   PRESS FI

**UNITED STATES**

 Retail

**P**  US POSTAGE PAID
$16.85
Origin: 34135
11/12/25
1109000407-06

PRIORITY MAIL®

0 Lb 2.50 Oz

RDC 03

EXPECTED DELIVERY DAY: 11/15/25

C003

SHIP TO:
 2110 1ST ST
FORT MYERS FL 33901-3000

USPS SIGNATURE® TRACKING #



9510 8156 0312 5316 6615 88

PRIOR
MAI
SC
By
strictions apply).*
many internation
form is required.
ims exclusions see th
ility and limitations of
To schedule fre
scan th

USPS.C

This package is made from post-consumer waste. Please recycle - again.

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

LY TO SEAL

ITY®

EENED
USMS
destinations.

erage.

ackage Pickup,
R code.



PICKUP

how2recycle.info



UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Coldstream Ministries ©
℅ 10020 Carolina Street
Bonita Springs, Florida [34135]
Non-Assumpsit / Non-Domestic ARR
UCC 1-308

TO:

United States District Court
Attn: Clerk of Court
2110 First Street
Fort Myers, Florida [33901]

Label 228, December 2023      FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.



# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

For Domestic shipments, the maximum weight is 70 lb

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For international shipments, the maximum weight is 20 lbs.

NOV 17 2025 PM 1:55
RCVD - USDC - FLMD - FTM

PRIORITY MAIL®