## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

COLDSTREAM MINISTRIES©, a private ecclesiastical trust, by and through its Trustees, Daman-Thomas: Caldwell and Jennifer-Leigh: Caldwell, appearing in propia persona, sui juris

    Plaintiff,

v.   No. 2:25-cv-993-KCO-ONF

REGIONS BANK, N.A.

    Defendant.

_____

### NOTICE OF DESIGNATION OF LEAD COUNSEL

Pursuant to Local Rule 2.02(a), the undersigned attorney, Joshua Roberts, Esq., will serve as Lead Counsel on behalf of Defendant Regions Bank in this action.

Dated: December 2, 2025

    Respectfully submitted,

**HOLLAND & KNIGHT LLP**

/s/ *Joshua H. Roberts*
Joshua H. Roberts
Floria Bar No. 042029
50 North Laura Street, Suite 3900
Jacksonville, FL 32202
Telephone: (904) 353-2000
Facsimile:  (904) 358-1872
E-mail: josh.roberts@hklaw.com
Secondary: cathy.luke@hklaw.com

and

Luis Balart
Florida Bar No. 1045388
100 North Tampa St., Suite 4100
Tampa, FL 33602
Telephone (813) 227-8500
Facsimile: (813) 229-0134
E-mail: luis.balart@hklaw.com

*Attorneys for Regions Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2025, a copy of the foregoing was sent via registered mail to: Coldstream Ministries, 10020 Carolina Street, Bonita Springs, Florida 34135.

　　　　　　　　　　　　　　　　 */s/ Joshua Roberts*
　　　　　　　　　　　　　　　　Attorney

2