## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

COLDSTREAM MINISTRIES©, a private
ecclesiastical trust, by and through its
Trustees, Daman-Thomas: Caldwell and
Jennifer-Leigh: Caldwell, appearing in
propia persona, sui juris

      Plaintiff,

v.                                                    No. 2:25-cv-993-KCO-ONF

REGIONS BANK, N.A.

      Defendant.

_____

### DEFENDANT REGIONS BANK'S DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

The disclosures in this statement will contribute to evaluating judicial recusal and diversity of citizenship. A summary of the law of recusal and citizenship accompanies this statement. Each party must revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy. The privacy protection of Rule 5.2, Federal Rules of Civil Procedure, applies to the disclosures.

### Recusal Information

1.  If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

    **Regions Bank states that its parent corporation is Regions Financial Corporation, which owns 100% of its stock. As of the most recent publicly available information, The Vanguard Group, Inc., holds more than 10% of the outstanding shares of Regions Financial Corporation's common stock. To the knowledge of Regions Bank based on publicly**

**available information, no other company holds 10% or more of the outstanding shares of Regions Financial Corporation's common stock.**

2. Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

   **I am unaware of any other entity or natural person other than counsel of record or the parties to the action with an interest the action's outcome might substantially affect.**

3. Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

   **I am unaware of any lawyer other than counsel of record who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.**

4. If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

   **N/A**

5. Identify any entity or natural person not already disclosed and likely to actively participate in this action.

   **I am currently unaware of any entity or natural person not already disclosed and likely to actively participate in this action.**

6. Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

   **I am currently unaware of any conflict of interest affecting the judge or the magistrate judge in this action.**

## Citizenship Information

If the filer is a **natural person**, the filer must identify the filer's citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

If the filer is a **corporation**, the filer must identify its place(s) [or alternatively state(s)] of incorporation and its principal place(s) of business.

If the filer is a **limited liability company** or **other unincorporated entity**, the filer must identify each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

If, in a direct action against an insurer based on a policy or contract of liability insurance, the filer is the **insurer** and if the insured is not joined as a defendant, the filer, in accord with 28 U.S.C. § 1332(c)(1), must identify the filer's state of incorporation, the filer's principal place of business, and the insured's citizenship.

If the filer is the **legal representative of an estate**, the filer must identify the decedent's citizenship.

If the filer is the **legal representative of an infant or an incompetent person**, the filer must identify the infant's or incompetent person's citizenship.

**7.** If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

**Regions Bank is a citizen of Alabama because it is incorporated in Alabama with its principal place of business in Birmingham, Alabama.**

**8.** If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

**N/A**

## <u>Certificate</u>

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

Dated: December 2, 2025

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

*/s/ Joshua H. Roberts*
Joshua H. Roberts
Floria Bar No. 042029
50 North Laura Street, Suite 3900
Jacksonville, FL 32202
Telephone: (904) 353-2000
Facsimile:  (904) 358-1872
E-mail: josh.roberts@hklaw.com
Secondary: cathy.luke@hklaw.com

and

Luis Balart
Florida Bar No. 1045388
100 North Tampa St., Suite 4100
Tampa, FL 33602
Telephone (813) 227-8500
Facsimile: (813) 229-0134
E-mail: luis.balart@hklaw.com

*Attorneys for Regions Bank*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 2, 2025, a copy of the foregoing was sent via registered mail to: Coldstream Ministries, 10020 Carolina Street, Bonita Springs, Florida 34135.

*/s/ Joshua Roberts*
Attorney