UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COLDSTREAM MINISTRIES©, a Private Ecclesiastical Trust,
by and through Trustee, Daman-Thomas: Caldwell and Jennifer- Leigh: Caldwell, Trustee
Plaintiff,

Case No. 2:25-cv-00993

v.

REGIONS BANK, N.A.,
Defendant.

# NOTICE OF FILING

Plaintiff, Coldstream Ministries©, a Private Ecclesiastical Trust, by and through its Trustee, Daman-Thomas: Caldwell and Jennifer-Leigh: Caldwell respectfully gives notice of filing the following Exhibits in support of Plaintiff's Motion for Summary Judgment — Based on Perfected Private Administrative Judgment (Full Damages).

Filed Exhibits:

- Exhibit A – Private Administrative Judgment and Final Estoppel
- Exhibit B – Proofs of Service / Mailing Records (included with exhibit A as the certified mail receipt)
- Exhibit C – Preservation of Evidence & Records Demand (and Notice of Filing)
- Exhibit D – Discovery Requests (RFAs, ROGs, RFPs) and Related Correspondence
- Exhibit E – Regions Account Freeze/Closure Notice and Returned Funds Evidence

Respectfully submitted,

COLDSTREAM MINISTRIES© — Private Ecclesiastical Trust
By: Daman-Thomas: Caldwell, Trustee and Jennifer-Leigh: Caldwell, Trustee
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit — ARR

CERTIFICATE OF SERVICE

I certify that on this date a true and correct copy of the foregoing was served upon the following by Certified Mail, Return Receipt Requested, and/or by any electronic means authorized by the Court or consent of the parties:

Corporation Service Company (CSC)
Registered Agent for Regions Bank, N.A.
1201 Hayes Street
Tallahassee, FL 32301-2525

Dated: Dec. 3, 2025

By: _____ ALL
Daman-Thomas: Caldwell, Trustee
COLDSTREAM MINISTRIES©

By: _____ ALL
Jennifer-Leigh: Caldwell, Trustee
COLDSTREAM MINISTRIES©

# TABLE OF CONTENTS

**Tab 1 —** *Plaintiff's Statement of Regions Bank's Pattern of Misconduct in Support of Punitive Damages*

Summary of Defendant's historical misconduct, oversight findings, and repeated fiduciary breaches relevant to punitive-damages analysis.

**Tab 2 —** *Declaration of Record and Procedural History*

Sworn declaration outlining the perfected private administrative process, notices, dishonor, estoppel, and chronological procedural history.

**Tab 3 —** *Plaintiff's Motion for Summary Judgment*

Motion under Rule 56, including introduction, statement of undisputed material facts, legal argument, and request for full damages.

**Tab 4 —** *Proposed Order Granting Plaintiff's Motion for Summary Judgment*

Draft order for the Court's convenience, awarding $55,000,000.00 plus interest and costs.

**Tab 5 —** *Table of Exhibits*

Master Exhibit Index referencing Exhibits A–J, including private administrative record, proofs of service, preservation demands, discovery requests, agency correspondence, and account-freeze evidence.