IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

COLDSTREAM MINISTRIES© ,

A Private Ecclesiastical Trust,

Plaintiff,

v.

REGIONS BANK,

Defendant.

Case No.: 2:25-cv-993

PLAINTIFF'S STATEMENT OF REGIONS BANK'S PATTERN OF MISCONDUCT IN SUPPORT OF PUNITIVE DAMAGES

Plaintiff COLDSTREAM MINISTRIES© , a private ecclesiastical trust, respectfully submits this Statement to assist the Court in evaluating Defendant's conduct, intent, and corporate history relevant to punitive damages. This filing is made for the limited purpose of providing context, background, and pattern evidence related to Defendant Regions Bank and is not submitted as a response to any pending motion.

The conduct at issue in this case is consistent with a long and well-documented pattern of unlawful, deceptive, and retaliatory practices by Regions Bank, recognized repeatedly by federal regulators, courts, and oversight bodies.

I. INTRODUCTION

This action arises from Regions Bank's retaliatory conduct toward COLDSTREAM MINISTRIES© , including:

– The immediate internal "locking" of the Trust's bank account,

– Concealment of internal actions,

– Contradictory explanations from multiple Regions representatives,

– Refusal to provide required accounting records,

– Internal notations indicating intent to close or restrict the account ("Auto-close account – do not remove"),

– Retaliatory behavior occurring within minutes after receiving a written litigation notice.

This conduct mirrors a broader, well-established pattern of misconduct that federal regulators have repeatedly penalized and courts have publicly recognized.

## II. REGIONS BANK'S PATTERN & PRACTICE OF MISCONDUCT

### A. Federal Regulators Have Identified Regions as a Repeat Offender

In 2022, the CFPB determined that Regions Bank engaged in illegal surprise overdraft fees, misleading customers. Regions paid $191 million in penalties and restitution and was designated a repeat offender. Oversight continued until July 24, 2025.

### B. Courts Have Found Evidence of Systemic Governance Failures

In 2025, the Delaware Chancery Court refused to dismiss accusations that Regions' Board ignored compliance red flags. This demonstrates systemic misconduct.

### C. Prior Dishonesty in Federal Programs

In 2016, Regions paid $52.4 million for FHA mortgage violations, knowingly underwriting defective loans.

### D. Discriminatory Lending Allegations

Regions has faced actions for redlining and discriminatory lending practices.

### E. Retaliation Against COLDSTREAM MINISTRIES© Fits the Pattern

Evidence shows Regions locked the account minutes after receiving litigation notice, refused records, and made contradictory statements.

## III. PUNITIVE DAMAGES ARE WARRANTED

### A. Legal Standard

Punitive damages apply when intentional misconduct or gross negligence is shown.

### B. Prior Penalties Have Not Deterred Regions

Penalties have not corrected Regions' patterns.

### C. Judicial Findings Support Punitive Damages

Oversight failures at board level justify punitive consideration.

### D. Retaliation Demonstrates Malicious Intent

The timing and concealment support punitive damages.

### IV. REGIONS BANK – TIMELINE OF MISCONDUCT

2016 – DOJ – FHA violations – $52.4M settlement

2018–2020 – Civil Groups – discriminatory lending – civil actions

2022 – CFPB – illegal overdraft fees – $191M penalty

2023–2025 – CFPB – oversight order – repeat offender

2024–2025 – Delaware Chancery – red flags ignored – dismissal denied

2025 – This Case – retaliation and obstruction – pending

### V. CONCLUSION

Regions Bank's treatment of COLDSTREAM MINISTRIES© is part of a well-documented pattern of unlawful, deceptive, and retaliatory behavior warranting punitive damages.

Respectfully submitted,

COLDSTREAM MINISTRIES©

A Private Ecclesiastical Trust

By its Trustees

Daman-Thomas Caldwell and Jennifer-Leigh Caldwell

c/o 10020 Carolina Street

Bonita Springs, Florida Republic [34135]

### CERTIFICATE OF SERVICE

I certify that on this 3 day of DeC, 2025, a true and correct copy of this Statement and the attached Regions Bank – Timeline of Misconduct was served via USPS Certified Mail upon:

Regions Bank

Corporate Service (Registered Agent)

1201 Hays Street

Tallahassee, Florida Republic [32301]

Executed by:

*[signature]* ARR
Daman-Thomas Caldwell, Trustee

*[signature]*, ARR
Jennifer-Leigh Caldwell, Trustee