# DECLARATION OF RECORD AND PROCEDURAL HISTORY

IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

Case No. 2:25-cv-00993

COLDSTREAM MINISTRIES©, a Private Ecclesiastical Trust,

by and through its Trustees Daman-Thomas Caldwell and Jennifer-Leigh Caldwell, Plaintiff,

v.

REGIONS BANK, N.A., Defendant.

---

This Declaration is entered into the record for judicial notice as a factual history of the administrative process perfected in private remedy, leading to the issuance of the Final Administrative Judgment and Estoppel now before this Court.

---

## I. Purpose and Authority

Plaintiff COLDSTREAM MINISTRIES©, appearing through its duly appointed Trustees, Daman-Thomas Caldwell and Jennifer-Leigh Caldwell, respectfully submits this Declaration to

establish the chronology, evidentiary foundation, and procedural integrity of the perfected private administrative record supporting the pending Motion for Summary Judgment.

The purpose of this Declaration is to demonstrate that all matters giving rise to this action were pursued and perfected through due-process correspondence, certified service, and lawful notice and opportunity to cure, prior to the initiation of litigation.

## II. Chronological Record of Proceedings

1. Origin of Claim (2024 – July 2025).

The administrative process originated from a $90,000 credit-card dispute between COLDSTREAM MINISTRIES© and REGIONS BANK, N.A. The $90,000 demand is not part of the present federal complaint but is included solely for evidentiary context, showing Plaintiff's good-faith efforts to resolve the matter privately. Formal notices included the Conditional Acceptance for Value (April 15 2025), Declaration of Fraudulent Billing (May 12 2025), Private Fee Schedule, and Cover Letter for Enforcement (June 6 2025), culminating in a Final Administrative Judgment (July 10 2025) and Certificate of Non-Response (July 12 2025).

2. Final Enforcement Notice and Expansion of Judgment (August 12 2025).

A certified-mail notice was served upon Regions Bank's General Counsel expanding the perfected judgment from $90,000 to $50,000,000 USD due to continued dishonor and post-judgment violations, with a ten-day cure period afforded.

3. Fiduciary Accounting Demands and Litigation Hold (September 2025).

Multiple written demands were issued to Regions Bank for full account ledgers, ACH and Fedwire records, and settlement documentation. Responses were not received. A formal litigation hold was transmitted on September 21 2025 to preserve digital and physical evidence.

By: Daman-Thomas Caldwell, Trustee

     Jennifer-Leigh Caldwell, Trustee

All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit — ARR

Date: Nov. 11, 2025

Signature: _____

Signature: _____