UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


COLDSTREAM MINISTRIES©, a Private Ecclesiastical Trust,
by and through Trustee, Daman-Thomas: Caldwell and Jennifer-Leigh: Caldwell,
Trustee
Plaintiff,

Case No. 2:25-cv-00993

v.

REGIONS BANK, N.A.,
Defendant.

5

# TABLE OF EXHIBITS


(Filed in Support of Plaintiff's Motion for Summary Judgment)


Exhibit A — Private Administrative Record (A1–A5)

Complete private administrative due-process record including: Origin of Claim, Lien Expansion, Records Demands, Treasury filings, and the Final Administrative Judgment & Estoppel.


Exhibit B — Proofs of Mailing / Service

Certified mail receipts, USPS postmarks, and tracking confirmations attached to each corresponding exhibit.

**Exhibit C — Notice of Filing Demand for Preservation of Evidence and Records**

Formal written demand requiring preservation of ledgers, correspondence, electronic records, screenshots, and trust-account data.

**Exhibit D — Plaintiff's First Set of Discovery Requests**

RFAs, ROGs, RFPs, and related correspondence, demonstrating Plaintiff diligence and Regions' failure to produce materials.

**Exhibit E — Regions Bank Account Freeze / Closure Correspondence**

Includes internal "auto-close" notation, lockout communications, and branch confirmations of retaliatory account action.

**Exhibit F — CFPB Oversight Correspondence Record**

Complaint initiation, supplemental submissions, CFPB forwarding to Regions, and Regions' refusal to participate.

**Exhibit G — OCC Correspondence Record**

Complaint, acknowledgment, request for additional documentation, supplemental submission, and subsequent silence.

**Exhibit H — Alabama State Banking Department Record**

Complaint, service confirmation, Department response disclaiming jurisdiction, and administrative silence.

**Exhibit I — Supplemental Notice of Retaliation & Escalation Packet**

Notices sent to Federal Reserve Board, Federal Reserve Bank of Atlanta, Alabama State Banking Department, and CSC; includes full Exhibit Index (A–I).

Exhibit J — Federal Reserve Bank of Atlanta Response Letter (Nov. 5, 2025)

Single-document exhibit confirming Regions responded to the Federal Reserve but refused to respond to CFPB.



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No. 2:25-cv-00993

COLDSTREAM MINISTRIES©, a Private Ecclesiastical Trust,
by and through Trustee, Daman-Thomas: Caldwell, and Jennifer-Leigh: Caldwell, Trustee
Plaintiff,
v.
REGIONS BANK, N.A.,
Defendant.

## EXHIBIT A — PRIVATE ADMINISTRATIVE RECORD INDEX

This index outlines the chronological progression of Coldstream Ministries©' private
administrative process leading from the original $90,000 credit-card dispute to the
perfected Private Administrative Judgment and Final Estoppel.

- A-1 — Origin of Claim — Initial $90,000 Demand

Copy of Regions credit-card statements and the first written demand/notice establishing
the debt basis and requested correction. The $90,000 demand and invoice referenced
below are not part of the present federal complaint. They are included solely as
evidentiary background to demonstrate COLDSTREAM MINISTRIES©' good-faith
due-process efforts in resolving the underlying credit matter privately. This record shows
how the administrative process lawfully progressed from the original $90,000 demand
into the perfected lien and final judgment now before the Court.

- A-2 — Lien Expansion Notice

Updated notice increasing claim amount and outlining basis for expanded damages;
includes proof of service.

- A-3 — Fiduciary Accounting & Record-Production Demands

Correspondence requesting ledgers, account logs, or clearing details; includes any Regions
replies or silence notation.

- A-4 — Levy / Notice of Intent to Sue

Formal notice advising of impending enforcement or litigation, with certified-mail proof.

- A-5 — Final Administrative Judgment & Estoppel

Final notice declaring dishonor, default, and perfected administrative judgment; closing
statement of claim.

**Filed in Support of Plaintiff's Motion for Summary Judgment — Based on Perfected Private Administrative Judgment (Full Damages).**

**Respectfully submitted,**

**COLDSTREAM MINISTRIES© — Private Ecclesiastical Trust**
**By: Daman-Thomas: Caldwell, Trustee and Jennifer-Leigh: Caldwell, Trustee**
**All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit — ARR**



Daman Thomas Caldwell

c/o 10020 Carolina Street

Bonita Springs, Florida Republic [34135]

Doccaldwell5250@gmail.com

**A-1**

January 11, 2025

To Whomever this may concern,

**\*\*NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND NOTICE TO PRINCIPLE IS NOTICE TO AGENT\*\***

On November 12th, 2024, you were sent correspondence to inform you that the bill was paid in full and to close the account. The account was not closed, and late fees were applied. At this point, Regions has added so many FEES that the original security of $250 in Federal Reserve Notes will not cover the account balance. I will not be paying above and beyond the original security held on this account as I have demanded the account to be closed on several occasions throughout the past two months. I have called, mailed correspondence and emailed corporate. I was ignored and the account was left open to accrue more fees. As Trustees of this Fiduciary relationship, you are to do what is in the best interest of the beneficiary, Daman Caldwell, but you are acting as though you are the beneficiary. That is fraud, you are not the beneficiary. Regions needs to credit back any fees placed on this account and close it out by using the $250 security held when the account was opened. There should be nothing else needed from me to successfully close this account. This account did not benefit me the way I was told it would and no longer want to continue this relationship. Since Regions was not listening to me when I called or wrote in to close the account, I will do it this way.

I will also point out that the name **DAMAN THOMAS CALDWELL©** is a copyright. That is an assumed name that I am the sole proprietor of. You cannot sell or obtain revenue by any means whatsoever under that name. I have also placed that copyright under a one hundred-million-dollar lien. Close the account, offset the debt and cease and desist from further collections or I will seek legal remedy.

Without recourse, without prejudice,

Daman Caldwell© UCC-1-308 ARR

Daman-Thomas: Caldwell, Attorney-In-Fact

UCC 1-308, ARR

**State of Florida, County of** ___Lee___
The foregoing Instrument was acknowledged before me, by
means of [X] physical presence or [ ] online notarization,
this 13 day of Jan 2025 by Daman-Thomas: Caldwell
**Type of ID produced** ___US PP___
**or is personally known to me**

**Notary Signature** _____

ROBERT H. THOMPSON
NOTARY
My Comm. Expires
Dec. 9, 2027
Comm. # HH 468977
PUBLIC
STATE OF FLORIDA

page 1 of 2

Regions Bank
Po Box 11407
Birmingham, Al   35246-0100

 **REGIONS**

January 06, 2025

Daman T Caldwell          **N0000395
10020 Carolina St
107 W Cheyenne Rd
Bonita Springs, FL  34135

Your account ending in 5723

| | |
|---|---|
| BALANCE | $397.93 |
| AMT PAST DUE | $131.00 |
| TOTAL AMOUNT DUE | $181.00 |

Dear Daman T Caldwell,

At Regions, your banking relationship is important to us. That is why we
want to make every effort to quickly resolve issues that may affect that
relationship.

Our records indicate that, as of the date of this letter, payment on your
Regions Explore Credit Card account referenced above has not been
received. This letter is our official notification to you that your
charging privileges on this account have been terminated. Please be aware
that you may no longer use this account.

We will apply the funds in your Explore Card Savings Account to the
outstanding balance owed on your Explore Credit Card account. We may
retain any excess funds for up to sixty (60) days to cover any additional
transactions, fees or charges that may post to your Credit Card account.
After that time, if any funds remain, we will convert the Explore Card
Savings account to an Explore Savings Select account or otherwise return
or credit the funds in it to you.  We will also terminate your Hold
Authorization and Security Agreement at that time.

If you have any questions about this account or would like to discuss
payment options, please give us a call at 1-888-231-5461.

Thank you for your prompt attention to this important matter.

Sincerely,

Regions Account Solutions
Regions Bank

If you are active military and qualify for an interest rate reduction on
your credit card account under the Servicemembers Civil Relief Act, send
your SCRA request and a copy of the orders to: Fax: 205-261-7048, Address:
Regions Bank P.O. Box 216, Attn: Loan Operations, Birmingham, AL 35201 or
via web at www.regions.com. Questions? Call 800-253-2265.

page 2 of 2

April 15, 2025    Certified mail:    9589 0710 5270 1673 0967 55

**Conditional Acceptance**

**\*\*PRIVATE & CONFIDEN**

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Charlotte, NC 28272

| Certified Mail Fee | $4.85 | | 0407 |
| Extra Services & Fees (check box, add fee as appropriate) | | | 11 |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | | Here |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | | |
| Postage | $0.73 | | |
| Total Postage and Fees | $5.58 | | 04/16/2025 |

Sent To    Regions CC - Disputes
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

Affiant: Daman-Thomas: Caldwell, Secured Party Credi
Debtor: DAMAN THOMAS CALDWELL©
Jurisdiction: Bonita Springs, Florida Republic (without
Governing Law: Divine Law / Universal Law / UCC 1-3

To: Regions
Re: Alleged Balance of $159.00 – Secured Credit Card Account

Card Number: 4100640011895723

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL. NOTICE TO PRINCIPAL IS NOTICE TO AGENT.**

I, Daman-Thomas: Caldwell, a living man and Secured Party Creditor for the legal entity DAMAN THOMAS CALDWELL, hereby issue this Conditional Acceptance for Value regarding your claim of an alleged outstanding balance of $159.00 in relation to the above-referenced secured credit card account.

This Conditional Acceptance is tendered under Divine Law, Universal Law, and commercial law principles, including *UCC 1-308 and UCC 3-603*. It is a sworn statement and under penalty of perjury.

**I hereby conditionally accept your claim for value upon proof of the following:**

1. Produce the original wet-ink signature agreement showing that I requested, accepted, or authorized an extension of credit from your institution.
2. Provide documented evidence that your institution loaned me lawful money of account or substance-backed consideration in the amount claimed.
3. Demonstrate, with a full and complete audit trail, that your institution did not use my original deposit of $250 to fund or collateralize the account.
4. Provide a copy of the full general ledger for the account from inception to closure request,

April 15, 2025

including all internal entries, debits, credits, and charge-off activity.

**FAILURE** to provide said verification and validation within ten **10 days** with lawful, point-for-point evidence shall constitute your agreement, consent, and acquiescence to all statements and claims herein — as truth, law, and fact — binding upon all parties, without recourse.

- No lawful debt exists;
- The original deposit satisfied the full obligation;
- Your continued attempts to collect constitute fraud, bad faith, and commercial dishonor;
- This matter is closed, settled, and discharged in full.

*This instrument shall serve as a record of good faith and an offer to cure any misunderstanding. Your silence or failure to rebut shall be construed as agreement to all terms stated herein.*

For: DAMAN THOMAS CALDWELL©, principle
By: Daman-Thomas: Caldwell, Secured Party Creditor
Private Banker for the DAMAN THOMAS CALDWELL TRUST
All rights reserved — UCC 1-308 — Without Prejudice

Daman-thomas & caldwell

[Red Thumbprint Here]

Notice of Discharge                                                      April 15, 2025

## Notice of Discharge and Release of Liability

### **PRIVATE & CONFIDENTIAL**

**Affiant:** Daman-Thomas: Caldwell, Secured Party Creditor
**Debtor:** DAMAN THOMAS CALDWELL©
**Jurisdiction:** Bonita Springs, Florida Republic  (without the United States)
**Governing Law:** Divine Law / Universal Law / UCC 1-308

**To:** Regions
**Re:** Alleged Balance of $159.00 – Secured Credit Card Account
**Card number:** 4100640011895723

*NOTICE TO AGENT IS NOTICE TO PRINCIPAL. NOTICE TO PRINCIPAL IS NOTICE TO AGENT.*

I, Daman-Thomas: Caldwell, a living man and Secured Party Creditor, hereby affirm that this Notice of Discharge and Release of Liability regarding the above-referenced account and alleged balance is true and correct to the best of my knowledge.

**FACTS ESTABLISHING DISCHARGE:**

1. The original account was pre-funded by the Affiant with a $250 deposit, constituting full satisfaction of any obligation arising from the secured credit card account.

2. In September 2024, Affiant lawfully instructed Respondent to apply said deposit to the outstanding balance of $240.55 and to close the account.

3. Respondent failed to honor said request in a timely manner, allowing unauthorized and unlawful charges to accrue.

4. Respondent later applied the $250 deposit and claimed an outstanding balance of $159.00, which is hereby disputed, denied, and rejected in full.

**NOTICE OF DISCHARGE:**

This Notice hereby establishes that the alleged debt is fully discharged, settled, and satisfied in full pursuant to Divine Law, Universal Law, and the *Uniform Commercial Code (UCC), specifically UCC 3-603(b)*, which provides that a debt is discharged when payment is tendered and accepted.

Notice of Discharge                                                    April 15, 2025

**FAILURE TO REBUT:**

**Failure to rebut** this Notice within **ten (10) days** of receipt shall constitute agreement and acceptance of all terms stated herein, including full discharge of all alleged obligations and release of any liability of Affiant.

This matter is closed, settled, and resolved.

*daman--thomas: coldwell*

For: DAMAN THOMAS CALDWELL©
By: Daman-Thomas: Caldwell, Secured Party Creditor
Private Banker for the DAMAN THOMAS CALDWELL TRUST
All rights reserved — UCC 1-308 — Without Prejudice

[Red Thumbprint Here]

Notice of Dishonor                                                                                    April 15, 2025

**DAMAN THOMAS CALDWELL©**

c/o 10020 carolina street

Bonita Springs, Florida Republic (without the United States)

**Sent to:**

Regions Credit Card

PO Box 70912

Charlette, NC 28272-0912

## Affidavit of Material Facts and Notice of Dishonor

### **PRIVATE & CONFIDENTIAL**

Affiant: Daman-Thomas: Caldwell, Secured Party Creditor
Debtor: DAMAN THOMAS CALDWELL©
Jurisdiction: Bonita Springs, Florida Republic (without the United States)
Governing Law: Divine Law / Universal Law / UCC 1-308

Card Number: 4100640011895723

Notice of Dishonor                                                      April 15, 2025

I, Daman-Thomas: Caldwell, a living man, competent to testify and having firsthand knowledge of the facts herein, do solemnly affirm the following under penalty of perjury:

1. That the account in question is a secured credit card issued by Regions, hereinafter "Respondent," originally opened with a $250 deposit by the Affiant using Federal Reserve Notes as consideration.

2. That said deposit constituted the full extent of credit extended, and therefore Affiant was the true source and origin of value.

3. That in or around September 2024, Affiant notified Respondent that the account should be closed, and that the $250 deposit should be applied to settle the balance then showing as $240.55. (This was followed up by a correspondence sent on November 12th, 2024, After I received another bill with a late payment included. Thus, putting the balance over the $250 secured in the reserve account. Another writ was sent out on January 11th, 2025 in regards to the same matter. Regions sent no response.)

4. That at the time of this request, the account held an available balance of less than $10.

5. That Respondent failed to honor the request for closure and allowed the account to remain open, accumulating unauthorized fees and charges, including but not limited to annual fees and late payment penalties.

6. That Respondent in January 2025 applied the $250 deposit but asserted an outstanding balance of $159.00, which arose solely from their own failure to perform in good faith.

7. That no new contract, loan, or agreement was executed by Affiant to support the claimed additional charges, and no lawful consideration was provided by Respondent.

8. That Affiant declares all alleged debt null and void, discharged and settled in full via the original deposit.

9. That this constitutes a lawful Notice of Dishonor for Respondent's failure to close the account in accordance with instructions and for attempting to unjustly enrich themselves through fraudulent billing practices.

10. That Affiant demands immediate full discharge and *closure of the account and a complete accounting of all transactions.*

Notice of Dishonor                                                    April 15, 2025

Affirmed and declared on this day, without the United States, under Divine Law and
Universal Law.  Failure to rebut this notice within ten (10) days of receipt with lawful,
point-for-point evidence shall constitute your agreement, consent, and acquiescence
to all statements and claims herein — as truth, law, and fact — binding upon all
parties, without recourse.

Without Recourse, Without Prejudice,

daman-thomas : caldwell UCC 1-308, ARR

For: DAMAN THOMAS CALDWELL©
By: Daman-Thomas: Caldwell, Secured Party Creditor
Private Banker for the DAMAN THOMAS CALDWELL TRUST
All rights reserved — UCC 1-308 — Without Prejudice

[Red Thumbprint Here]

# REGIONS
It's time to expect more.

9589 0710 5270 1673 0971 10

**Regions Explore Visa®**
**Credit Card**

DAMAN T CALDWELL
Account ending in 5723
Apr 07 - May 06, 2025

9589 0710 5270 1673 0971 10

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®

**Account Inquiries**

Visit us online at
www.regions.com

Call Customer Service, for Billing Inquiries or to Report a Lost or Stolen Card
1-800-253-2265

For Hard of Hearing:
TTY 1-800-374-5791

Send Billing Inquiries To:
P.O. Box 216
Birmingham, AL 35201-0216

Mail Payments To:
P.O. Box 70912
Charlotte, NC 28272-0912

**Payment Information**

| | |
|---|---|
| New Balance | $16... |
| **Total Minimum Payment Due** | $6... |
| Current Payment | $... |
| Past Due Amount | $4... |
| Payment Due Date | 06/0... |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed a... you may have to pay a late fee up to **$39.00**.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pa... more in interest and it will take you longer to pay off your balanc... For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end paying the estimated total of... |
|---|---|---|
| Only the Minimum Payment | 9 months | $176 |

If you would like information about credit counseling services, call
1-866-296-1113.

Please see "Reminder of Important Account Terms" below for details regarding your credit card terms.

*[handwritten, left margin]* Value and for Refunged Fo for and closing discharge settlement of this account

*[handwritten]* By: daman-thomas: caldwell
Secured party / creditor
All rights reserved UCC 1-308

*[handwritten]* 6/12/2025

*[handwritten on certified mail receipt]* Birmingham, AL 35288
$4.85
$0.73
05/13/2025
Oc1 5/19

and Adjustments

**DETACH HERE:** To ensure the proper credit, please include lower portion with your payment.

*[handwritten]* NON-NEGOTIABLE

30234100640011895723000161790000060009

REGIONS CONSUMER BANKCARD
P.O. BOX 11007
BIRMINGHAM, AL 35288-0001

REGIONS

REGIONS CREDIT CARD CONSUMER
P.O. BOX 70912
CHARLOTTE, NC 28272-0912

DAMAN T CALDWELL
10020 CAROLINA ST
107 W CHEYENNE RD
BONITA SPRINGS, FL 34135

**N0006659

| | |
|---|---|
| Account ending in | 5723 |
| New Balance | $161.79 |
| Minimum Payment Due (Total) | $60.00 |
| Payment Due Date | 06/03/25 |

Amount Enclosed $_____

Mail this coupon along with your check payable to Regions Bank or online banking customers can visit www.regions.com to make a payment.

⑆4100659⑆ ⑈5000⑂2061⑈ 0011895723⑈ 20

# *Private & Confidential*

full, and issue written confirmation of closure within ten (10) days of receipt of this
declaration.

7. Failure to comply will result in a commercial lien, private enforcement, and the
application of my published private fee schedule, which you are now on notice of.

8. Additional complaints may be filed with the Consumer Financial Protection Bureau
(CFPB), Office of the Comptroller of the Currency (OCC), and other regulators.

Venue/Jurisdiction: Divine Law — Universal Law — Trust Law — Private Domain Only.
All rights reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit.

Declaration

I, Daman-Thomas: Caldwell, do affirm and declare under penalty of perjury under the laws
of the United States of America and Divine Law, that the foregoing is true, correct, and
complete to the best of my belief, knowledge, and firsthand experience. This is a lawful
private declaration.

By: _____ (Autograph)

Red Thumbprint: _____

Daman-Thomas: Caldwell, Secured Party Creditor, Executor and Private Banker

This Declaration is private, confidential, and for the intended recipient only.

# The Nation of Caldwell
# Office of the Executor for the DAMAN THOMAS CALDWELL© Estate
# Private Commercial Fee Schedule

Venue: Bonita Springs, Florida Republic

Jurisdiction: Divine Law — Universal Law — Trust Law

All Rights Reserved — UCC 1-308 — Without Prejudice — Private & Confidential

Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent.

This Private Commercial Fee Schedule is hereby established and noticed by Daman-Thomas: Caldwell, living man and authorized Executor for the DAMAN THOMAS CALDWELL© Estate. This Fee Schedule shall apply to all commercial, legal, administrative, and contractual interactions or engagements involving any corporate entity, agency, officer, or principal who initiates contact, demands, or claims against said Estate without express written agreement, contract, or delegated authority.

## SCHEDULE OF COMMERCIAL FEES

| Commercial Violation or Action | Fee (USD) |
| --- | --- |
| Unauthorized Use of Legal Fiction/ALL CAPS NAME | $100,000 per use |
| Interference with Private Trust Assets or Contracts | $500,000 per incident |
| Failure to Honor Commercial Instrument or Process | $1,000,000 per dishonor |
| Unauthorized Claim or Lien on Trust Property | $250,000 per item |
| Fraudulent Misrepresentation of Authority | $200,000 per act |
| Trespass by Corporate Entity (verbal, written, physical) | $100,000 per event |

| | |
|---|---|
| Non-consensual Attempt to Contract | $150,000 per attempt |
| Unlawful Surveillance, Interference, or Data Mining | $1,000,000 per occurrence |

All fees are payable in lawful money to the DAMAN THOMAS CALDWELL© Estate within ten (10) days of the violation or presentment. Failure to remit payment or rebut this schedule, point-for-point and under full commercial liability, shall constitute acceptance and agreement to all terms and conditions stated herein.

## Affidavit of Declaration

I, Daman-Thomas: Caldwell, do affirm under penalty of perjury under the laws of the united States of America that the foregoing is true, correct, and complete. This document stands as lawful notice and may be entered into any record, tribunal, or public registry for enforcement and remedy.

So it is. Veritas Supra Omnia.

Executed this 12 day of May , 2025

Autograph: _____

Daman-Thomas: Caldwell, Executor and Private Banker

Red Thumbprint Seal: _____

# Private & Confidential

*COVER LETTER*
*(READ IT)*

*Mailed*
*6/6*

**COVER LETTER FOR ENFORCEMEN**

---

UNITED STATES
POSTAL SERVICE®

**Certificate Of
Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

To pay fee, affix stamps or
meter postage here.

From: *Caldwell Executive Office*
*c/o Daman-Thomas*
*10020 Carolina street*
*Bonita Springs, Florida*
*Republic*

JUN - 6 2025

Postmark Here

To: *Regions Bank*
*Attn: Legal Dept / Exc. Office*
*PO Box 11007*
*Birmingham, Alabama (35288)*
*Republic*

JUN - 6 2025

PS Form **3817**, April 2007 PSN 7530-02-000-9065

*★ Invoice / Dishoner*

---

Daman-Thomas: Caldwell
in care of: 10020 Carolina Street
Bonita Springs, Florida Republic [N

Date: June 06, 2025

TO: Regions Bank
Attn: Legal Department / Executive
P.O. Box 11007
Birmingham, AL 35288-0001

RE: Final Enforcement Documents — Commercial Default, Lien Notice, and Invoice

To whom it may concern,

This correspondence serves as your final notice that Regions Bank is now in full default,
commercial dishonor, and unrebutted agreement with all claims, facts, and fee schedule
terms lawfully presented by Daman-Thomas: Caldwell.

Enclosed herewith are the following lawful instruments served upon you for your record
and response:

1. 1. Affidavit of Default and Proof of Dishonor
2. 2. Notice of Commercial Lien Pending
3. 3. Commercial Invoice — Total Due: $90,000 USD

Failure to cure within three (3) business days of receipt will result in full enforcement and
public filing of a Commercial Lien and related administrative action.

This matter is being pursued under Divine Law, Trust Law, and UCC 1-308 with all rights
fully reserved.

This cover letter is private, confidential, and for the intended recipient only. All rights
reserved.

# *Private & Confidential*

**Do not ignore this communication. You have already agreed by non-response. These
instruments are binding and enforceable.**

**Respectfully,**

**By:** _____ **(Autograph)**

   **Red Thumbprint:** _____

**Daman-Thomas: Caldwell, Executor and Secured Party Creditor**

This cover letter is private, confidential, and for the intended recipient only. All rights
reserved.

*Private & Confidential*

AFFIDAVIT OF DEFAULT AND PROOF OF DISHONOR

Daman-Thomas: Caldwell
in care of: 10020 Carolina Street
Bonita Springs, Florida Republic [Non-Domestic]

Date: June 06, 2025

TO: Regions Bank
Attn: Legal Department / Executive Office / Billing Disputes
P.O. Box 11007
Birmingham, AL 35288-0001

RE: Affidavit of Default and Proof of Dishonor — Account Ending in 2087

Affidavit of Truth and Non-Response

I, Daman-Thomas: Caldwell, a living man, Secured Party Creditor, and Executor for the Trust Estate, do hereby swear and affirm the following facts under Divine Law, Universal Law, and the laws of the United States of America:

1. On or about April 24, 2025, I sent to Regions Bank a lawful Notice of Default and Opportunity to Cure concerning the audit and full accounting of all records, ledgers, and transactions related to checking account ending in 2087.
2. Said notice was sent via the United States Postal Service from Bonita Springs, Florida Republic, in a properly addressed envelope bearing my private seal and jurisdiction.
3. The envelope was received by Regions Bank's Legal Department, as confirmed by a handwritten note stating, "Received in legal dept. in error," and a stamped receipt mark dated May 8, 2025.
4. The envelope was returned to me opened and unsealed, bearing no indication of re-sealing or tamper-evident correction by the USPS.
5. The USPS affixed a yellow sticker stating: "Return to Sender — Attempted — Not Known — Unable to Forward," despite internal acknowledgement of receipt.
6. Regions Bank failed to respond to or rebut any point in my affidavit within the 10-day window afforded for cure.

This Affidavit is private, confidential, and for the intended recipient only.

# *Private & Confidential*

7. Their silence constitutes tacit agreement, dishonor, and default under commercial law, trust law, and Divine Law.

8. I hereby certify that Regions Bank is in full default and dishonor regarding this matter, and I reserve all rights to proceed with enforcement, lien filing, fee schedule application, and regulatory complaint.

Venue/Jurisdiction: Divine Law — Universal Law — Trust Law — Private Domain Only.
All rights reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit.

Declaration

I, Daman-Thomas: Caldwell, do affirm under penalty of perjury under Divine Law and the laws of the United States of America, that the foregoing is true, correct, and complete to the best of my firsthand knowledge, belief, and ability.

By: _____

Daman-Thomas: Caldwell, Executor and Secured Party Creditor

This Affidavit is private, confidential, and for the intended recipient only.

## *Private & Confidential*

NOTICE OF COMMERCIAL LIEN PENDING

Daman-Thomas: Caldwell
in care of: 10020 Carolina Street
Bonita Springs, Florida Republic [Non-Domestic]

Date: June 06, 2025

TO: Regions Bank
Attn: Legal Department / Billing Disputes / Executive Office
P.O. Box 11007
Birmingham, AL 35288-0001

RE: NOTICE OF COMMERCIAL LIEN PENDING — ACCOUNT ENDING IN 2087

Final Commercial Warning

Let it be known to all concerned parties and to whom this may lawfully pertain:

Regions Bank is hereby given final notice that, due to your failure to lawfully respond to
prior notices, declarations, and demands issued by Daman-Thomas: Caldwell, including the
Fee Schedule and Affidavit of Default dated June 6, 2025, you are now commercially liable
for damages.

You have dishonored my lawful audit request, refused to rebut or respond to multiple
notices served in good faith, and returned opened private correspondence without lawful
excuse or remedy.

As such, a formal Commercial Lien is now being prepared in accordance with applicable
commercial law, trust law, and Divine Law. This lien will be based on the unrebutted Fee
Schedule you have on record, including damages for administrative labor, dishonor, and
interference with private instruments.

If you wish to settle this matter before the lien is publicly filed, you may contact the

This Notice is private, confidential, and for the intended recipient only.

# *Private & Confidential*

undersigned within three (3) business days of receipt of this notice. Thereafter, you will be considered fully liable and all enforcement remedies will proceed without further notice.

Venue/Jurisdiction: Divine Law — Universal Law — Trust Law — Private Domain Only.
All rights reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit.

Declaration

I, Daman-Thomas: Caldwell, do hereby affirm under penalty of perjury under Divine Law and the laws of the United States of America, that the foregoing is true, correct, and complete to the best of my firsthand knowledge, belief, and ability.

By: _____ (Autograph)

Red Thumbprint: _____

Daman-Thomas: Caldwell, Executor and Secured Party Creditor

This Notice is private, confidential, and for the intended recipient only.

# *Private & Confidential*

**INVOICE FOR DAMAGES AND FEE SCHEDULE ENFORCEMENT**

**Daman-Thomas: Caldwell**
in care of: 10020 Carolina Street
Bonita Springs, Florida Republic [Non-Domestic]

Date of Invoice: June 06, 2025

TO: Regions Bank
Attn: Legal Department / Billing Disputes / Executive Office
P.O. Box 11007
Birmingham, AL 35288-0001

RE: Statement of Charges and Commercial Invoice — Account Ending in 2087

| Description | Rate | Quantity | Total |
|---|---|---|---|
| Opening and dishonoring certified notice | $25,000 | 1 | $25,000 |
| Failure to respond to audit request | $10,000 | 1 | $10,000 |
| Violation of private correspondence (mail fraud) | $25,000 | 1 | $25,000 |
| Two phone calls wasting private time | $5,000 | 2 | $10,000 |
| Emotional/administrative labor | $2,500/hr | 4 | $10,000 |
| Return of unlawful | $5,000 | 2 | $10,000 |

This Invoice is private, confidential, and for the intended recipient only. Failure to rebut within 3 business days constitutes full agreement and obligation.

# *Private & Confidential*

billing statements

TOTAL DUE: $90,000 USD

Venue/Jurisdiction: Divine Law — Universal Law — Trust Law — Private Domain Only.
All rights reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit.

By: _____ (Autograph)

Red Thumbprint: _____

Daman-Thomas: Caldwell, Executor and Secured Party Creditor

This Invoice is private, confidential, and for the intended recipient only. Failure to rebut within 3 business days constitutes full agreement and obligation.

**Private & Confidential**

THE NATION OF CALDWELL

Office of the Executor for the DAMAN THOMAS CALDWELL© Estate

Bonita Springs, Florida Republic – Non-Domestic

## FINAL DECLARATION OF CLOSURE AND NOTICE OF ESTOPPEL

Date: June 13, 2025

To:
Regions Bank
Regions Account Solutions
P.O. Box 11407
Birmingham, Alabama 35246-0100

**Re: Account Ending in 5723**

I, Daman-Thomas: Caldwell, a living man and authorized Executor and Trustee for the DAMAN THOMAS CALDWELL© Estate, do hereby issue this Final Declaration of Closure and Notice of Estoppel concerning the above-referenced account.

All prior instructions provided to Regions Bank regarding the closure and full settlement of this account stand as lawfully binding. Specifically, a deposit of $250 was placed as collateral against this secured credit card account, and formal instruction was issued in September of 2024 directing Regions Bank to apply said deposit to close the account.

Any continued assertion that a balance remains due after this closure directive is both false and constitutes willful trespass, unl̶̶
duty. You are hereby placed on noti̶

Any further attempt to contact or c̶
- Willful trespass
- Dishonor of a private directive
- Unauthorized solicitation to a fore̶
- Violation of Divine Law and Unive̶

*Jurisdiction: Div̶*

---

**UNITED STATES POSTAL SERVICE®**    **Certificate Of Mailing**    To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Caldwell Executive Office
℅ 10070 Carolina Street
Bonita Springs, Florida Republic
* Final Demand for Claire /Estoppel *

To: Regions Bank / CC Division
PO Box 11007
Birmingham, Alabama Republic

Postmark Here
JUN 13 2025

PS Form **3817**, April 2007  PSN 7530-02-000-9065

This notice serves as a formal Estoppel against any and all future claims regarding this matter. Failure to cease and desist within ten (10) business days shall result in enforcement of penalties per the established fee schedule and commercial lien process.

This document is issued under full trust authority and Divine Jurisdiction, with all rights reserved, UCC 1-308, without prejudice.

So it is. Veritas Supra Omnia.

Autograph: _____

By: Daman-Thomas: Caldwell, Executor/Trustee

For: DAMAN THOMAS CALDWELL© TRUST

Date: _6/13/2025_

Red Thumbprint Seal: _____

*Jurisdiction: Divine Law – Universal Law – Trust Law*

9589 0710 5270 1673 0973 63

— PRIVATE & CONFIDENTIAL —

FINAL ADMINISTRATIVE JUDGMENT
NOTICE OF DEFAULT, DEMAND FOR CEASE AND DES
AND COMMERCIAL LIABILITY WARNING

To: REGIONS BANK / REGIONS CONSUMER BANKCAR
P.O. Box 216
Birmingham, Alabama 35201-0216

From: Daman-Thomas: Caldwell, Executor for the DAMAN
Date: July 10, 2025

UNDER DIVINE LAW / UNIVERSAL LAW / PRIVATE AUTH



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Birmingham, AL 35201

Certified Mail Fee  $4.85                                    0407
                                                              07
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $ ____
☐ Return Receipt (electronic)    $ _$0.00_        Postmark
☐ Certified Mail Restricted Delivery $ _$0.00_     JUL Here 2025
☐ Adult Signature Required       $ _$0.00_
☐ Adult Signature Restricted Delivery $ ____
Postage  $0.73
                                                  07/11/2025
Total Postage and Fees
$5.58                                             Cease & Desist
Sent To
   Regions Bankcard
Street and Apt. No., or PO Box No.
   Box 216
City, State, ZIP+4®
   Birmingham  Alabama  Republic
PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Be it known:

This is a final declaration of private administrative judgment regarding the dishonored Regions Explore Visa Credit Card account and your continuing fraudulent presentments. Despite multiple lawful notices, invoices, and opportunity to cure, you have willfully chosen dishonor.

Your recent billing statement dated July 3, 2025, for the claimed balance of $159.29 demonstrates continued bad faith, fraud, and unlawful harassment. It constitutes willful trespass against my private contractual process, and stands as evidence of your refusal to acknowledge the settled and perfected private claim.

You are hereby informed:

1. REGIONS BANK is in final default. Judgment in the private has been perfected in the amount of $90,000, per my unrebutted, lawfully served invoice and accompanying notices.

2. Your repeated presentment of new billing statements in violation of my clear instructions to close the account and apply the $250 security deposit constitutes deliberate fraud, commercial harassment, and theft by conversion.

3. Your failure to rebut the administrative claim constitutes agreement by tacit acquiescence. Your commercial liability is established on the private record and subject to lien, levy, and enforcement.

4. You are hereby ordered to IMMEDIATELY CEASE AND DESIST all further attempts to collect on this closed, settled, and invoiced matter. Any further presentment will be deemed intentional

fraud and harassment, and shall accrue further damages as per my posted Private Fee Schedule.

5. You and your agents are placed on notice of personal and corporate liability for all damages arising from your continued dishonor. You are advised to govern yourselves accordingly under Divine Law, Universal Law, and Commercial Law.

6. Your continued trafficking in my copyrighted, trademarked, and bonded legal name in ALL CAPITAL LETTERS, including the unlawful generation of securities, billing statements, and interest-bearing instruments, constitutes willful fraud, commercial conversion, intellectual property theft, and infringement. Such acts are hereby noticed as prohibited and shall accrue damages and liability under my posted Private Fee Schedule and Commercial Lien authority.

Failure to comply with this Final Judgment and Cease and Desist shall result in immediate escalation, enforcement, and commercial remedy without further notice.

All rights reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

So it is. Veritas Supra Omnia.

Daman-Thomas: Caldwell
Executor for the DAMAN THOMAS CALDWELL© TRUST
Bonita Springs, Florida Republic — Non-Corporate Jurisdiction

## REGIONS
It's time to expect more

*(handwritten: FAILURE TO COMPLY RESULTS in commercial enforcement without notice !!!!)*

**Regions Explore Visa®**
**Credit Card**

DAMAN T CALDWELL
Account ending in 5723
Jun 07 - Jul 06, 2025

Page 1 of 4

### Account Inquiries

Visit us online at
www.regions.com

Call Customer Service, for Billing
Inquiries or to Report a Lost or
Stolen Card
1-800-253-2265

For Hard of Hearing:
TTY 1-800-374-5791

Send Billing Inquiries To:
P.O. Box 216
Birmingham, AL 35201-0216

Mail Payments To:
P.O. Box 70912
Charlotte, NC 28272-0912

### Payment Information

| | |
|---|---|
| New Balance | $169.33 |
| Total Minimum Payment Due | $90.00 |
| Current Payment | $15.00 |
| Past Due Amount | $75.00 |
| **Payment Due Date** | **08/03/25** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above,
you may have to pay a late fee up to $30.00.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay
more in interest and it will take you longer to pay off your balance.
For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying the estimated total of... |
|---|---|---|
| Only the Minimum Payment | 7 months | $179 |

If you would like information about credit counseling services, call
1-866-298-1113.

Please see "Reminder of Important Account Terms" below for details regarding your credit card terms.

### Account Summary

| | |
|---|---|
| Credit Limit | $0 |
| Total Available Credit | $0 |
| Cash Advance Credit Limit | $0 |
| Available for Cash Advances | $0 |
| Statement Closing Date | 07/06/25 |
| Days in Billing Cycle | 30 |
| | |
| Previous Balance | $165.58 |
| Payments | $0.00 |
| Other Credits − | $0.00 |
| Purchases* + | $0.00 |
| Cash Advances + | $0.00 |
| Fees Charged + | $0.00 |
| Interest Charged + | $3.75 |
| New Balance | $169.33 |

* Includes new Purchases, Balance Transfers,
and Adjustments

*(handwritten large overlay: VOID / VOID FRAUD / FRAUDULENT / PRESENTMENT ALREADY PRESENTED; see attached notices)*

---

**DETACH HERE: To ensure the proper credit, please include lower portion with your payment.**

*(handwritten: cease and desist all further presentments. private administrative judgement perfected.)*

91200011002393513110001693300009000B

REGIONS CONSUMER BANKCARD
P.O. BOX 11007
BIRMINGHAM, AL 35288-0001

## REGIONS

| Account ending in | 5723 |
|---|---|
| New Balance | $169.33 |
| Minimum Payment Due (Total) | $90.00 |
| Payment Due Date | 08/03/25 |

REGIONS CREDIT CARD CONSUMER
P.O. BOX 70912
CHARLOTTE, NC 28272-0912

Amount Enclosed $

DAMAN T CALDWELL                                    **N0018953
10020 CAROLINA ST
107 W CHEYENNE RD
BONITA SPRINGS, FL 34135

Mail this coupon along with your check payable to
Regions Bank or online banking customers can visit
www.regions.com to make a payment.

*(handwritten: VCC 1-308 ARR.)*

5000 20616: 0110 2393513110 20

9589 0710 5270 1673 0974 17

— PRIVATE & CONFIDENTIAL —

CERTIFICATE OF NON-RESPONSE,
FINAL COMMERCIAL DEFAULT JUDGMENT,
AND NOTICE OF ESTOPPEL

To: REGIONS BANK / REGIONS CONSUMER BANKCAI
P.O. Box 216
Birmingham, Alabama 35201-0216

From: Daman-Thomas: Caldwell, Executor for the DAMAI
Date: July 12, 2025

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Birmingham, AL 32501

| Certified Mail Fee | |
|---|---|
| $5.30 | 0407 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $  $0.00
☐ Return Receipt (electronic)   $  $0.00
☐ Certified Mail Restricted Delivery  $  $0.00
☐ Adult Signature Required      $  $0.00
☐ Adult Signature Restricted Delivery $  $0.00

Postmark
Here

Postage  $0.78

Total Postage and Fees  $6.08   07/14/2025

Sent To  Regions Bankcard
Street and Apt. No., or PO Box No.  PO Box 216
City, State, ZIP+4®  Birmingham, Alabama Republic

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

*Cease & Desist Estoppel*

UNDER DIVINE LAW / UNIVERSAL LAW / PRIVATE AUTHORITY

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Be it known:

This CERTIFICATE confirms and records that REGIONS BANK has failed to rebut or cure the lawfully served Final Administrative Judgment, Notice of Default, Demand for Cease and Desist, and Commercial Liability Warning dated July 10, 2025, duly delivered with proof of service.

Instead of any lawful rebuttal, REGIONS BANK has issued continued fraudulent presentments demanding payment, including the letter dated July 4, 2025, attempting to further collect on a closed and settled matter. Said letter is hereby ACCEPTED FOR VALUE, returned for settlement and closure, and recorded as further dishonor and evidence of willful fraud, harassment, and breach of cease and desist order.

By silence, inaction, and dishonor, REGIONS BANK has agreed by tacit acquiescence to the perfected private administrative judgment in the amount of $90,000 as invoiced and noticed. REGIONS BANK is now in FINAL COMMERCIAL DEFAULT.

You are hereby informed:

1. REGIONS BANK is estopped and barred from any further collection attempts, billing, or communication regarding this closed account.

2. All further presentments will constitute willful fraud, harassment, and trespass, and will immediately accrue additional damages as per my posted Private Fee Schedule and Commercial Lien authority.

3. REGIONS BANK is liable for all damages, costs, fees, and enforcement actions arising from its continued dishonor and infringement upon my private contractual process.

4. Your unauthorized use of my copyrighted legal name, styled in ALL CAPITAL LETTERS, for the purpose of issuing fraudulent billing statements and interest-bearing securities is hereby noticed as intellectual property theft, commercial conversion, and willful infringement. Such acts are prohibited and will result in lien, levy, and prosecution without further notice.

Failure to immediately comply with this CERTIFICATE OF NON-RESPONSE, FINAL COMMERCIAL DEFAULT JUDGMENT, AND NOTICE OF ESTOPPEL shall result in escalation to private lien, levy, enforcement, and full collection of the perfected judgment amount.

All rights reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

So it is. Veritas Supra Omnia.

Daman-Thomas: Caldwell
Executor for the DAMAN THOMAS CALDWELL© TRUST
Bonita Springs, Florida Republic — Non-Corporate Jurisdiction

Regions Bank
Po Box 11407
Birmingham, Al   35246-0100

**REGIONS**

July 04, 2025

Daman T Caldwell                    **N0000606
10020 Carolina St
107 W Cheyenne Rd
Bonita Springs, FL  34135

Your account ending in 5723

BALANCE              $169.33
AMT PAST DUE          $75.00
TOTAL AMOUNT DUE      $90.00

Dear Daman T Caldwell,

At Regions, your banking relationship is important to us. That is why we
want to make every effort to quickly resolve issues that may affect that
relationship.

This letter is our official notification to you that your Regions Credit
Card account referenced above is scheduled to be charged off this month.
This charge-off may negatively affect your credit report and prevent you
from obtaining credit from others in the future. After charging off the
account, we may refer the collection of the balance due on this account to
an attorney or collection agency. Please note that you may be required to
pay the costs of these collections efforts.

This is your final opportunity to make payment arrangements on your
account before it is charged off. It is important that you call us at
1-888-231-5461 within ten (10) days from the date of this letter to
discuss payment options.

Thank you for your prompt attention to this important matter.

Sincerely,

Regions Account Solutions
Regions Bank

If you are active military and qualify for an interest rate reduction on
your credit card account under the Servicemembers Civil Relief Act, send
your SCRA request and a copy of the orders to: Fax: 205-261-7048, Address:
Regions Bank P.O. Box 216, Attn: Loan Operations, Birmingham, AL 35201 or
via web at www.regions.com. Questions? Call 800-253-2265.

*[Handwritten annotations across page: "Accepted for Value and Closure", "Refused for settlement", "Presentment and closure", "Private administrative judgement perfected", "without dishonor notice", "See attached presentment", "ALL RIGHTS RESERVED", "UCC 1-308"]*

*[Handwritten at bottom:]* by: daman-thomas: caldwell, Executor for
the DAMAN THOMAS CALDWELL TRUST©    NON-CORPORATE JURISDICTION

TTCO04/20250704/CCR18M12/8170/R18///000001/B/8170HDAL - 000606 - 0001 - 0001 -

0654

9589 0710 5270 2909 510▯ ▯▯

## Notice of Commercial Lien – Declaration

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*

Birmingham, AL 35203

| Certified Mail Fee | $5.30 | | 0407 |
|---|---|---|---|
| $ | | $0.00 | 21 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $0.78 | | |
| $ | | | 08/05/2025 |
| Total Postage and Fees | | | * Notice Lient |
| $6.08 | | | |

Sent To
Regions Bank
*Street and Apt. No., or PO Box No.*
1900 Fifth Ave North
*City, State, ZIP+4*
Birmingham Alabama Republic

PS Form 3800, January 2023

### Header

The Nation of Caldwell – Office of the Executor for the D
TRUST
PRIVATE & CONFIDENTIAL
NOTICE OF COMMERCIAL LIEN AND DECLARATION OF

### Parties

Secured Party/Claimant:

Daman-Thomas: Caldwell, living man, Authorized Representative for the DAMAN THOMAS
CALDWELL© TRUST

Caldwell Estate Office, 10020 Carolina Street, Bonita Springs, Florida Republic (Non-
Domestic)

Debtor:
REGIONS BANK
1900 FIFTH AVE NORTH
BIRMINGHAM, ALABAMA REPUBLIC

### Declaration of Facts

1. A private administrative process was initiated concerning unlawful actions and trespass upon the private trust estate.
2. A series of Notices and Invoice were issued, providing opportunity to cure and settle the matter in honor.
3. A Final Administrative Judgment was rendered unrebutted, establishing commercial liability in the amount of [$ 90,000,00 USD].
4. An Estoppel was issued, and a 1099-A was filed with the IRS, recording the debtor as borrower and the private trust as lender.
5. A UCC-1 Financing Statement was filed, securing all rights to payment, proceeds, and collateral related to this claim.

### Declaration of Lien

By Divine Right, Universal Law, and commercial standing, a lien is hereby claimed upon all assets, accounts, properties, securities, and proceeds of the debtor up to the amount of [$ 90,000.00 USD] until full settlement is made in lawful money (12 USC § 411) payable to the DAMAN THOMAS CALDWELL© TRUST.

The debtor has ten (10) business days from receipt of this Declaration to, settle, or
otherwise lawfully discharge this obligation. Silence, failure to respond, or failure to settle
constitutes agreement and perfected lien by tacit acquiescence.

## Payment Instructions
Payment shall be made in lawful money (12 USC § 411) to:
DAMAN THOMAS CALDWELL© TRUST
Caldwell Estate Office
10020 Carolina Street, Bonita Springs, Florida Republic

## Reservation of Rights
All rights reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit — Private Banker
for the Trust Estate.

## Autograph
Declared this 4th day of August, 2025 under penalty of perjury of the United States of
America.

_____
Daman-Thomas: Caldwell, Living Man, Authorized Representative

So it is. Veritas Supra Omnia.

```
9589 0710 5270 2909 5101 20
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*

Birmingham AL 35288

| Certified Mail Fee | $ |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

Postmark
Here

Sent To
Regions Bank
Street and Apt. No., or PO Box No.
PO Box 11007
City, State, ZIP+4
Birmingham, Alabama Republic

PS Form 3800, January 2023     See Reverse for Instruction

Private Correspondence — Final Tender of Settl
Prepared for: Daman-Thomas: Caldwell
Trust Estate: DAMAN THOMAS CALDWELL© TRUST
Jurisdiction: Divine Law — Universal Law — Trust Law
Date: August 2, 2025

To: Regions Bank
P.O. Box 11007
Birmingham, Alabama Republic 35288

Re: Final Tender of Settlement – Open Account Obligation $90,000.00

NOTICE: This private correspondence is issued in follow-up to multiple unrebutted communications regarding dishonor, breach of fiduciary duty, and failure to lawfully settle an open commercial account owed to the DAMAN THOMAS CALDWELL© Trust. A commercial invoice for Ninety Thousand Dollars ($90,000.00) was issued to you and remains unrebutted and unpaid, followed by a Notice of Default and Final Administrative Judgment. A UCC-1 Financing Statement was recorded on July 31, 2025, securing this claim in the public record.

In private honor, the Trust Estate tenders the enclosed Private Discharge and Settlement Instrument (PDSI) for your endorsement as final opportunity to settle and discharge the obligation privately. This tender is made pursuant to UCC 3-603 and UCC 3-604. Regions Bank has TEN (10) calendar days from receipt to endorse and return this instrument.

Failure to endorse and return the enclosed PDSI within the time specified constitutes willful dishonor, tacit agreement to the amount claimed, and irrevocable consent to perfected lien enforcement, levy, judgment sale, and full commercial liability without further notice.

Enclosures:
1. Private Discharge and Settlement Instrument (PDSI) tendered for endorsement
2. Copy of prior invoice and administrative record (for reference)

Respectfully tendered in private honor,

Daman-Thomas: Caldwell
Trustee, DAMAN THOMAS CALDWELL© TRUST
All Rights Reserved — UCC 1-308 — Non-Assumpsit

**Private Discharge and Settlement Instrument (PDSI)**
**Prepared for: Daman-Thomas: Caldwell**
**Trust Estate: DAMAN THOMAS CALDWELL© TRUST**
**Jurisdiction: Divine Law — Universal Law — Trust Law**
**Date: August 2, 2025**

To: Regions Bank
P.O. Box 11007
Birmingham, Alabama Republic 35288

Re: Private Settlement Tender – Open Account Obligation of $90,000.00

**NOTICE:** This private instrument is tendered under seal for endorsement by Regions Bank to lawfully settle and discharge the open commercial account arising from dishonor, breach of fiduciary duty, and resulting injury against the Trust Estate of DAMAN THOMAS CALDWELL©. This instrument is provided in good faith as a final opportunity to resolve the matter privately without escalation to public enforcement.

This tender is made pursuant to UCC 3-603, UCC 3-604, and a perfected UCC-1 Financing Statement , securing this claim, as lawful settlement. Regions Bank has TEN (10) calendar days from receipt to endorse and return this instrument.

Terms of Tender:

1. This PDSI is a lawful negotiable instrument, drawn on the bonded credit of the Trust Estate, offered for your endorsement to close the above-referenced account.
2. By endorsing this instrument, you agree to:
   a) Acknowledge the full amount owed of Ninety Thousand Dollars ($90,000.00).
   b) Return this endorsed instrument within TEN (10) calendar days of receipt to settle and discharge the matter in full.
3. Failure or refusal to endorse and return this instrument constitutes:
   a) Willful dishonor under UCC 3-603 and 3-604.
   b) Tacit agreement to perfected lien enforcement, levy, judgment sale, or other lawful commercial remedy without further notice.
4. Only Regions Bank's authorized endorsement is required; no other signature or marking is valid.
5. Upon endorsement, this instrument becomes negotiable and enforceable by Daman-Thomas: Caldwell or the Trust Estate as Holder in Due Course.

Instrument Details:

Amount: $90,000.00 USD

**Pay to the Order of: Daman-Thomas: Caldwell, Trustee for DAMAN THOMAS CALDWELL©
TRUST**
**From: Regions Bank**
**Purpose: Private settlement and discharge of obligation for dishonor, breach, and injury
caused.**
**Secured by: UCC-1 Financing Statement filed on July 31, 2025.**


**Endorsement:**

_____

**Authorized Signature: Regions Bank**
**Date: _____**


**This instrument is offered privately under Divine Law and Universal Law for full settlement
and closure of account. Non-endorsement or failure to return this instrument within TEN
(10) calendar days constitutes willful dishonor, tacit agreement to the amount claimed,
perfected lien enforcement, levy, judgment sale, and full commercial liability without
further notice.**


**So it is. Veritas Supra Omnia.**

# *Private & Confidential*

INVOICE FOR DAMAGES AND FEE SCHEDULE ENFORCEMENT

Daman-Thomas: Caldwell
in care of: 10020 Carolina Street
Bonita Springs, Florida Republic [Non-Domestic]

Date of Invoice: June 06, 2025

TO: Regions Bank
Attn: Legal Department / Billing Disputes / Executive Office
P.O. Box 11007
Birmingham, AL 35288-0001

RE: Statement of Charges and Commercial Invoice — Account Ending in 2087

| Description | Rate | Quantity | Total |
|---|---|---|---|
| Opening and dishonoring certified notice | $25,000 | 1 | $25,000 |
| Failure to respond to audit request | $10,000 | 1 | $10,000 |
| Violation of private correspondence (mail fraud) | $25,000 | 1 | $25,000 |
| Two phone calls wasting private time | $5,000 | 2 | $10,000 |
| Emotional/administrative labor | $2,500/hr | 4 | $10,000 |
| Return of unlawful | $5,000 | 2 | $10,000 |

This Invoice is private, confidential, and for the intended recipient only. Failure to rebut
within 3 business days constitutes full agreement and obligation.

# Private & Confidential

billing statements

TOTAL DUE: $90,000 USD

Venue/Jurisdiction: Divine Law — Universal Law — Trust Law — Private Domain Only.
All rights reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit.

By: _____ (Autograph)

Red Thumbprint: _____

Daman-Thomas: Caldwell, Executor and Secured Party Creditor

recipient only. Failure to rebut

9589 0710 5270 2909 5103 59

A-2

# FINAL ENFORCEMENT NOTICE & EXPANSION JUDGMENT

PRIVATE & CONFIDENTIAL — FOR SETTLEMENT & CL
Jurisdiction: Divine Law — Universal Law — Trust Law
All Rights Reserved — UCC 1-308 — Without Prejudice

Date: August 12, 2025

To: Office of the General Counsel — Regions Bank
Address: 1900 Fifth Avenue North

Birmingham, Alabama Republic

Subject: Expansion of Perfected Commercial Lien and Fin
DAMAN THOMAS CALDWELL© TRUST

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Birmingham, AL 35203

| Certified Mail Fee | $5.30 | |
| | $0.00 | 0405 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | AUG 1 3 2025 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.78 | 08/13/2025 |
| | | USPS |
| Total Postage and Fees | | |
| $ $1.08 | | |

Sent To Regions Bank
Street and Apt. No., or PO Box No. 1900 Fifth Avenue North
City, State, ZIP+4® Birmingham Alabama Republic

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions

NOTICE: This is a lawful and binding administrative instrument issued under authority of the Executor and Secured Party for the DAMAN THOMAS CALDWELL© TRUST. Your corporation is already subject to a perfected commercial lien and Final Administrative Judgment in the amount of NINETY THOUSAND DOLLARS ($90,000.00), lawfully established through due process, unrebutted, and standing as truth in commerce.

FACT: Said judgment arose from Regions Bank's breach of agreement, failure to close a secured credit card account as instructed in September 2024, and your subsequent unlawful billing activity. You were given proper notice, lawful opportunity to cure, and all administrative remedies were exhausted prior to lien perfection.

FACT: Despite the perfected lien and judgment, Regions Bank has willfully, knowingly, and with full awareness of its obligations, issued yet another billing statement for the same account, thereby committing additional fraud, harassment, commercial trespass, and willful violation of a standing judgment.

Accordingly, the existing judgment is hereby expanded to the amount of FIFTY MILLION DOLLARS ($50,000,000.00), lawful money of the United States pursuant to 12 USC § 411, non-negotiable, immediately due and payable. This expansion is justified by your corporation's intentional and malicious acts in bad faith commerce, constituting aggravated fraud, willful injury to the trust estate, and continued dishonor after judgment.

You are hereby provided TEN (10) BUSINESS DAYS from the date of receipt of this notice to cure all violations, remit full payment of the expanded judgment, and cease all further contact regarding the disputed account. Failure to cure shall constitute your tacit agreement to all terms herein and will result in immediate enforcement through Treasury Offset, bond claim, asset levy, and any other lawful commercial remedy without further notice.

This enforcement notice is hereby made part of the existing perfected lien record and shall remain in force until satisfied in full. All rights, remedies, and standing are reserved.

So it is. Veritas Supra Omnia.

By: _____

Daman-Thomas: Caldwell — Secured Party & Executor

DAMAN THOMAS CALDWELL© TRUST

All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

9589 0710 5270 2909 510

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Birmingham, AL 35203

| Certified Mail Fee | $5.30 | | 0407 |
| $ | $0.00 | | 32 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $0.78 | | |
| Total Postage and Fees | $6.08 | | 08/30/2025 |

Sent To
Regions Bank Legal Department
Street and Apt. No., or PO Box No.
1900 Fifth Avenue North
City, State, ZIP+4®
Birmingham, Alabama Republic [?]
PS Form 3800, January 2023    See Reverse for Instructions

**A-3**

## Summary of Regions Bank's Dishonor and Bre[...]

This document serves as a formal summary of dishonor[...]
relation to the Coldstream Ministries © 508(c)(1)(A) ec[...]
presented as evidence that Regions Bank, its officers, an[...]
honor, in violation of trust law, fiduciary duty, and comm[...]

### 1. Signature Block on File

Regions Bank holds on file the authorized signature bloc[...]
Executor & Trustee. This block clearly establishes all ins[...]
Ministries as non-negotiable orders, executed with right[...]
Despite this record, Regions has treated trust-issued che[...]
negotiable promises, in direct violation of UCC 3-104(d).

### 2. Fiduciary Deposit-Only Account

The Coldstream Ministries account at Regions was declared, both in writing and in person,
as a fiduciary, deposit-only, ecclesiastical trust account. Any withdrawal, debit, or
conversion is strictly prohibited absent authorization from the Executor & Trustee. Regions
has ignored this declaration, mischaracterizing the account as a consumer account for its
own gain.

### 3. Double-Dipping Fraud

Evidence (Exhibits A, B, and C) shows that Regions Bank has engaged in systemic double-
dipping. Checks issued by Coldstream were debited from the trust account while also being
cleared through Federal Reserve/Fedwire systems. Likewise, debit card transactions were
treated as negotiable drafts while also depleting the trust account. This constitutes unjust
enrichment, conversion, and aggravated commercial trespass.

### 4. Remedies Exhausted, Dishonor Confirmed

Coldstream Ministries has issued Fiduciary Notices, Conditional Warnings, Notices of Levy,
Estoppel, and Final Enforcement instruments. Regions has failed to cure within provided
timelines, ignored fiduciary accounting demands, and concealed material facts. Liability is
now perfected and permanent.

### Conclusion

Regions Bank is in permanent dishonor. Liability is attached both corporately and
personally to officers who ignored or mischaracterized fiduciary instructions. This
summary, along with supporting exhibits, will remain on record with Treasury, OCC, and all
relevant authorities. Remedy is now limited to settlement, levy, and Treasury enforcement.

So it is. Veritas Supra Omnia.

By: _____

Daman Thomas: Caldwell  -  Executor & Trustee

Coldstream Ministries © — 508(c)(1)(A) Private Ecclesiastical Trust

All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

*Emailed  9/9/2025*

**Email to Rob Thompson** — Immediate Corrective Action Required
Date: September 9, 2025

To: Rob Thompson <rob.thompson@regions.com>
Cc: Roy W. Scholl IV <Roy.Scholl@regions.com>, Regions Legal & Compliance
Subject: URGENT: Regions Liability & Immediate Cure — Coldstream Ministries © (Acct 0356805217) / OCC Case CS0395167

Rob,

You asked that we communicate by email; we are doing so. As of today, September 9, 2025, there has been no substantive response, no fiduciary accounting, and no correction to the Coldstream Ministries © account (Acct 0356805217). The record now includes:

• Notices of Commercial Liability and Levy & Right to Cure (served and unrebutted)
• Final Administrative Judgment and Lien Expansion (unrebutted)
• Treasury presentment (Form 9814 + Credit Instructions) sent registered to Room 3413 on September 5, 2025
• OCC case opened: CS0395167 (additional identifiers provided September 3, 2025)
• Documented call avoidance and email non-responsiveness

Indemnification applies only when officers act in honor. Continued avoidance and refusal to provide fiduciary accounting places personal liability on the officers who have custody of this matter. You and Roy were noticed of this explicitly. This email is a final opportunity to cure in honor before further enforcement steps proceed.

Required actions, due by 4:00 PM ET on September 10, 2025:
1) Designate a responsible Regions officer as the single point of contact and confirm in writing.
2) Deliver a complete fiduciary accounting for Acct 0356805217, including: full ledger; images (front/back) of all instruments and endorsements; and clearing data (ACH/Fedwire trace numbers, settlement dates, returns).
3) Cease all double debits and unlawful conversions immediately and re-credit the Coldstream Ministries © account for any amounts removed via conversion.
4) Confirm in writing that all related call recordings and logs are preserved.

Nothing in this notice is a threat; it is a lawful demand for cure and performance. If Regions fails to meet the above by the time stated, the record will reflect continued dishonor, personal liability will remain attached, and we will proceed with the next enforcement actions already noticed.

Please reply to this email to confirm receipt and your plan of action.

Respectfully,

Daman-Thomas: Caldwell
Executor & Trustee — Coldstream Ministries ©
Secured Party — DAMAN THOMAS CALDWELL© TRUST
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

9589 0710 5270 3527 1468 07

## Demand for Status Update – Negotiable Instrument Presented

Date: September 13, 2025
To: Legal/Compliance Department
Regions Bank
1900 Fifth Avenue ; Birmingham, Alabama Republic [352

From: Jennifer-Leigh Caldwell
c/o 10020 Carolina Street
Bonita Springs, Florida Republic

Re: Demand for Status Update – $5,000,000 Negotiable I

On August 14th, I presented to Regions Bank, Bonita Spr
instrument in the sum certain of Five Million United Stat
in full compliance with the Uniform Commercial Code § 3
accepted by the branch manager and forwarded to your
processing, as well as sending an original Order to Pay to Regions Corporate Legal and
Compliance Division. As of the date of this letter, more than four weeks have elapsed
without any credit, return, or written notice of dishonor.

As you are aware, the Uniform Commercial Code governs the obligations of parties in
presentment and processing of negotiable instruments:
• UCC § 3-501(b)(2) requires that upon presentment the drawee must either pay, accept, or
return the instrument.
• UCC § 3-503 provides that dishonor occurs if timely payment or acceptance is not made.
• UCC § 3-505 requires that a bank provide notice of dishonor or return of the instrument
within a reasonable time.

In commercial banking practice, a 'reasonable time' for presentment and return is
ordinarily within 2–5 business days. The four-week delay in this matter is well outside
recognized standards.

Accordingly, I hereby demand a written update on the status of the negotiable instrument
presented, specifically:
1. Has it been accepted for deposit or settlement?
2. Has it been returned/dishonored?
3. If it is being held, under what authority or rule is it being withheld?

This demand must be answered in writing within ten (10) business days of receipt. Failure
to provide a timely and adequate response will be taken as confirmation that Regions Bank

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

Birmingham, AL 35203

| Certified Mail Fee | $5.30 |
| --- | --- |
| $ | $0.00 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage    $0.78

Total Postage and Fees    $6.08

Sent To  * Demand Status 5M
Regions Bank / Legal & Compliance
Street and Apt. No., or PO Box No.
1900 Fifth Avenue North
City, State, ZIP+4®
Birmingham, Alabama Republic [35203]

PS Form 3800, January 2023    See Reverse for Instructions

0407
06 9/9
2025
Postmark
Here
Del 9/19
09/15/2025

has accepted liability for failing to process the negotiable instrument in accordance with commercial standards and the Uniform Commercial Code.

All rights are reserved under UCC § 1-308, without prejudice and without recourse.

Truth Above All,

Jennifer-Leigh Caldwell, sui juris
Authorized Representative, Private Capacity

## Notice of Dishonor by Refusal

Date: 9/12/2025

To: Regions Bank, Legal Department & Officers

From: COLDSTREAM MINISTRIES© / Daman-Thomas: Caldwell, Executor & Trustee

RE: Refusal of Estoppel Presentment – Constitutes Dishonor

This Notice is hereby placed into the record as an evidentiary addendum to prior
presentments made by COLDSTREAM MINISTRIES©. A properly executed Final Estoppel
and Administrative Judgment was duly tendered to Regions Bank by Certified/Registered
Mail. The USPS record indicates that this mailing was REFUSED by the addressee or its
agents.

Under commercial law, refusal of a properly tendered presentment constitutes dishonor.
Accordingly, the estoppel stands perfected as though accepted, and liability attaches to
Regions Bank, its officers, agents, and assigns for failure to cure within the allotted time.

EVIDENCE:

• USPS green card/return slip showing refusal of delivery.

• Envelope marked as refused, retained as proof of tender.

This Notice establishes the willful dishonor of Regions Bank regarding the estoppel.
Combined with acceptance of the Notice of Levy, this refusal serves as conclusive evidence
of bad faith and intentional obstruction.

All rights reserved, without prejudice, UCC 1-308.

By: _____

Daman-Thomas: Caldwell, Executor & Trustee for COLDSTREAM MINISTRIES©

So it is. Veritas Supra Omnia.

**Cover Letter – Demand for Full Accounting**

Date: September 2, 2025

To: Legal & Compliance Department
Regions Bank

Attn: Rob Thompson & Roy Scholl
Bonita Springs Branch

Via Certified Mail, Return Receipt Requested

Re: Coldstream Ministries© Fiduciary Account No. 035
Accounting

Dear Sirs,

Enclosed please find a formal Demand for Full Accounting regarding the above-referenced
fiduciary account. This demand outlines specific requests for detailed ledger entries,
negotiable instrument copies, ACH/Fedwire traces, and reconciliation of all transactions
pertaining to Coldstream Ministries©.

This demand is issued in connection with ongoing concerns of unlawful conversion,
unauthorized double-debits, and failure to respect established fiduciary arrangements. You
are hereby instructed to respond within the timeframes indicated in the enclosed
document.

Please treat this matter with the utmost seriousness. Failure to provide a timely, complete,
and good-faith response will constitute further dishonor and attach additional commercial
liability to Regions Bank and its officers.

Respectfully,

Daman-Thomas: Caldwell
Executor & Trustee for Coldstream Ministries© Trust
All Rights Reserved – Without Prejudice – UCC 1-308

MAILED

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Tallahassee, FL 32301

Certified Mail Fee $5.30
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $1.07
Total Postage and Fees $6.3

Sent To Corporation Service Company
Street and Apt. No., or PO Box No. 1201 Hayes Street
City, State, ZIP+4® Tallahassee, Florida Republic /3230

PS Form 3800, January 2023  *Demand Accounting*  09/24/2025

## Formal Demand for Full Accounting

Date: September 2, 2025

To:
Regions Bank – Legal & Compliance Department          9589 0710 5270 3527 1469 06
CC: Rob Thompson, Roy Scholl
CC: Corporation Service Company (Registered Agent for Regions Bank)
1201 Hayes St.
Tallahassee, FL 32301                                 9589 0710 5270 3527 1469 13

## Re: Formal Demand for Full Accounting — Coldstream Ministries© Fiduciary Account No. 0356805217

Dear Legal & Compliance Team,

This is a formal demand for a full and complete accounting of all financial activities related to Coldstream Ministries© Fiduciary Account No. 0356805217 from inception to present.

You are hereby ordered to provide, within ten (10) business days, a certified accounting ledger detailing the following:

1. All deposits, reposits, credits, debits, and internal transfers applied to the account, including originating source and end-point clearinghouse information.
2. All negotiable instruments (checks, wires, drafts, debit transactions) converted, negotiated, or reclassified — including scanned images, endorsements, and processing paths.
3. ACH and Fedwire trace reports, including originating financial institution (OFI) identifiers and receiving financial institution (RFI) identifiers.
4. Internal bank records of double-posting or 'recycling' entries, reflecting duplicate charges or unjust enrichment.
5. Communications and instructions between Regions Bank staff and outside clearinghouses, regulators, or counterparties concerning the account.
6. All fees, interest, and penalties assessed — with explanation of authority under which they were charged.
7. Ledger balances and reconciliation reports on a daily, monthly, and yearly basis.

Failure to provide this full accounting will serve as conclusive proof of concealment and dishonor and will trigger additional penalties under the perfected lien already attached against Regions Bank and its officers.

This is not a request. It is a demand in the capacity of Executor and Trustee for Coldstream Ministries©, holding perfected commercial lien rights and fully documented notices of dishonor.

Acknowledgment of this demand is required within 72 hours of receipt. Silence or delay will be construed as bad faith and continued dishonor.

Respectfully,

Daman-Thomas: Caldwell
Executor & Trustee — Coldstream Ministries©
All Rights Reserved — UCC 1-308, Without Prejudice

## Preservation / Litigation Hold Notice

Date: September 21, 2025

To: Regions Bank — Legal & Compliance Department

CC: rob.thompson@regions.com; roy.scholl@regions.com

To Whom It May Concern:

This notice requires immediate preservation of all records and evidence potentially relevant to Coldstream Ministries© v. Regions Bank (matter of dishonor, conversion, liens, notices of levy, and related enforcement). Coldstream Ministries© has served multiple notices, and litigation is now probable.

You are hereby placed on formal LITIGATION HOLD. Do not delete, alter, destroy, conceal, or dispose of any documents, data, recordings, or electronic information relevant to the matters described below. This includes, but is not limited to:

• All account ledgers, transaction histories, and posting logs for account #0356805217 and any related accounts.

• All scanned images and originals of deposited checks, negotiable instruments, PDSIs, and any presentments.

• All Fedwire / ACH traces and settlement messages for all items posted to or from the accounts.

• All emails, internal memos, compliance notes, call logs, mistreatment records, branch logs, and any communication referencing Coldstream, Coldstream Ministries©, Daman-Thomas Caldwell, or the matters at issue.

• All images or electronic captures of physical instruments and teller-scanned images.

• CCTV/branch camera footage covering teller/operations areas for days relevant to the disputed postings.

• Any correspondence with third parties (merchant acquirers, processors) related to debit card transactions tied to Coldstream.

• Custodial records and chain-of-custody documentation for any instruments or items moved into collections, presentment, or sale.

Preserve all metadata and system logs associated with the above. Preserve backups, archives, and disaster recovery copies. Preserve mobile device records and any personal email accounts (if used for business communications) of relevant employees (including Rob Thompson and Roy Scholl).

Please acknowledge receipt of this Preservation Notice in writing within 48 hours and confirm the assigned custodian(s) responsible for compliance.

This litigation hold is ongoing pending further written notice. Failure to comply with this preservation demand may constitute spoliation and will be used as evidence of willful concealment or obstruction.

Respectfully,

Daman-Thomas: Caldwell
Executor & Trustee — Coldstream Ministries©
All Rights Reserved — UCC 1-308

**A-4**

**COLDSTREAM MINISTRIES©**

~~Executor & Trustee: Damon Thomas: Caldwe~~

c/o 10020 Carolina Street

~~Bonita Springs, Florida Republic~~

Private & Confidential

Date: September 20, 2025

To:

~~Regions Bank — Legal & Compliance Departr~~

~~1900 Fifth Avenue North~~

Birmingham, AL 35203

**MAILED**
SEP 2 0

*U.S. Postal Service™*
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Birmingham, AL 35203

Certified Mail Fee $5.30    0407 32

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)     $ $0.00
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required      $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.07

Total Postage and Fees

Postmark
Here
SEP 20 2025
09/20/2025

*Intent to Sue*

Sent To
Regions Bank/ Legal & Compliance
Street and Apt. No., or PO Box No.
1900 Fifth Avenue North
City, State, ZIP+4®
Birmingham, Alabama Republic [35203]

PS Form 3800, January 2023 PSN 7530-02-000-9047 *See Reverse for Instructions*

9589 0710 5270 3527 1468 90

CC (Courtesy Copies):

CT Corporation System (Registered Agent for Regions Bank)

~~1200 South Pine Island Road~~

Plantation, FL 33324          9589 0710 5270 3527 1468 76

~~Office of the Comptroller of the Currency (OCC)~~

Customer Assistance Group

~~P.O. Box 53570~~

Houston, TX 77052          9589 0710 5270 3527 1468 83

Subject: Notice of Intent to Sue — Coldstream Ministries© v. Regions Bank

Dear Sirs and Madams,

Please be advised that the attached Notice of Intent to Sue and Duty, Breach, and Damages Statement have been formally served upon Regions Bank Legal & Compliance Department.

Courtesy copies are also being sent to CT Corporation System, the registered agent of
Regions Bank, and to the Office of the Comptroller of the Currency (OCC) for record and
oversight.

Certified mail tracking numbers are provided with each addressee for full transparency and
recordkeeping.

Respectfully submitted,

Daman-Thomas: Caldwell, Executor & Trustee
COLDSTREAM MINISTRIES©
Without Prejudice — All Rights Reserved — UCC 1-308

MAILED

SEP. 2 0 2025

## NOTICE OF INTENT TO SUE

Date: September 18, 2025

To: Regions Bank, Legal & Compliance Department
Cc: Rob Thompson, Branch Officer; Roy Scholl, Branch Officer

From: COLDSTREAM MINISTRIES©
Executor & Trustee: Daman-Thomas: Caldwell
Bonita Springs, Florida Republic — non-corporate jurisdiction
Private & Confidential

This Notice of Intent to Sue is issued due to your continued dishonor, refusal to cure, and unlawful conversion of negotiable instruments belonging to COLDSTREAM MINISTRIES©. Despite multiple presentments, registered notices, and opportunities to correct the record, you have failed to act in good faith or within your fiduciary duty. Be advised: if forced into the public forum, this matter will be presented before a jury, and your actions will be scrutinized under oath and on the public record.

Duty
Regions Bank, through its officers, owed a fiduciary duty to safeguard funds, process instruments in good faith, and provide accurate account ledgers. Acceptance of deposits and instruments created this binding duty.

Breach
You have breached that duty by:
- Unlawful conversion of negotiable instruments from a DEPOSIT ONLY fiduciary account;
- Double-dipping and unjust enrichment by monetizing checks and debits while removing funds;
- Failure to provide accounting ledgers or transparency despite repeated certified demands;
- Ignoring notices of liability, levy, estoppel, and lien expansion already perfected under UCC filings.

Damages
Your dishonor has caused documented damages including:
- Fifty-Five Million Dollars ($55,000,000) liability;
- One Million Dollars ($1,000,000) per week accruing for continued dishonor;
- Exposure to punitive damages in public court for breach of fiduciary duty and unjust enrichment.

Notice of Enforcement

If immediate corrective action is not taken within ten (10) business days of receipt,
COLDSTREAM MINISTRIES© will initiate civil litigation in the public forum. A jury will hear
and decide the evidence, and your dishonor, stalling, and unlawful practices will be exposed.
This will be in addition to, and not in lieu of, all perfected private remedies already
executed.

You have been given every opportunity to resolve this matter privately and in honor. Your
silence or refusal to cure will be taken as tacit acquiescence. The next move is yours.

So it is. Veritas Supra Omnia.

Daman-Thomas: Caldwell, Executor & Trustee
COLDSTREAM MINISTRIES©
Without Prejudice — All Rights Reserved — UCC 1-308

# DUTY, BREACH, AND DAMAGES STATEMENT

**MAILED**
SEP 2 0 2025

Date: September 18, 2025

To: Regions Bank, Legal & Compliance Department
Cc: Rob Thompson, Branch Officer; Roy Scholl, Branch Officer

From: COLDSTREAM MINISTRIES©
Executor & Trustee: Daman-Thomas: Caldwell
Bonita Springs, Florida Republic — non-corporate jurisdiction
Private & Confidential

## Duty

From the inception of opening the COLDSTREAM MINISTRIES© account, Regions Bank and its officers entered into an agreement and fiduciary relationship requiring them to:
- Respect and uphold the commercial processes designated by COLDSTREAM MINISTRIES©;
- Operate the account in good faith as a DEPOSIT ONLY fiduciary account;
- Provide accurate ledgers, full accounting, and transparency upon request;
- Handle negotiable instruments according to law and custom without conversion, manipulation, or suppression.

By accepting the account and the instruments tendered, Regions acknowledged and agreed to these duties.

## Breach

Regions, including its officers Rob Thompson and Roy Scholl, breached these duties by:
- Conversion of negotiable instruments: taking checks and debit transactions as negotiable instruments, while also removing equivalent funds, resulting in double-dipping and unjust enrichment;
- Dishonor of commercial processes: ignoring or obstructing private commercial remedies and processes explicitly placed on record at account inception;
- Failure to provide accounting: refusing to deliver ledgers or reconcile the record despite repeated certified demands;
- Ignoring lawful notices: disregarding notices of liability, levy, estoppel, lien expansion, and registered instruments sent to both branch and legal departments.

## Damages

The breaches outlined above have directly caused quantifiable damages, including but not limited to:
- Commercial liability of Fifty-Five Million Dollars ($55,000,000);

- Accruing damages of One Million Dollars ($1,000,000) per week for continued dishonor
and non-correction;
- Harm to the integrity of COLDSTREAM MINISTRIES© as an ecclesiastical trust, through
unlawful conversion and disregard for private agreements;
- Exposure to additional punitive damages in public court should Regions force this matter
into litigation before a jury.

## Conclusion

Regions Bank has had every opportunity to act in honor and cure its breaches. By refusing
to respect both fiduciary duty and the original commercial agreement, Regions has
triggered full liability.

So it is. Veritas Supra Omnia.

_____

Daman-Thomas: Caldwell, Executor & Trustee
COLDSTREAM MINISTRIES©
Without Prejudice — All Rights Reserved — UCC 1-308

Regions Bank (1900 - 1900 Main)
1900 Fifth Avenue North
Birmingham, Alabama Republic [35203]

9589 0710 5270 2909 5105 64

A-5

**PRIVATE & CONFIDENTIAL**

Declaration of Final Estoppel and Administrative Judgment

I, Daman-Thomas: Caldwell, living man and Executor & Trustee for the DAMAN THOMAS
CALDWELL© TRUST and Coldstream Ministries ©, do hereby declare the following:

1. On prior dates, I tendered remedy in the form of a negotiable instrument in the amount of
Five Million Dollars ($5,000,000.00), accompanied by a Notice of Commercial Liability in the
amount of Fifty Million Dollars ($50,000,000.00) and a Notice of Levy.

2. Said documents were duly served upon Regions Bank and its agent Rob Thompson, with
proper proof of service.

3. A ten (10) business day period to cure was provided in honor, expiring on September 8,
2025.

4. As of this date, no lawful rebuttal, cure, or performance has been received. Silence and
refusal to answer fiduciary questions constitute dishonor, concealment, and bad faith.

5. Therefore, by operation of law, liability is perfected and final in the amount of Fifty-Five
Million Dollars ($55,000,000.00), and enforcement proceeds accordingly.

Notice is hereby given that this Declaration of Final Estoppel and Administrative Judgment
stands as final, unrebuttable, and binding in both the private and public, under Divine Law,
Universal Law, Trust Law, and commercial maxims.

So it is. Veritas Supra Omnia.

By: _____
Daman-Thomas: Caldwell
Executor & Trustee — Caldwell Nation / Coldstream Ministries ©

Date: September 9, 2025
Witness/Seal: Jennifer-Leigh

CC: Office of the Comptroller of the Currency
     PO Box 53570
     Houston, Texas Republic [77052]

Regions Bank/Bonita Branch
Attn: Rob Thompson
24836 South Tamiami Trail
Bonita Springs, Florida Republic [34134]

`9589 0710 5270 2909 5105 71`

## PRIVATE & CONFIDENTIAL

Declaration of Final Estoppel and Administrative Judgment

I, Daman-Thomas: Caldwell, living man and Executor & Trustee for the DAMAN THOMAS
CALDWELL© TRUST and Coldstream Ministries ©, do hereby declare the following:

1. On prior dates, I tendered remedy in the form of a negotiable instrument in the amount of
Five Million Dollars ($5,000,000.00), accompanied by a Notice of Commercial Liability in the
amount of Fifty Million Dollars ($50,000,000.00) and a Notice of Levy.

2. Said documents were duly served upon Regions Bank and its agent Rob Thompson, with
proper proof of service.

3. A ten (10) business day period to cure was provided in honor, expiring on September 8,
2025.

4. As of this date, no lawful rebuttal, cure, or performance has been received. Silence and
refusal to answer fiduciary questions constitute dishonor, concealment, and bad faith.

5. Therefore, by operation of law, liability is perfected and final in the amount of Fifty-Five
Million Dollars ($55,000,000.00), and enforcement proceeds accordingly.

Notice is hereby given that this Declaration of Final Estoppel and Administrative Judgment
stands as final, unrebuttable, and binding in both the private and public, under Divine Law,
Universal Law, Trust Law, and commercial maxims.

So it is. Veritas Supra Omnia.

By:

Daman-Thomas: Caldwell
Executor & Trustee — Caldwell Nation / Coldstream Ministries ©

Date: September 9, 2025
Witness/Seal:

CC: Office of the Comptroller of the Currency
      PO Box 53570
      Houston, Texas Republic [77052]

9589 0710 5270 3527 1466 23 — Region's CT Corporation

9589 0710 5270 3527 1466 30 — Region's Legal & Compliance

9589 0710 5270 3527 1466 47 — Region's Bonita Branch-Rob T.

## NOTICE OF LEVY AND RIGHT TO CURE

Private Ecclesiastical Fiduciary Instrument
All Rights Reserved — UCC 1-308 — Without Prejudice
Private & Confidential — For Settlement and Closure On

**TO: REGIONS BANK**
1900 Fifth Avenue North

Birmingham, Alabama Republic [35203]

FROM: Coldstream Ministries © — 508(c)(1)(A)
Executor & Trustee: Daman-Thomas: Caldwell
c/o 10020 Carolina Street
Bonita Springs, Florida Republic [Non-Domestic]

Re: Enforcement of Perfected Lien and Administrative J

MAILED

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Fort Lauderdale FL 33324 U S E

| Certified Mail Fee $5.30 | | 0407 |
| --- | --- | --- |
| $ | | 06 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00    Postmark Here
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage $0.78

Total Postage and Fees
$ $6.08    09/08/2025

Sent To    ✳ Notice Levy
Regions CT Corporation System
Street and Apt. No., or PO Box No.
1200 South Pine Island Road
City, State, ZIP+4®
Plantation, Florida Republic [33324

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Be it known:

1. That a lien and administrative judgment has been perfected and remains unrebutted against REGIONS BANK in the amount of $55,090,000.00 USD, duly noticed and recorded under UCC filing #20250313984X.

2. That Respondent has engaged in dishonor by failing to respond in substance to multiple presentments, including but not limited to Notices of Commercial Liability, Levy, and Final Administrative Judgment.

3. By operation of law, Respondent's silence and non-performance constitute tacit acquiescence, and liability is now fully attached.

## LEVY DIRECTIVE

You are hereby directed to immediately satisfy the outstanding lien and judgment by application of credits and remittances to the following fiduciary account:

Coldstream Ministries © — 508(c)(1)(A)
Executor & Trustee: Daman-Thomas: Caldwell

Fiduciary Deposit Instructions:
Bank: Regions Bank
Routing Number: 063104668

**Account Number: 0356805217**
**Registered Bond Number: RR767296200 US**
**Application: Lawful Money — Title 12 USC § 411**

**You are granted ten (10) business days from receipt of this Notice to cure by honoring this levy and providing written confirmation of settlement. Failure to cure shall constitute final dishonor, expansion of lien, and enforcement through Treasury Remittances (Room 3413) and other competent authorities.**

So it is. Veritas Supra Omnia.

Respectfully submitted,

Daman-Thomas-Caldwell — Executor & Trustee
Coldstream Ministries © — 508(c)(1)(A)
Secured Party & Executor — DAMAN THOMAS CALDWELL© TRUST
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

COLDSTREAM MINISTRIES©,
a private ecclesiastical trust,
by and through its trustees,
DAMAN-THOMAS: CALDWELL and JENNIFER-LEIGH: CALDWELL,
appearing in propria persona, sui juris,

Plaintiff,

v.

REGIONS BANK, N.A.,
a national banking association,

Defendant.

Case No. 2:25-cv-993-KCD-DNF

## NOTICE OF FILING DEMAND FOR PRESERVATION OF EVIDENCE AND RECORDS

Plaintiff, COLDSTREAM MINISTRIES©, a private ecclesiastical trust, by and through its trustees, Daman-Thomas: Caldwell and Jennifer-Leigh: Caldwell, appearing in propria persona, sui juris, hereby gives notice of filing with this Honorable Court the attached Demand for Preservation of Records previously served upon Defendant, Regions Bank, N.A., on September 21, 2025.

This filing is made to place the Court on notice that Plaintiff directed Defendant to preserve all records, electronically stored information (ESI), and documents relating to Plaintiff's Bill of Exchange tendered August 25, 2025, and the subsequent freezing and closure of the Coldstream Ministries© account. The Preservation Demand, mailed prior to any adverse action, includes explicit instruction to safeguard Fedwire, E-LAPS, and internal communication records pertaining to these events.

Failure of Defendant to preserve such records after receiving this notice shall constitute spoliation of evidence subject to sanctions, adverse inference instructions, and such other remedies as justice requires.

Respectfully submitted,

COLDSTREAM MINISTRIES©
By and through its Trustees:

_____  Date: 10/31/25

Daman-Thomas: Caldwell

_____  Date: 10/31/25

Jennifer-Leigh: Caldwell

In propria persona, sui juris
c/o 10020 Carolina Street
Bonita Springs, Florida Republic

Attached: Exhibit A – Demand for Preservation of Records (served September 21, 2025)

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

COLDSTREAM MINISTRIES©,
a private ecclesiastical trust,
by and through its trustees,
DAMAN-THOMAS: CALDWELL and JENNIFER-LEIGH: CALDWELL,
appearing in propria persona, sui juris,

Plaintiff,

v.

REGIONS BANK, N.A.,
a national banking association,

Defendant.

Case No. 2:25-cv-993-KCD-DNF

## PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT REGIONS BANK, N.A.

Plaintiff, COLDSTREAM MINISTRIES©, by and through its trustees, Daman-Thomas:
Caldwell and Jennifer-Leigh: Caldwell, appearing in propria persona, sui juris, pursuant to
the Federal Rules of Civil Procedure, hereby requests that Defendant, Regions Bank, N.A.,
respond to the following Requests for Admission, Interrogatories, and Requests for
Production within the time required by law.

## REQUESTS FOR ADMISSION
Request for Admission No. 1: Admit that Defendant received Plaintiff's Bill of Exchange
dated August 25, 2025, a copy of which will be produced as Exhibit A.

Request for Admission No. 2: Admit that the Bill of Exchange tendered by Plaintiff was a
negotiable instrument as defined in UCC §3-104.

Request for Admission No. 3: Admit that Defendant did not present Plaintiff's Bill of
Exchange to the Federal Reserve Bank or the U.S. Treasury for settlement.

Request for Admission No. 4: Admit that Defendant froze Plaintiff's account on September
25, 2025.

**Request for Admission No. 5:** Admit that Defendant did not provide Plaintiff with advance notice prior to freezing the account.

**Request for Admission No. 6:** Admit that Defendant communicated internally about Plaintiff's Bill of Exchange.

**Request for Admission No. 7:** Admit that Defendant communicated with the Federal Reserve, the U.S. Treasury, or any regulator about Plaintiff's Bill of Exchange.

**Request for Admission No. 8:** Admit that Plaintiff's Letter of Intent to Sue was received by Defendant prior to the account freeze.

**Request for Admission No. 9:** Admit that Defendant's freeze of Plaintiff's account caused loss of use of funds.

**Request for Admission No. 10:** Admit that Defendant failed to release the account freeze after receiving Plaintiff's notices of fault and opportunity to cure.

## INTERROGATORIES

**Interrogatory No. 1:** Identify all individuals employed by Defendant who handled, reviewed, or made decisions regarding Plaintiff's Bill of Exchange.

**Interrogatory No. 2:** Describe Defendant's policies and procedures for handling bills of exchange or orders to pay tendered by account holders.

**Interrogatory No. 3:** State the reason(s) Defendant did not honor or present Plaintiff's Bill of Exchange for settlement.

**Interrogatory No. 4:** Identify the individual(s) who authorized freezing Plaintiff's account and describe the basis for such action.

**Interrogatory No. 5:** Describe all communications between Defendant and the Federal Reserve or the U.S. Treasury relating to Plaintiff's Bill of Exchange.

**Interrogatory No. 6:** State whether Defendant has ever presented a bill of exchange from any private party for settlement, and if so, provide details.

**Interrogatory No. 7:** Describe the steps Defendant took to notify Plaintiff about the account freeze, including dates and methods of communication.

**Interrogatory No. 8:** State the amount of funds held in Plaintiff's account at the time of the freeze.

**Interrogatory No. 9:** Identify any outside counsel, consultant, or regulator Defendant consulted regarding Plaintiff's Bill of Exchange.

**Interrogatory No. 10:** Describe the process by which Defendant decided not to cure after receiving Plaintiff's notices of fault.

## REQUESTS FOR PRODUCTION

Request for Production No. 1: Produce all copies of Plaintiff's Bill of Exchange, including any scanned or electronic images, endorsements, or handling notes.

Request for Production No. 2: Produce all Fedwire, E-LAPS, or clearing system logs related to the Bill of Exchange tendered by Plaintiff.

Request for Production No. 3: Produce all internal emails, memos, notes, or Teams/Slack chats regarding Plaintiff's Bill of Exchange.

Request for Production No. 4: Produce all communications between Defendant and the Federal Reserve, U.S. Treasury, or IRS regarding Plaintiff's Bill of Exchange.

Request for Production No. 5: Produce all policies, manuals, or compliance documents describing Defendant's handling of bills of exchange or orders to pay.

Request for Production No. 6: Produce all account statements and ledgers for Plaintiff's Coldstream Ministries© account covering August 2025 through October 2025.

Request for Production No. 7: Produce all records documenting the account freeze, including date/time, authorizing official, and reason codes.

Request for Production No. 8: Produce all notices sent to Plaintiff regarding the account freeze.

Request for Production No. 9: Produce any privilege logs for documents withheld relating to Plaintiff's Bill of Exchange or account freeze.

Request for Production No. 10: Produce all documents evidencing communications with outside counsel, regulators, or auditors regarding Plaintiff's Bill of Exchange.

Respectfully submitted,

COLDSTREAM MINISTRIES©
By and through its Trustees:

_____ Date: 10/31/25
Daman-Thomas: Caldwell

_____ Date: 10/31/25
Jennifer-Leigh: Caldwell

In propria persona, sui juris
c/o 10020 Carolina Street
Bonita Springs, Florida Republic

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COLDSTREAM MINISTRIES©, a Private Ecclesiastical Trust,
by and through Trustee, Daman-Thomas: Caldwell,
Plaintiff,

Case No. 2:25-cv-00993-KCD-DNF

v.

REGIONS BANK, N.A.,
Defendant.



## EXHIBIT E — REGIONS ACCOUNT FREEZE / CLOSURE EVIDENCE INDEX

This index identifies documentary evidence demonstrating Regions Bank's retaliatory
freeze, lockout, and closure of the Coldstream Ministries© Trust account following receipt
of the Private Administrative Judgment and litigation notices.

- E-1 — Online Portal Lock — Screenshot (iPhone)

Screenshot captured within 23 minutes of Notice of Intent to Sue showing account lockout;
evidences retaliatory action.

- E-2 — Trust Minutes Entry — Call with Stuart Abolski, VP of Corporate Services

Trustee minutes confirming Regions' acknowledgment of lockout and refusal to clarify
post-notice; establishes knowledge and misconduct.

- E-3 — Notice of Confirmation and Demand for Clarification

Follow-up correspondence from Coldstream Ministries© showing Regions' continued
dishonor and failure to cure after lockout.

- E-4 — USPS Letter — Notice of Account Closure / Service Termination

Written notice scheduling account closure for October 8, 2025; establishes retaliatory intent
and deprivation of property.

Filed in Support of Plaintiff's Motion for Summary Judgment — Based on Perfected Private
Administrative Judgment (Full Damages).

Online Portal

9/25/25

**16:57**  📶 📶 67



# REGIONS

**FDIC** *FDIC-Insured - Backed by the full faith and credit of the U.S. Government*

E1

**Username**

****te82

**Pas**

## Attention

For security reasons, your account is now locked. Please contact Customer Support at 800-417-2859 to unlock your account.

**Close**        **Call us**

**Log in**

**Need help logging in?**

📍 **Locator**       **About us**      ❓ **Contact us**

**Language settings**

© 2025 Regions Bank. All Rights Reserved. Version: 8.1.2.2

## Trust Minutes of Coldstream Ministries© Trust

(Dated October 1, 2025)

Meeting Type: Trustee Recordation of Telephone Conference

Time: 1:10 PM Eastern

Place: Telephonic

### Trustees Present

- Jennifer-Leigh Caldwell, Trustee

- Daman-Thomas Caldwell, Trustee

### Matter Discussed

Trustee Jennifer-Leigh Caldwell placed a call to Lorraine at the Regions Bank branch
regarding the closure of the Coldstream Ministries© Trust account and the unreleased
liquid balance of approximately $600.19.

Following that outreach, at approximately 1:10 PM, a call was received from Stuart Abolski,
who identified himself as Vice President of Corporate Services.

### Summary of Stuart Abolski's Statements

1. He confirmed the account was closed due to 'issues with the branch,' naming Rob
Thompson.

2. He admitted he had only limited access to the account and could not see full records.

3. He asked if the trustees had received notice of account closure. Trustee Jennifer-Leigh
confirmed no such notice was received.
   - Stuart acknowledged that there was no tracking or certified mailing of the notice.

4. Regarding the $5,000,000 negotiable instrument submitted by the trustees:
   - He stated, 'I don't see where that's logged in the system.'
   - He admitted he had no answers on the negotiable instrument at this time.

5. He agreed to research the matter further and to follow up with both the trustees and
Tamara at the local branch.

6. He stated he would also provide instructions for how to receive the liquid funds
remaining in the trust account at the time of closure.

### Trustee Observations

The Vice President's admissions confirm Regions' failure to:
- Provide notice of closure in compliance with fiduciary duties and banking protocols.

## Trust Minutes of Coldstream Ministries© Trust

(Dated October 1, 2025)

Meeting Type: Trustee Recordation of Telephone Conference

Time: 1:10 PM Eastern

Place: Telephonic

### Trustees Present

- Jennifer-Leigh Caldwell, Trustee

- Daman-Thomas Caldwell, Trustee

### Matter Discussed

Trustee Jennifer-Leigh Caldwell placed a call to Lorraine at the Regions Bank branch regarding the closure of the Coldstream Ministries© Trust account and the unreleased liquid balance of approximately $600.19.

Following that outreach, at approximately 1:10 PM, a call was received from Stuart Abolski, who identified himself as Vice President of Corporate Services.

### Summary of Stuart Abolski's Statements

1. He confirmed the account was closed due to 'issues with the branch,' naming Rob Thompson.

2. He admitted he had only limited access to the account and could not see full records.

3. He asked if the trustees had received notice of account closure. Trustee Jennifer-Leigh confirmed no such notice was received.
   - Stuart acknowledged that there was no tracking or certified mailing of the notice.

4. Regarding the $5,000,000 negotiable instrument submitted by the trustees:
   - He stated, 'I don't see where that's logged in the system.'
   - He admitted he had no answers on the negotiable instrument at this time.

5. He agreed to research the matter further and to follow up with both the trustees and Tamara at the local branch.

6. He stated he would also provide instructions for how to receive the liquid funds remaining in the trust account at the time of closure.

### Trustee Observations

The Vice President's admissions confirm Regions' failure to:
- Provide notice of closure in compliance with fiduciary duties and banking protocols.

- Account for the receipt, dishonor, or settlement of the negotiable instrument.

His statements substantiate ongoing commercial dishonor, fiduciary breach, and possible conversion.

## Resolution

It was resolved that:

1. These minutes be entered into the official records of Coldstream Ministries© Trust.

2. Follow-up correspondence shall be issued if no adequate accounting or settlement is received from Regions Bank in a timely manner.

3. The trustees shall preserve all registered mail receipts, email correspondence, and records of presentment related to this matter.

Recorded this 1st day of October, 2025

Jennifer-Leigh Caldwell, Trustee

Daman-Thomas Caldwell, Trustee

9589 0710 5273 3527 1470 71

## Notice of Confirmation and Demand for Clarification

Date: October 1, 2025

From: Jennifer-Leigh Caldwell, Trustee / Executor
c/o 10020 Carolina Street
Bonita Springs, Florida Republic

To: Tamara, Branch Manager – Tarpon Bay Branch, Nort
Cc: Stuart Abolski, Vice President – Corporate Services, F

**Subject:** Confirmation of Account Closure, Negotiable
Coldstream Ministries

This correspondence serves both as a professional confir
private notice entered into the record of the Coldstream
reservation of rights (UCC 1-308, without prejudice, with
ensure clarity, accountability, and good faith performanc

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage
$ Priority Tracking #
Total Postage and Fees
$ 9505 5156 0311 5275 5002 47
Sent To
Regions Bank  Legal Compliance
Street and Apt. No., or PO Box No.
1900 Fifth Avenue North
City, State, ZIP+4®
Birmingham, Alabama Republic [35203]

PS Form 3800, January 2023 PSN 7530-02-000-9047          See Reverse for Instructions

## Factual Background

1. On October 1, 2025, at approximately 1:10 PM, I spoke directly with Mr. Stuart Abolski,
Vice President of Corporate Services, regarding the Coldstream Ministries account and
related matters.

2. During this call, I specifically requested an accounting for the $5,000,000 negotiable
instrument previously tendered. Mr. Abolski acknowledged the request, stated he would
research the matter, and indicated that any findings would be communicated to me through
Branch Manager Tamara.

3. Mr. Abolski further stated that the reason for the account closure was not procedural, but
specifically because of ongoing issues with the Bonita Springs branch, Rob Thompson. He
confirmed that Regions Bank had chosen to sever the relationship on that basis.

4. I asked Mr. Abolski whether any official written correspondence had been issued to me
regarding this closure. I confirmed that none had been received. He admitted he had no
tracking information on such correspondence.

5. Later the same day, at 4:43 PM, I initiated a call to Tamara, Branch Manager of the Tarpon
Bay branch, after no follow-up call was received. Tamara stated she had not called because
Mr. Abolski told her he had already provided all necessary information.

6. In the October 1 call, Tamara confirmed that the account will undergo final hard closure
on October 8, 2025, and that the final disbursement check will be mailed within 48 hours
thereafter, on or about October 9–10, 2025.

## Demand for Written Confirmation

Accordingly, I hereby demand written confirmation on or before October 7, 2025, of the
following:

• The exact date and process of the Coldstream Ministries account closure.

• The form, amount, and mailing details of the disbursement (i.e., whether in the form of a
negotiable instrument or check).
• Confirmation that the check will be mailed no later than October 10, 2025.
• Written accounting and status of the $5,000,000 negotiable instrument previously
tendered.

## Notice to the Record

This notice is entered into the official trust minutes of Coldstream Ministries and is served
upon Regions Bank and its officers for the avoidance of doubt and prevention of further
miscommunication. Failure to provide written confirmation by the date specified shall
constitute dishonor and may give rise to remedies under private contract law, trust law, and
all applicable provisions of the Uniform Commercial Code.

All rights reserved.
Without recourse, without prejudice.
By: _____
Jennifer-Leigh Caldwell
Trustee / Executor, Coldstream Ministries

# ◢◣ REGIONS



9/25/2025

ᵐᵖᵖᵖᵖᵖᵖᵖᵖᵖᵖᵖᵖᵖᵖᵖᵖᵖᵖᵖᵖᵖᵖᵖᵖᵖᵖ

0000094 01 SP   0.740 001
COLDSTREAM MINISTRIES
10020 CAROLINA ST
BONITA SPRINGS FL 34135-4600


## NOTICE OF ACCOUNT CLOSURE/SERVICE TERMINATION

Account Number ending in 5217

This letter serves as notice to you that we will close the account, product, or service referenced above (the "Account"), together with any related or ancillary Regions Bank services that you may use in connection with such Account and the other relationships and services as set forth below, effective 10/08/2025 (the "Close Date").

You should not initiate or perform any transactions that will or may post or settle to the Account on after the Close Date (for example, if an Account is a checking account, you should not write any checks that may be presented for payment on or after the Close Date). On or after the Close Date, we will mail you one or more checks representing the balance of available collected funds in the Account. If there is any balance of uncollected funds in the Account on or after the Close Date, we will mail you one or more checks representing those funds if and when the funds are collected. Any final disbursement of funds from the Account is subject to applicable funds availability policies and procedures and applicable terms and conditions respectively governing the Account.

On or after the Close Date, we may-but are not required to-reject or return any Account transactions, and we may refer any third parties presenting transactions against the Account to you. It is your responsibility to make alternative transaction arrangements with, or send any necessary notifications to, any third parties who may have an interest in any pending Account transactions or any Account transactions that may be scheduled for execution in the future (including any third parties who may periodically debit or credit the Account electronically). If you rent any safe deposit box(es), we are terminating your lease(s), and the contents should be removed by the Close Date or your box(es) will be drilled in accordance with Regions Bank's policy and applicable state law. If we drill the box(es), you will be assessed drilling charges and your contents will either be held by the bank or sent to the state as abandoned property as set forth under the laws of your state. To the extent that the state will not accept any contents, Regions may destroy contents as allowed under state law.

Additionally, if you are enrolled in our Now Banking check cashing, money transfer services, or expedited bill payment services, we may terminate your enrollment in those services.

Our election to close the Account and to terminate other services does not constitute a waiver, modification, or termination of any of our rights, remedies, claims and defenses under the terms and conditions respectively governing the Account or any other transaction or relationship between you and us, and we reserve all such rights, remedies, claims and defenses (including the right to collect from you any overdraft amounts that may be owing on any Account). If you have any questions, please call us at 1-800-348-0809.

Sincerely,

Regions Bank
Member FDIC

# EXHIBIT F — CFPB OVERSIGHT CORRESPONDENCE INDEX

This exhibit contains the complete correspondence record between COLDSTREAM MINISTRIES© and the Consumer Financial Protection Bureau (CFPB) regarding Complaint ID 2510009-24831438, initiated on September 30, 2025.

The communications in this exhibit document:

- The CFPB's receipt of the complaint
- Requests for supplemental information
- Coldstream Ministries©' timely responses
- CFPB's confirmation that all materials were forwarded to REGIONS BANK for a required response
- The final CFPB notice closing the file due to Regions Bank's refusal to participate

## CFPB's Final Determination

Included in this exhibit is the CFPB's written notice dated November 6, 2025, stating:

"The company has informed us that it cannot respond to the issues raised in this complaint through this process."

This statement evidences REGIONS BANK's refusal to participate in a federally mandated oversight process, despite the CFPB's statutory authority to compel responses from supervised financial institutions.

This refusal occurred during active harm to the Coldstream Ministries© fiduciary account, while fiduciary, accounting, and conversion issues remained unresolved.



9589 0710 5270 3527 1470 57

c/o 10020 Carolina Street
Bonita Springs, Florida Republic

September 30, 2025

Consumer Financial Protection Bureau
P.O. Box 27170
Washington, DC 20038



**Re: Complaint Against Regions Bank — Account**
**Funds, Fiduciary Breach**

To Whom It May Concern,

Please find enclosed a formal complaint submitted by Coldstream Ministries©, a private
ecclesiastical trust, regarding serious misconduct by Regions Bank (Bonita Springs, Florida
branch).

This correspondence is being mailed rather than filed online in order to ensure the Bureau
has a complete record of the trust's grievance, supporting narrative, and requested relief.
The enclosed document details the following:

- Unlawful conversion of trust funds and ongoing refusal to provide a fiduciary accounting.
- Retaliatory account closure within minutes of receiving notice of legal action.
- Dishonor of a negotiable instrument in the amount of $5 million, amounting to unjust
enrichment.
- Direct harm to trust beneficiaries, including returned checks intended for community
support.

The relief requested includes restoration of blocked funds, a full fiduciary accounting, the
return of dishonored instruments, and a formal investigation into Regions Bank's
retaliatory and unlawful actions. Exhibits and evidence referenced in the complaint are
available upon request.

We respectfully ask that the Bureau acknowledge receipt of this complaint and initiate a
thorough review of Regions Bank's conduct. Should you require additional documentation,
affidavits, or exhibits, please contact us at the address above.

Thank you for your attention to this matter.

Respectfully,

Daman-Thomas: Caldwell
Trustee / Grantor / Executor
Coldstream Ministries©

Jennifer-Leigh: Caldwell
Co-Trustee / Co-Executor
Coldstream Ministries©

All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit — ARR

## Consumer Financial Protection Bureau Complaint

Date: September 30th, 2024

### Institution and Issue

Institution: Regions Bank
Branch: Bonita Springs, Florida (Tamiami Trail)
Type of Issue: Bank account closure, conversion of funds, fiduciary breach, dishonor of negotiable instrument

### Summary of Complaint

Coldstream Ministries©, a private ecclesiastical trust, opened a fiduciary account with Regions Bank. Since inception, Regions has engaged in ongoing unlawful practices, including double payment of negotiable instruments, unlawful conversion of trust funds, and eventual retaliatory account closure.

On September 25, 2025, Regions received a Notice of Intent to Sue at 11:53 AM via certified mail. At 12:16 PM (23 minutes later), Regions closed the Coldstream Ministries© account without notice, locking funds and harming beneficiaries.

### Key Issues

1. Unlawful Conversion of Funds
- Over $600 in trust funds remain blocked by Regions.
- Regions has refused to provide a fiduciary accounting despite repeated written demands.

2. Retaliatory Account Closure
- Account closure occurred 23 minutes after Regions received notice of legal action.
- This constitutes retaliatory harm and bad faith against the trust.

3. Failure to Honor Negotiable Instrument
- Regions dishonored and failed to return a $5 million negotiable instrument, amounting to theft and unjust enrichment.

4. Harm to Beneficiaries
- A $250 Coldstream Ministries© check issued to assist a community member (for utilities) was returned unpaid because Regions froze the account. This caused embarrassment and material harm.

5. Ongoing Misconduct
- Regions has refused to disclose the location of Coldstream's funds.
- Repeated fiduciary notices, estoppels, and administrative judgments have gone unanswered.

## Relief Requested

- Immediate restoration of blocked Coldstream Ministries© trust funds.
- Full fiduciary accounting of all transactions since account inception.
- Return of dishonored $5 million negotiable instrument or equivalent settlement.
- Formal investigation into Regions Bank's retaliatory closure and misuse of trust accounts.
- Punitive damages for harm caused to beneficiaries and breach of fiduciary obligations.

## Supporting Evidence

The following exhibits are available and can be provided upon request:
- Exhibit A: Initial fiduciary demand (ignored).
- Exhibit B: Demand for accounting (ignored).
- Exhibit C: Region's email response acknowledging notice but refusing cure.
- Exhibit F: Declaration of Retaliatory Harm – account closure email dated Sept 25, 2025.
- Exhibit I: Trustee's declaration noting Regions' internal account flag: 'Auto Close – Do Not
Remove.'
- Other exhibits: Proof of certified mailings, estoppels, dishonor declarations, and related
fiduciary filings.

## Declaration

Coldstream Ministries© operates under a private ecclesiastical trust. This account was
fiduciary in nature, not personal. Regions' actions constitute a direct violation of fiduciary
duty, unjust enrichment, and unlawful retaliation against the trust.

Respectfully,

Daman-Thomas: Caldwell, Trustee/Grantor/Executor

Jennifer-Leigh: Caldwell, Co-Trustee/Co-Executor
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit — ARR



October 09, 2025

RL-0003421936

DAMAN CALDWELL
10020 CAROLINA ST
BONITA SPRINGS  FLORIDA  34135

# Contact us. We need additional information about your complaint.

Dear Daman Caldwell,

The sooner we hear back from you, the sooner we will be able to move forward with your complaint.

**We need your help to:**

Confirm that we have your most relevant and up-to-date account numbers and contact information. The company indicated they are having difficulty identifying you in their records.

**Please provide:**

A document with your most up-to-date name, contact information, and account numbers. Make sure to give us what you have on file for this company.

**What you can do now:**
- If you have an account, use your email address to log into the Consumer Portal at https://portal.consumerfinance.gov/consumer/s/login/ to attach a document with the requested information.
- If you can't log in to the Consumer Portal, call us at  (855) 411-2372 between 8 a.m.–8 p.m. Eastern, Monday – Friday.  Be prepared to provide your complaint number 251009-24831438, contact information, and the requested information above.

Contact us today so we can move forward with your complaint. If we don't receive the needed information from you within 45 days, we will have to close this complaint.

**COMPLAINT ID**

# 251009-24831438

**SUBMITTED ON**
10/09/2025 03:19 PM
**PRODUCT**
Checking or savings account
**ISSUE**
Closing an account

**What's next for your complaint**
*Here's what will happen with each complaint during the next 15 to 60 days:*

**Review and route**
Once we receive the additional information, we'll send your complaint to the company for response. If needed, we may request additional information from you to make sure the complaint is routed correctly.

Once your complaint and all the needed information is sent to the company, they generally respond within 15 days. In some cases, the company will let you know their response is in progress and provide a final response within 60 days.

Thank you,

Consumer Financial Protection Bureau
consumerfinance.gov
(855) 411-2372
TTY/TDD: (855) 729-CFPB | (855) 729-2372

The Consumer Financial Protection Bureau (CFPB) received your complaint or inquiry. The information you provided or was provided by a referral from another government agency on your behalf will permit the CFPB to respond to your complaint or inquiry about companies and services that we supervise. Information about your complaint or inquiry (including your personally identifiable information) may be shared with: the entity that is the subject of your complaint; third parties as necessary to get information relevant to resolving a complaint; a court, a party in litigation, a magistrate, an adjudicative body or administrative tribunal in the course of a proceeding, or the Department of Justice; internal CFPB parties or other federal or state agencies or regulatory authorities for enforcement and statutory purposes; and with

contractors, agents, and other authorized by the CFPB to receive this information. We may also share your complaint or inquiry (but not your personally identifiable information) with the public through a public complaint database.

The collection and use of this information is authorized by 12 U.S.C § 5493 and will be treated in accordance with the System of Records Notice (SORN), CFPB.005 – Consumer Response System, 83 FR 32640.

Submitting a complaint is voluntary. Government agencies can refer complaints automatically to the CFPB as authorized by law. You are not required to share any identifying information; however, if you do not include the requested information, the CFPB may not be able to process your complaint. If you have questions about the status of your complaint or want to withdraw your complaint, call (855) 411-2372.

QUICK LINKS

*More about our complaint process: consumerfinance.gov/complaint/ or call (855) 411-2372*

*For legal assistance visit the Legal Services Corporation website: lsc.gov*

*Additional financial information and resources: consumerfinance.gov*

RL_SUB_1_7_EN_NAI_Need_Additional_Info

OCT 2 2 2025

## Supplemental Evidence and Clarification — CFPB Complaint ID 2510009-2483138

Date: October 21, 2025

To:
Consumer Response Division
Consumer Financial Protection Bureau (CFPB)
P.O. Box 27170
Washington, D.C. 20038          9589 0710 5270 3527 1472 31

Dear Consumer Response Division,

This correspondence is submitted as a supplemental evidence and clarification of Complaint ID 2510009-2483138 concerning the unlawful account closure, conversion, and withholding of trust funds by Regions Bank, N.A. It provides a verified factual timeline, evidence summary, and necessary actions for inclusion in the administrative record.

For completeness, please note that on September 30, 2025 we transmitted prior correspondence to be associated with this complaint, including exhibits A,B,C,F and I, along with proof of certified mailings,Estoppels, dishonor declarations, and related fiduciary filings. Kindly acknowledge that these items and the timeline included they're in our maintained in the file for a complaint ID 251009–2483138.

### Expanded Background and Timeline (Detailed Summary)

• Late August to Early September 2025: Written and verbal communications were directed to Mr. Rob Thompson, Branch Manager of Regions Bank, seeking a full Accounting for prior conversions, double-postings, and the $5 million negotiable instrument that Regions accepted but never settled or returned. During one call, Mr. Thompson became defensive when reminded that 'an indemnity bond is only upheld when the agent remains in honor, and dishonor voids indemnity.' He stated that no further phone calls should be made to the branch and that all correspondence should proceed through email. Despite compliance, multiple follow-up messages went unanswered.

• September 25, 2025 — 11:53 a.m.: A Notice of Intent to Sue with supporting exhibits was served on Regions Bank via USPS Certified Mail.
• Within 23 minutes of delivery, Regions Bank froze the Coldstream Ministries© account without prior notice or warning.
• That afternoon: Representatives could not explain the freeze and referred the matter to the local branch.
• Later that day: A case was opened with employee Tamara to investigate. While reviewing

the account, Tamara and I observed an internal note stating: 'Auto close account – do not remove.' This confirmed an internal directive for automatic closure entered before any customer notice. After submitting the case, Tamara stated that all access to the account was frozen and that I would have to wait until the case was concluded before any action could be taken or funds released. No such follow-up ever occurred.

• Weekend of September 27–29: The account remained frozen.
• September 30, 2025: The CFPB complaint was filed while Tamara's case was still open.
• October 1–2, 2025: Representative Stuart stated the account was being closed due to 'ongoing issues with the branch' but provided no documentation or factual basis.
• October 2, 2025: Regions confirmed the account would be formally closed and that a letter 'should have been sent.'
• October 8, 2025: Regions issued a cashier's check and letter dated the same day, although the account had been functionally closed since September 25.
• October 15, 2025: The Alabama State Banking Department acknowledged review and stated Regions could not locate any fiduciary items listed during the records demand.

Throughout this period, Regions refused to provide Accounting for the $5 million negotiable instrument. Under UCC Article 3, a drawee bank must either accept and settle or return and dishonor. Regions did neither and later declined to account for it.

**Necessary Actions**

1. Confirm that these materials are attached to CFPB Complaint ID 2510009-2483138.
2. Require Regions Bank to:
   • Provide the contractual or policy authority used to freeze and close the account without notice and reconcile the September 25 freeze with the October 8 correspondence.
   • Provide a complete Accounting for the $5 million negotiable instrument tendered under UCC §3-104 and Florida Statute §673.1041, including ledger entries, internal accounting notations, and any offset or settlement actions.
   • Provide the complete account-closing packet, internal ledger entries, and case notes showing the directive 'Auto close account – do not remove.'
3. Keep the complaint open until these items are produced and funds are released for lawful settlement.

Enclosure: Notice of Account Closure from Regions Bank dated October 8, 2025.

Respectfully,

Daman-Thomas: Caldwell
Executor & Trustee, COLDSTREAM MINISTRIES©
Nation of Caldwell — Micro Nation Trust Non-Domestic

**Motto: Veritas Supra Omnia**
**All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit — ARR** ·
**Email: DTCTrust1975@gmail.com**
**c/o 10020 Carolina Street**
**Bonita Springs, Florida Republic [34135]**

October 09, 2025

RL-0003421935

DAMAN CALDWELL
10020 CAROLINA ST
BONITA SPRINGS FLORIDA  34135

# We've received your complaint(s).

Dear Daman Caldwell,

We'll send you updates about your complaint(s) along the way. Keep this letter and your
complaint number(s) so you'll be able to track your complaint(s) throughout the complaint
process.

**COMPLAINT ID(S)**

# 251009-24831438

**SUBMITTED ON**
10/09/2025 03:19 PM
**PRODUCT**
Checking or savings account
**ISSUE**
Closing an account

**What happens next**
*Here's what will happen with each complaint during the next 15 to 60 days:*

**Review and route**
We'll forward your complaint and any documents you provide to the company for response. If
we find that another government agency would be better able to assist, we will forward your
complaint to them and let you know. If needed, we may request additional information from
you to make sure the complaint is routed correctly.

**Company response**
The company reviews your complaint, communicates with you as needed, and reports back about the steps taken or that will be taken on the issue you identify in your complaint. Companies generally respond within 15 days. The company may contact you directly to confirm information provided in your complaint before it responds. In some cases, the company will let you know their response is in progress and will provide a final response within 60 days.

**Consumer review**
We will let you know when the company responds. You'll be able to review the company's response and will have 60 days to provide feedback about the company's response.

We will keep you informed throughout this process. You can log in to the Consumer Portal at consumerfinance.gov/complaint to check the status of your complaint(s).

Thank you,

Consumer Financial Protection Bureau
consumerfinance.gov
(855) 411-2372
TTY/TDD: (855) 729-CFPB | (855) 729-2372

***Let others know what happened...*** We publish information about your complaint – such as the subject and date of the complaint – on our public Consumer Complaint Database. With your consent we also publish your description of what happened, after taking steps to remove personal information. We respect your privacy and value your participation in the complaint process!

The information you provided will permit the Consumer Financial Protection Bureau (CFPB) to respond to your complaint or inquiry about companies and services we supervise. Information about your complaint or inquiry (including your personally identifiable information) may be shared: with the entity that is the subject of your complaint; with third parties as necessary to get information relevant to resolving a complaint; with a court, a party in litigation, a magistrate, an adjudicative body or administrative tribunal in the course of a proceeding, or the Department of Justice; with other federal or state agencies or regulatory authorities for enforcement and statutory purposes; and with contractors, agents, and others authorized by the CFPB to receive this information. We may also share your complaint or inquiry (but not your personally identifiable information) with the public through a public complaint database. This collection of information is authorized by 12 U.S.C. § 5493. You are not required to submit a complaint or share any identifying information, including your Social Security number, and you may withdraw your complaint at any time. However, if you did not include the requested information, the CFPB may not be able to act on your complaint.

**QUICK LINKS**
*More about our complaint process: consumerfinance.gov/complaint/ or call (855) 411-2372*

**PLAINTIFF'S DECLARATION REGARDING CFPB RESPONSE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

Coldstream Ministries©,

Plaintiff,

v.

Regions Bank, N.A.,

Defendant.

Case No. 2:25-cv-993-KCD-DNF

PLAINTIFF'S DECLARATION REGARDING CFPB RESPONSE AND EVIDENCE OF DEFENDANT'S BAD FAITH

I, Daman-Thomas: Caldwell, Trustee for Coldstream Ministries©, declare as follows:

1. On October 9, 2025, Plaintiff filed a CFPB complaint regarding Regions Bank's misconduct.

2. Plaintiff submitted supplemental evidence on October 28, 2025.

3. On November 6, 2025, CFPB issued a notice stating that Regions 'cannot respond to the issues raised.'

4. This constitutes administrative dishonor.

5. Regions refused all administrative remedy and refused regulatory investigation.

6. This confirms all remedies were exhausted prior to litigation.

7. Regions' refusal validates Plaintiff's claims and supports Plaintiff's pending Motion for Summary Judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2025.

Daman-Thomas: Caldwell

Executor & Trustee, Coldstream Ministries©

All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit — ARR

October 31, 2025

RL-0003460740

DAMAN CALDWELL
10020 CAROLINA ST
BONITA SPRINGS FLORIDA  34135

# Your complaint has been sent to the company.

Dear Daman Caldwell,

We have received your complaint and sent it to the company for a response.

We will let you know when the company responds. The response should include the steps they took, or will take, in response to your complaint.

You should receive a status update within the next **15 days.**

**COMPLAINT ID**
# 251009-24831438
**SUBMITTED ON**
10/09/2025 03:19 PM
**PRODUCT**
Checking or savings account
**ISSUE**
Closing an account

**What happens next?**
*Here's what will happen during the next 15 to 60 days:*



November 06, 2025

RL-0003471036

DAMAN CALDWELL
10020 CAROLINA ST
BONITA SPRINGS FLORIDA  34135

# The company cannot respond to this complaint.

Dear Daman Caldwell,

We sent your complaint to the company for a response. The company let us know that it cannot respond to the issues raised in this complaint through this process.

**COMPLAINT ID**

# 251009-24831438

**SUBMITTED ON**
10/09/2025 03:19 PM
**PRODUCT**
Checking or savings account
**ISSUE**
Closing an account

**What happens now?**

You can contact the company directly for more information about its response.

For more information about consumer financial products and services, visit our website where you can find helpful tools and resources: consumerfinance.gov/consumer-tools/

Thank you,

9589 0710 5270 3527 1474 77

MAILED
NOV 2 1 2025

**CFPB FOLLOW-UP DECLARATION**

Coldstream Ministries©

c/o Daman-Thomas: Caldwell

10020 Carolina Street

Bonita Springs, Florida Republic [34135]

Email: DTCTrust1975@gmail.com


Date: November 18, 2025


To:

Consumer Response Division

Consumer Financial Protection Bureau (CFPB)

P.O. Box 27170

Washington, D.C. 20038


Re: Supplemental Notice and Case Update — CFPB Complaint ID 2510009-24831438

Subject: Company's Refusal to Respond & Active Federal Litigation


This correspondence is submitted as a supplemental update regarding CFPB Complaint ID 2510009-24831438, originally filed concerning Regions Bank, N.A.'s failure to account for trust property belonging to Coldstream Ministries©, its dishonor of a bill of exchange, and its subsequent freeze and forced closure of the Coldstream account.


On November 6, 2025, your office issued a letter stating:


"The company let us know that it cannot respond to the issues raised in this complaint through this process."

This is formally acknowledged.


1. A federal civil action has now been filed.

   Coldstream Ministries© v. Regions Bank, N.A.

   U.S. District Court — Middle District of Florida

   Case No. 2:25-cv-993-KCD-DNF

   Filed: October 31, 2025


2. Regions' refusal to respond to the CFPB constitutes administrative dishonor.


3. Please append your November 6 letter to the CFPB administrative record.


4. We are not requesting further action from CFPB at this time.

Respectfully submitted in truth and honor,

Daman-Thomas: Caldwell

Executor & Trustee, Coldstream Ministries©

All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit — ARR

# EXHIBIT G — OCC COMPLAINT & CORRESPONDENCE RECORD

Filed in Support of Plaintiff's Motion for Summary Judgment — Based on Perfected Private Administrative Judgment (Full Damages).

This exhibit contains the complete administrative record of COLDSTREAM MINISTRIES© in its engagement with the Office of the Comptroller of the Currency (OCC) concerning Regions Bank's fiduciary breaches, dishonor of negotiable instruments, and misclassification of a 508(c)(1)(A) ecclesiastical trust as a consumer account.

This record demonstrates:

- Good-faith initiation of regulatory review;
- Full compliance with OCC requests for supplemental information;
- Confirmed receipt via certified mail;
- Subsequent administrative silence from OCC after Coldstream's full cooperation.

## Summary of Included Materials

### 1. Initial OCC Complaint (August 22, 2025)

Coldstream Ministries© submitted a formal complaint to the OCC via certified mail detailing:

- Dishonor of multiple negotiable instruments issued by Coldstream Ministries©
- Double-debiting and conversion of trust property
- Failure to provide fiduciary accounting
- Regions Bank's attempt to treat the ecclesiastical trust as a consumer account
- A resulting commercial liability of $50,000,000 attached to Regions Bank

The complaint was delivered and logged by the OCC.

## 2. Certified Mail Receipt & Tracking

A certified mail receipt confirms tender and delivery of the complaint to the OCC Customer Assistance Group, Houston, Texas.

## 3. OCC Request for Additional Information

After reviewing the initial complaint, the OCC issued a written request seeking supporting documentation and clarification.

Coldstream Ministries© complied in full.

## 4. Coldstream Ministries© Supplemental Submission

Coldstream Ministries© provided:

- Copies of the dishonored negotiable instruments
- Trustee correspondence
- Accounting and reconciliation demands tendered to Regions
- Notices evidencing dishonor, conversion, and fiduciary breach
- Proof of service and delivery confirmations

The supplemental packet was sent via certified mail and confirmed delivered.

## 5. Administrative Silence

After submitting all required information, the OCC ceased all communication:

- No findings
- No determination letter
- No corrective action
- No closure statement

This silence, following complete compliance, establishes exhaustion of supervisory remedies and supports Coldstream Ministries©' position that all available administrative channels were pursued prior to federal litigation.

9589 0710 5270 2909 5104 89

## COMPLAINT TO OFFICE OF THE COMPTROLLER OF THE CURRENCY (OCC)

PRIVATE & CONFIDENTIAL — Ecclesiastical Fiduciary Matter
Jurisdiction: Divine Law — Universal Law — Trust Law
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

Date: August 22, 2025
To: Office of the Comptroller of the Currency
Customer Assistance Group
P.O. Box 53570
Houston, TX 77052

From:
Daman-Thomas: Caldwell — Executor & Trustee
Coldstream Ministries © — 508(c)(1)(A)
c/o 10020 Carolina Street
Bonita Springs, Florida Republic [Non-Domestic]

Subject: Complaint Against Regions Bank — Fiduciary Bre
Threat of Account Closure

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Office of the Comptroller of the Currency
Street and Apt. No., or PO Box No.
PO Box 53570
City, State, ZIP+4
Houston, Texas Republic [77052]

SPRINGS FL
AUG 22 2025
Postmark
Here

Del 8/27
*Complaint Regio*

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

To Whom It May Concern,

This complaint is tendered to the OCC regarding Regions Bank, which is a federally regulated national banking association, for repeated fiduciary breaches, dishonor of negotiable instruments, and ongoing conversion of trust property belonging to Coldstream Ministries © (a 508(c)(1)(A) ecclesiastical trust).

The facts are as follows:
- Multiple negotiable instruments issued by Coldstream Ministries © have been dishonored by Regions Bank, while funds were simultaneously debited, creating double-payment and conversion.
- Regions Bank has failed to cure fiduciary breaches and continues to treat Coldstream Ministries © as a consumer account, despite explicit notice of its fiduciary status.
- Coldstream Ministries © has no Social Security Number (SSN) on file, nor is it subject to consumer jurisdiction. Any attempt by Regions Bank to classify or treat the account under SSN-based public policy would constitute misrepresentation and further dishonor.
- Regions Bank officer Rob Thompson has acknowledged receipt of notices, email correspondence, and confirmed call recordings, yet dishonor continues.
- A commercial liability of FIFTY MILLION DOLLARS ($50,000,000.00) has been attached to Regions Bank, arising from dishonor, with additional liability attached to a FIVE MILLION DOLLAR ($5,000,000.00) negotiable instrument tendered with ten percent (10%) consideration.

9589 0710 5270 2909 5106 49

 **Office of the Comptroller of the Currency**

August 29, 2025

Daman T. Caldwell
10020 Carolina Street
BONITA SPRINGS, FL  34135

Re:  Case # CS0395167

Dear Daman T. Caldwell:

The Customer Assistance Group (CAG) of the Office of the Comptroller of the
Currency (OCC) has received your correspondence and determined that we need
the additional information listed below in order to thoroughly address your
concern(s).  Upon receipt, we will continue our review.

- Account number
- A more detailed explanation of the complaint
- Bank name
- Most recent statement of the account in question

If we do not hear from you within 30 calendar days, we will assume you no longer
require our assistance and close our file.  If you have any questions, please
contact this office at the telephone number listed below and reference the case
number shown above.

Sincerely,

*Customer Assistance Group*

September 3, 2025

Office of the Comptroller of the Currency (OCC)
Customer Assistance Group
P.O. Box 53570
Houston, TX 77052

Subject: Cover Letter – Response to Case # CS0395167

Dear Customer Assistance Group,

Please find enclosed my formal response to your letter dated August 29, 2025, regarding Case # CS0395167. In accordance with your request, the enclosed response provides:
• The account number in question (0356805217)
• A detailed explanation of my complaint regarding unlawful conversion, double-debiting, and fiduciary breaches by Regions Bank
• The name of the bank (Regions Bank)
• A recent account statement as supporting evidence

The full explanation and evidentiary enclosures are contained in the attached response document for your official record and review.

Enclosed with this cover letter is the complete fiduciary and administrative package that has already been served upon Regions Bank officers, including Rob Thompson and Roy W. Scholl IV. This package is provided to the OCC for your awareness and official record. Please note that the bank's cure period remains open until September 8, 2025, after which the dishonor will be deemed final and enforcement actions will proceed.

Please confirm receipt and that this information satisfies your request for continuation of the review.

Thank you for your attention to this matter.

Respectfully,

By: _____

Daman-Thomas: Caldwell
Executor & Trustee – Coldstream Ministries ©

Secured Party & Creditor – DAMAN THOMAS CALDWELL© TRUST
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

## Response to OCC Request for Additional Information

Date: September 3, 2025

To: Office of the Comptroller of the Currency (OCC)

Customer Assistance Group (CAG)

P.O. Box 53570

Houston, TX 77052

Re: Case #CS0395167 — Coldstream Ministries © / DAMAN THOMAS CALDWELL© TRUST

Dear Customer Assistance Group,

I am writing in response to your letter dated August 29, 2025, requesting additional information to proceed with review of my complaint against Regions Bank. Please find the requested items below:

1. Account Number: 0356905217

2. Bank Name: Regions Bank — Bonita Springs, Florida Financial Center

3. Most Recent Statement of Account: Enclosed as requested (showing ongoing debits, conversions, and double payments).

4. Detailed Explanation of Complaint:

Regions Bank has engaged in unlawful conversion and double-payment of negotiable instruments issued under Coldstream Ministries ©, a protected ecclesiastical trust. Specifically:

- Each debit card transaction, check, and ACH issued by Coldstream Ministries © is a negotiable order to pay under UCC Article 3.

- Regions Bank debits the trust account once for each transaction while also retaining and clearing the same instruments through Federal Reserve/Fedwire or other clearinghouse systems. This results in double payment.

- This practice constitutes conversion, unjust enrichment, and breach of fiduciary duty against a deposit-only ecclesiastical fiduciary account.

- Multiple fiduciary demands for accounting (August 21–27, 2025) were either ignored or dishonored.

- Subsequent correspondence with Regions Bank officers, including Rob Thompson and Roy W. Scholl IV, has resulted in mischaracterization, avoidance, and failure to provide lawful fiduciary accounting.

Supporting notices, estoppels, and administrative judgments have been issued, perfected, and remain unrebutted. These are available upon request and are incorporated by reference into this complaint.

Enclosures:

- Most recent account statement (showing unauthorized debits and double processing)

- Copy of fiduciary demands and dishonor record (previously submitted, incorporated by reference)

This submission is made in good faith to cooperate fully with OCC oversight and to ensure Regions Bank is held accountable for fiduciary misconduct and unlawful enrichment at the expense of Coldstream Ministries ©.

Thank you for your continued attention to this matter. Please confirm receipt and advise if any further materials are required.

Respectfully,

Autographed: _____

Daman-Thomas: Caldwell

Executor & Trustee    Coldstream Ministries ©

Secured Party — DAMAN THOMAS CALDWELL© TRUST

All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

**Call Log – Regions Bank, Bonita Springs Branch**

Subject: Documenting repeated failed attempts to reach the Bonita Springs Regions Bank branch by telephone.

Contact Name Listed: Rob (no alternate point of contact provided)

**22 August 2025**

- Attempt 1: Called the Bonita branch. Phone rang continuously until the automated system intercepted. Message: "The caller is not accepting calls at this time." No human answered.

- Attempt 2: Called again later the same day. Same result—unanswered call, then system message.

**29 August 2025 (Friday)**

- Attempt 3: Called the Bonita branch. Again, the phone rang repeatedly until the automated system cut in with the same message: "The caller is not accepting calls at this time." No response from branch staff.

**2 September 2025**

- Attempt 4: Called once more. Identical result—phone rang without answer, then the system message. No staff member picked up the call.

**Notes**

- Historically, calls to this branch were answered in the past. The failure to respond on three separate dates is unusual and appears deliberate.

- No alternate contact information has been provided by Rob, leaving no other official communication channel open with this branch.

Acct# 0356805217

9589 0710 5270 3527 1466 92

## Resubmission to OCC – Regions Bank Fraud & Dishonor (Detailed Cover Letter)

Date: September 8, 2025

To:
Office of the Comptroller of the Currency (OCC)
Customer Assistance Group (CAG)
P.O. Box 53570
Houston, TX 77052

Re: Case # CS0395167 — Regions Bank (Bonita Springs,
Account: 0356805217 — Detailed Resubmission and Ch:
and Avoidance

Dear Customer Assistance Group,

This is a detailed resubmission of our complaint package against Regions Bank concerning unlawful conversion, refusal to provide fiduciary accounting, and systematic avoidance of communication related to Coldstream Ministries © (Account 0356805217). A prior certified mailing was inadvertently sent to an outdated street address and returned; we are now submitting to the correct P.O. Box to ensure proper docketing under Case # CS0395167.

## Summary of Complaint (Plain Terms)

• Regions Bank debits Coldstream Ministries ©'s fiduciary account for checks/debits while also retaining/clearing the same instruments, which results in double payment (conversion/unjust enrichment).

• Despite multiple written fiduciary demands, Regions refuses to provide a full, itemized accounting ledger, instrument images, and clearing data.

• Branch officers and corporate personnel have avoided all substantive discussion and, in many instances, blocked or hung up on calls.

• The pattern shows bad faith, concealment, and ongoing consumer harm to a deposit-only ecclesiastical fiduciary account.

## Parties & Locations

• Bank: Regions Bank — Bonita Springs Financial Center, 24836 S. Tamiami Trail, Bonita Springs, FL 34134

• Individuals: Rob Thompson (Officer), Roy W. Scholl IV (Civil Team Lead, Subpoena Processing)

• Complainant: Coldstream Ministries © (508(c)(1)(A)); Executor/Trustee: Daman-Thomas: Caldwell

### Detailed Chronology (Key Dates & Exhibits)

• Aug 21, 2025 — Exhibit A: Fiduciary notice & demand regarding conversion/double-payment and request for full accounting. Regions acknowledged receipt via email ("received" at approximately 2:37 PM). No ledger or cure provided.

• Aug 22 & Aug 24, 2025 — Exhibit B: First and second fiduciary accounting demands. No substantive reply; silence constitutes dishonor.

• Aug 25, 2025 — Registered instrument delivered to Regions Legal & Compliance (cover letter, PDSI, profit-sharing offer). Regions had constructive and actual notice of remedy pathway. No cure; conduct continued.

• Aug 27, 2025 — Exhibit C: Email from Roy W. Scholl IV mischaracterizing fiduciary request as requiring a court-filed subpoena, refusing to provide accounting without one. This reframes a fiduciary duty as a subpoena matter and constitutes refusal/concealment.

• Aug 29 & Sept 2, 2025 — Exhibit D: Private NDA-based resolution offered and reiterated (deadline Sept 8, 2025). No response; offer ignored.

• Aug 22, Aug 29, Sept 2, 2025 — Exhibit E: Repeated calls to the Bonita branch went unanswered; after ringing, an automated message played ('The caller is not accepting calls at this time'). Calls historically had been answered prior to our fiduciary demands. On one occasion, a call from an alternate number was answered and immediately disconnected. This documents deliberate avoidance.

• Sept 3, 2025 — OCC requested additional identifiers; we supplied account # 0356805217 and a plain-language summary of the harm.

• Sept 5, 2025 — Registered package sent to U.S. Treasury, Room 3413 (Remittances & Payments) with Form 9814, Credit Instructions, Final Enforcement Notice, and PDSI; proof of mailing is enclosed for your file.

• As of Sept 8, 2025 — No substantive response from Regions. Debits and conversions continue post-notice.

### Requested OCC Actions

1) Open/Update Case # CS0395167 to reflect ongoing post-notice harm.

2) Require Regions Bank to produce a complete fiduciary accounting for Account 0356805217, including:

• Full transaction ledger (checks, ACH, card, and internal adjustments)

• Images of all instruments (front/back) and endorsements

• Clearing data (Fedwire/ACH trace numbers, settlement dates, and any return codes)

3) Direct Regions to restore/re-credit funds removed by conversion/double payment and cease the practice going forward.

4) Instruct Regions to designate a responsible officer to communicate with us and stop blocking/disconnecting calls.

5) Ensure preservation of all call recordings and logs related to our communications (several calls were stated to be recorded).

## Enclosures (Incorporated by Reference)

A. Exhibit A — Aug 21, 2025 fiduciary notice & acknowledgment of receipt

B. Exhibit B — Aug 22 & Aug 24, 2025 fiduciary accounting demands

C. Exhibit C — Aug 27, 2025 email from Roy W. Scholl IV (mischaracterization/refusal)

D. Exhibit D — Aug 29 & Sept 2, 2025 private NDA offer and follow-up (ignored)

E. Exhibit E — Call log timeline/screenshots (Aug 22, Aug 29, Sept 2)

F. Proof of registered mailing to Treasury Room 3413 on Sept 5, 2025 (Form 9814 + Credit Instructions)

G. Most recent account statement(s) showing the disputed debits/conversions

H. Notice of Levy and Right to Cure (served/being served) and related proof of service

We appreciate your attention to this matter. Our intent is simple: a complete accounting, cessation of conversion, and restoration of debited funds to Coldstream Ministries ©. Please confirm receipt of this resubmission and identify a case manager for follow-up.

Respectfully,

Autograph: _____

Daman-Thomas: Caldwell
Executor & Trustee — Coldstream Ministries ©
Secured Party — DAMAN THOMAS CALDWELL© TRUST
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

# EXHIBIT H — ALABAMA STATE BANKING DEPARTMENT CORRESPONDENCE RECORD

Filed in Support of Plaintiff's Motion for Summary Judgment — Based on Perfected Private Administrative Judgment (Full Damages).

This exhibit contains the complete correspondence record between COLDSTREAM MINISTRIES© and the State of Alabama — State Banking Department concerning supervisory oversight of Regions Bank, whose corporate headquarters is located in Alabama.

This record begins with COLDSTREAM MINISTRIES©' formal complaint submitted to the Alabama State Banking Department, detailing fiduciary breaches, conversion, and dishonor of negotiable instruments by Regions Bank. The filing included documentation of the bank's mishandling of trust property, failure to account for a $5,000,000 instrument, and ongoing interference with a federally recognized 508(c)(1)(A) ecclesiastical trust.

The Alabama State Banking Department acknowledged receipt of the complaint and responded that the matter was outside of their regulatory authority, despite Regions Bank being an Alabama-chartered institution headquartered within their jurisdiction. COLDSTREAM MINISTRIES© complied with all requests for information and provided relevant documentation, yet the Department issued no investigation, no findings, and no corrective action.

After COLDSTREAM MINISTRIES© provided its supplemental materials and identified Regions Bank's location of charter and corporate control, no further correspondence was ever issued by the Alabama State Banking Department, resulting in the matter being effectively closed without review or oversight.

This administrative sequence demonstrates:

- Proper initiation of state-level supervisory review

- Full compliance by COLDSTREAM MINISTRIES©
- Complete administrative exhaustion prior to filing this federal action

This exhibit includes:

- The initial complaint submitted to the Alabama State Banking Department
- Certified proof of service and delivery
- Supplemental materials submitted by COLDSTREAM MINISTRIES©
- Notation of complete administrative silence thereafter

**Cover Letter – Escalation of Complaint: Region**

Date: September 24, 2025

To:
**State of Alabama – State Banking Department**
P.O. Box 4600
Montgomery, AL 36103-4600

Subject: Escalation of Fiduciary Breach Complaint – Regio

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Montgomery, AL 36103

Certified Mail Fee $5.30

$0.00

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $2.44

Total Postage and Fees $7.74

Sent To *State of Alabama/ State Banking Dept*
Street and Apt. No., or PO Box No. *P.O. Box 4600*
City, State, ZIP+4® *Montgomery Alabama Republic 36103*

Postmark Here SEP 24 2025

09/24/2025

*Regions Escalation*

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instruction

Dear Commissioners,

This correspondence is tendered in follow-up to ongoing fiduciary breaches and dishonor by Regions Bank, already reported to the Office of the Comptroller of the Currency (OCC) under Case # CS0395167. The OCC, by letter dated September 19, 2025, referred this matter to the Federal Reserve Board (FRB) and the Alabama State Banking Department, as the matter concerns charter oversight of Regions Bank.

The underlying issues include:
- Repeated dishonor of fiduciary notices and negotiable instruments tendered by Coldstream Ministries©.
- Retaliatory conduct, including deliberate non-response to certified notices, fiduciary demands, and attempts at service.
- Ongoing double-dipping and retroactive conversion against the fiduciary account of Coldstream Ministries©, despite perfected liens and notices of levy.

Attached herewith are:
- OCC referral letter (dated September 19, 2025).
- Prior notices, liens, estoppels, and levy documents served upon Regions Bank, its officers, and registered agent.

The Alabama State Banking Department is now requested to exercise oversight authority over Regions Bank in this matter. Coldstream Ministries© and its Executor and Trustee, Daman-Thomas: Caldwell, stand as Secured Party and Creditor and have established a perfected record of dishonor. The fiduciary breaches constitute violations of trust, public policy, and lawful commercial process.

Failure by Regions Bank to cure or respond leaves liability in full force, with enforcement remedies including levy, setoff, and Treasury drawdown already in progress. Your office is

requested to intervene, ensure fiduciary compliance, and prevent further retaliatory actions against the trust account.

So it is. Veritas Supra Omnia.

Respectfully submitted,

By: _____

Daman-Thomas: Caldwell

Executor & Trustee – Coldstream Ministries ©

Secured Party & Executor – DAMAN THOMAS CALDWELL© TRUST

All Rights Reserved – UCC 1-308 – Without Prejudice – Non-Assumpsit


CC:

- Office of the Comptroller of the Currency (OCC), Customer Assistance Group
- Federal Reserve Board of Governors (Washington, DC)
- Federal Reserve Bank of Atlanta
- Federal Deposit Insurance Corporation (FDIC)
- Regions Bank, Legal & Compliance Department

# COLDSTREAM MINISTRIES
508(c)(1)(A) Private Ecclesiastical Trust

## NOTICE OF CONVERSION & DOUBLE PAYMENT
PRIVATE & CONFIDENTIAL — ECCLESIASTICAL MATT
Jurisdiction: Divine Law — Universal Law — Trust Law
All Rights Reserved — UCC 1-308 — Without Prejudice

Date: August 21, 2025
To: Office of the General Counsel — Regions Bank
Address: 1900 Fifth Avenue North

Birmingham, Alabama Republic [35203]

From:
Coldstream Ministries — 508(c)(1)(A)
By Executor: Daman-Thomas: Caldwell
c/o 10020 Carolina Street
Bonita Springs, Florida Republic

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

BIRMINGHAM, AL 35203

Certified Mail Fee        $5.30
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $
Postage        $1.07

Total Postage and Fees

Sent To  Regions Bank / Legal Department
Street and Apt. No., or PO Box No.  1900 Fifth Avenue North
City, State, ZIP+4®  Birmingham, Alabama Republic [35203]

PS Form 3800, January 2023

Subject: Conversion and Double Payment of Coldstream Ministries Negotiable Instruments

Notice is hereby given that Regions Bank has engaged in fraudulent and unlawful conversion of negotiable instruments issued under the authority of Coldstream Ministries, a 508(c)(1)(A) ecclesiastical trust entity. On or about August 5 and August 14 of the year 2025, two checks in the amount of FIVE HUNDRED DOLLARS ($500.00) each were lawfully issued to Rhonda as payee. These instruments constitute negotiable instruments under UCC Article 3.

Regions Bank wrongfully debited ONE THOUSAND DOLLARS ($1,000.00) from the Coldstream Ministries account while retaining possession of the original checks. Said instruments remain in circulation and are to be cleared via Fedwire or other settlement systems. This action constitutes double payment and unjust enrichment: once from Coldstream's account and again through clearing of the instruments.

Such acts constitute conversion under UCC 3-420, fraud, commercial theft, and violation of ministerial trust property. As a 508(c)(1)(A) ecclesiastical entity, Coldstream Ministries is exempt from seizure, levy, or conversion of its funds absent explicit consent — which was neither granted nor obtained.

DEMAND: You are hereby ordered to immediately reverse the unlawful debit of ONE THOUSAND DOLLARS ($1,000.00), cease and desist from further conversion of negotiable instruments, and provide written confirmation within TEN (10) BUSINESS DAYS of receipt

9589 0710 5270 2909 5103 59

## FINAL ENFORCEMENT NOTICE & EXPANSION ( JUDGMENT

PRIVATE & CONFIDENTIAL — FOR SETTLEMENT & CLC
Jurisdiction: Divine Law — Universal Law — Trust Law
All Rights Reserved — UCC 1-308 — Without Prejudice -

Date: August 12, 2025

To: Office of the General Counsel — Regions Bank
Address: 1900 Fifth Avenue.North

Birmingham, Alabama Republic

Subject: Expansion of Perfected Commercial Lien and Fir
DAMAN THOMAS CALDWELL© TRUST

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com
Birmingham, AL 35203

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | |
| | $ | 0405 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | AUG 13 2025 |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | |
| Postage | $0.78 | |
| Total Postage and Fees | | |
| $ | | |

Sent To
Regions Bank
Street and Apt No., or PO Box No.
1900 Fifth Avenue, North
City, State, ZIP+4
Birmingham, Alabama Republic

PS Form 3800, January 2023

NOTICE: This is a lawful and binding administrative instrument issued under authority of the Executor and Secured Party for the DAMAN THOMAS CALDWELL© TRUST. Your corporation is already subject to a perfected commercial lien and Final Administrative Judgment in the amount of NINETY THOUSAND DOLLARS ($90,000.00), lawfully established through due process, unrebutted, and standing as truth in commerce.

FACT: Said judgment arose from Regions Bank's breach of agreement, failure to close a secured credit card account as instructed in September 2024, and your subsequent unlawful billing activity. You were given proper notice, lawful opportunity to cure, and all administrative remedies were exhausted prior to lien perfection.

FACT: Despite the perfected lien and judgment, Regions Bank has willfully, knowingly, and with full awareness of its obligations, issued yet another billing statement for the same account, thereby committing additional fraud, harassment, commercial trespass, and willful violation of a standing judgment.

Accordingly, the existing judgment is hereby expanded to the amount of FIFTY MILLION DOLLARS ($50,000,000.00), lawful money of the United States pursuant to 12 USC § 411, non-negotiable, immediately due and payable. This expansion is justified by your corporation's intentional and malicious acts in bad faith commerce, constituting aggravated fraud, willful injury to the trust estate, and continued dishonor after judgment.

You are hereby provided TEN (10) BUSINESS DAYS from the date of receipt of this notice to cure all violations, remit full payment of the expanded judgment, and cease all further contact regarding the disputed account. Failure to cure shall constitute your tacit agreement to all terms herein and will result in immediate enforcement through Treasury Offset, bond claim, asset levy, and any other lawful commercial remedy without further notice.

9589 0710 5270 2909 5104 65

## NOTICE OF PERSONAL LIABILITY FOR DISHONOR

PRIVATE & CONFIDENTIAL — Ecclesiastical Fiduciary Matter
Jurisdiction: Divine Law — Universal Law — Trust Law
All Rights Reserved — UCC 1-308 — Without Prejudice

Date: August 22, 2025
To: Rob Thompson — Officer, Regions Bank
Cc: Office of General Counsel, Regions Bank
Address: 1900 Fifth Avenue North

Birmingham, Alabama Republic

From:
Coldstream Ministries © — 508(c)(1)(A)
Executor & Trustee: Daman-Thomas: Caldwell
c/o 10020 Carolina Street
Bonita Springs, Florida Republic [Non-Domestic]

Subject: Attachment of Personal Liability Due to Dishonor

Rob Thompson, you were provided urgent opportunity to operate in honor and cure the ongoing fiduciary breaches and commercial conversion perpetrated by Regions Bank against Coldstream Ministries ©. Notices have been duly served, both through Royal Mail and internally to your custody, which you acknowledged. In addition, an urgent telephone call placed on August 21, 2025, was not returned, followed by written reminder and confirmation of receipt.

As you are aware, indemnification applies only to officers and agents acting in good faith and in honor. By failing to cure dishonor, and by remaining silent in the face of direct notice and inquiry, you have forfeited the protections of indemnification. Liability now attaches personally to you as an officer who had knowledge of, and failed to remedy, the dishonor.

Accordingly, you are hereby held personally liable for the dishonor and conversion presently attached to Regions Bank, which currently stands at FIFTY MILLION DOLLARS ($50,000,000.00), plus the compounding liabilities arising from failure to process the FIVE MILLION DOLLAR ($5,000,000.00) negotiable instrument tendered in good faith with ten percent (10%) consideration. Your silence and refusal have bound you to this liability.

This notice is for the record and makes clear that liability no longer rests solely with the corporate entity, but with you personally, as an officer operating in dishonor.

So it is. Veritas Supra Omnia.

By: _____

# DECLARATION OF UNLAWFUL CONVERSION OF NEGOTIABLE INSTRUMENTS

PRIVATE & CONFIDENTIAL — *Ecclesiastical Fiduciary Declaration*
Jurisdiction: Divine Law — Universal Law — Trust Law
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

Date: August 22, 2025
To: Regions Bank — Office of the General Counsel
Attn: Rob Thompson, Officer
Address: 1900 Fifth Avenue North

Birmingham, Alabama Republic

From:
Coldstream Ministries © — 508(c)(1)(A)
Executor & Trustee: Daman-Thomas: Caldwell
c/o 10020 Carolina Street
Bonita Springs, Florida Republic [Non-Domestic]

It is hereby declared for the record that all negotiable instruments issued by Coldstream Ministries ©, including but not limited to checks, bills of exchange, drafts, or other lawful tender, are unconditional ORDERS TO PAY as defined under the Uniform Commercial Code. These instruments are fiduciary in nature and constitute immediate settlement instructions.

Regions Bank, through its agents and officers, has unlawfully and without consent converted these unconditional orders to pay into unconditional PROMISES TO PAY, thereby monetizing and rehypothecating Coldstream Ministries' © lawful tender. This conversion constitutes breach of fiduciary duty, fraud, and commercial bad faith.

Said conversion has resulted in double-payment, unjust enrichment, and dishonor of the original orders, and is hereby recorded as evidence of commercial liability against Regions Bank and its officers. All such acts are deemed willful and knowing, as repeated notices and explanations have been provided to the bank.

So it is. Veritas Supra Omnia.

By: _____

Daman-Thomas: Caldwell — Executor & Trustee
Coldstream Ministries © — 508(c)(1)(A)
Secured Party & Executor — DAMAN THOMAS CALDWELL© TRUST
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

9589 0710 5270 2909 510

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Birmingham, AL 35203

| Certified Mail Fee | $5.30 | | 0407 |
| $ | | $0.00 | 32 |
| Extra Services & Fees (check box, add fee as appropriate) | | $0.00 | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $0.78 | | |
| $ | | | 08/30/2025 |
| Total Postage and Fees | | | |
| $6.08 | | | |

Sent To
Regions Bank Legal Department
Street and Apt. No., or PO Box No.
1900 Fifth Avenue North
City, State, ZIP+4
Birmingham Alabama Republic

PS Form 3800, January 2023 psn 7530-02-000-9047   See Reverse for Instructions

## Summary of Regions Bank's Dishonor and Bre...

This document serves as a formal summary of dishonor...
relation to the Coldstream Ministries © 508(c)(1)(A) ec...
presented as evidence that Regions Bank, its officers, an...
honor, in violation of trust law, fiduciary duty, and comr...

### 1. Signature Block on File

Regions Bank holds on file the authorized signature bloc...
Executor & Trustee. This block clearly establishes all ins...
Ministries as non-negotiable orders, executed with right...
Despite this record, Regions has treated trust-issued che...
negotiable promises, in direct violation of UCC 3-104(d).

### 2. Fiduciary Deposit-Only Account

The Coldstream Ministries account at Regions was declared, both in writing and in person,
as a fiduciary, deposit-only, ecclesiastical trust account. Any withdrawal, debit, or
conversion is strictly prohibited absent authorization from the Executor & Trustee. Regions
has ignored this declaration, mischaracterizing the account as a consumer account for its
own gain.

### 3. Double-Dipping Fraud

Evidence (Exhibits A, B, and C) shows that Regions Bank has engaged in systemic double-
dipping. Checks issued by Coldstream were debited from the trust account while also being
cleared through Federal Reserve/Fedwire systems. Likewise, debit card transactions were
treated as negotiable drafts while also depleting the trust account. This constitutes unjust
enrichment, conversion, and aggravated commercial trespass.

### 4. Remedies Exhausted, Dishonor Confirmed

Coldstream Ministries has issued Fiduciary Notices, Conditional Warnings, Notices of Levy,
Estoppel, and Final Enforcement instruments. Regions has failed to cure within provided
timelines, ignored fiduciary accounting demands, and concealed material facts. Liability is
now perfected and permanent.

### Conclusion

Regions Bank is in permanent dishonor. Liability is attached both corporately and
personally to officers who ignored or mischaracterized fiduciary instructions. This
summary, along with supporting exhibits, will remain on record with Treasury, OCC, and all
relevant authorities. Remedy is now limited to settlement, levy, and Treasury enforcement.

So it is. Veritas Super Omnia.

By: _____

9589 0710 5270 3527 1466 23    — Region's CT Corporation
9589 0710 5270 3527 1466 30    — Region's Legal & Compliance
9589 0710 5270 3527 1466 47    — Region's Bonita Branch-Rob T.

## NOTICE OF LEVY AND RIGHT TO CURE

Private Ecclesiastical Fiduciary Instrument
All Rights Reserved — UCC 1-308 — Without Prejudice
Private & Confidential — For Settlement and Closure On

**TO: REGIONS BANK**
1900 Fifth Avenue North

Birmingham, Alabama Republic [35203]

FROM: Coldstream Ministries © — 508(c)(1)(A)
Executor & Trustee: Daman-Thomas: Caldwell
c/o 10020 Carolina Street
Bonita Springs, Florida Republic [Non-Domestic]

Re: Enforcement of Perfected Lien and Administrative

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com.

Font Lauderdale, FL 33324

| Certified Mail Fee | | |
| --- | --- | --- |
| $ | $5.30 | 0407 |
| Extra Services & Fees (check box, add fee as appropriate) | | 06 |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | |
| Postage | | |
| $ | $0.78 | |
| Total Postage and Fees | | 09/08/2025 |
| $ | $6.08 | |

Sent To    Regions CT Corporation System
Street and Apt. No., or PO Box No.  1200 South Pine Island Road
City, State, ZIP+4®  Plantation Florida Republic [33324]

PS Form 3800, January 2023        See Reverse for Instructions

Be it known:

1. That a lien and administrative judgment has been perfected and remains unrebutted against REGIONS BANK in the amount of $55,090,000.00 USD, duly noticed and recorded under UCC filing #20250313984X.

2. That Respondent has engaged in dishonor by failing to respond in substance to multiple presentments, including but not limited to Notices of Commercial Liability, Levy, and Final Administrative Judgment.

3. By operation of law, Respondent's silence and non-performance constitute tacit acquiescence, and liability is now fully attached.

## LEVY DIRECTIVE

You are hereby directed to immediately satisfy the outstanding lien and judgment by application of credits and remittances to the following fiduciary account:

Coldstream Ministries © — 508(c)(1)(A)
Executor & Trustee: Daman-Thomas: Caldwell

Fiduciary Deposit Instructions:
Bank: Regions Bank
Routing Number: 063104668

## Order to Pay vs. Promise to Pay: The Point of Conversion Fraud

### Lawful Order to Pay

• A check or negotiable instrument is an ORDER to pay, not a promise.
• Under Barnhill v. Johnson, 503 U.S. 393 (1992), transfer of funds occurs when the bank honors the instrument.
• Once honored, the obligation is discharged — the drawer has performed and the debt is settled.

### Fraudulent Re-Characterization

• Banks frequently mischaracterize an order to pay as if it were only a PROMISE to pay.
• They debit the drawer's account immediately, while also settling the instrument through clearing systems.
• This creates two parallel streams of value — one taken from the account, one from the negotiable instrument.
• Such treatment is a form of conversion, concealment, and unjust enrichment.

### The Fraud Point

The fraud begins precisely at the moment the bank turns an order to pay into a promise to pay. This unlawful re-characterization allows them to double-dip: removing funds from the drawer's account while also profiting from the negotiable instrument itself.

### Application in Commerce

• When demanding fiduciary accounting, one should highlight this re-characterization as concealment.
• Estoppels and notices should state clearly: 'The fraud arises where an order to pay is unlawfully treated as a promise to pay, creating double liability and commercial dishonor.'
• This distinction supports claims of conversion and breach of fiduciary duty by banks.

Call Log – Regions Bank, Bonita Springs Branch

Subject: Documenting repeated failed attempts to reach the Bonita Springs Regions Bank branch by telephone.

Contact Name Listed: Rob (no alternate point of contact provided)

22 August 2025

- Attempt 1: Called the Bonita branch. Phone rang continuously until the automated system intercepted. Message: "The caller is not accepting calls at this time." No human answered.

- Attempt 2: Called again later the same day. Same result—unanswered call, then system message.

29 August 2025 (Friday)

- Attempt 3: Called the Bonita branch. Again, the phone rang repeatedly until the automated system cut in with the same message: "The caller is not accepting calls at this time." No response from branch staff.

2 September 2025

- Attempt 4: Called once more. Identical result—phone rang without answer, then the system message. No staff member picked up the call.

Notes

- Historically, calls to this branch were answered in the past. The failure to respond on three separate dates is unusual and appears deliberate.

- No alternate contact information has been provided by Rob, leaving no other official communication channel open with this branch.

Acct# 0356805217

**Transmittal Cover Letter**

Date: October 20, 2025

To:
Christie Gowan
Consumer Affairs Specialist
State of Alabama — State Banking Department
401 Adams Avenue
P.O. Box 4600
Montgomery, Alabama Republic 36103-4600

9589 0710 5270 3527 1472 00

Subject: Final Administrative Record Submission — Notice of Estoppel by Acquiescence
(Exhibit P)

Dear Ms. Gowan,

This correspondence is tendered as the final administrative transmission concerning the
matter of COLDSTREAM MINISTRIES© and the unresolved fiduciary accounting and
conversion issues arising from Regions Bank, N.A. This package is submitted for your
office's records as confirmation of good-faith administrative exhaustion and completion of
the notice-and-opportunity-to-cure process.

Enclosed within this package are the following documents for recordkeeping and final
administrative closure:

1. Notice of Estoppel by Acquiescence
2. Declaration of Administrative Exhaustion
3. Exhibit P — Alabama State Banking Department Response (Dated October 15, 2025)

This record is provided in honor, under private capacity and commercial good faith, to
ensure transparency and fulfillment of procedural obligations prior to any potential judicial
review. The attached Notice establishes estoppel by acquiescence arising from the
Department's inability to locate fiduciary account data or verified records associated with
Coldstream Ministries© and the DAMAN THOMAS CALDWELL© Trust Estate.

Please ensure that this submission is placed into the Department's supervisory file under
the Coldstream Ministries© record and acknowledge receipt for administrative verification.
All matters herein are entered into the private record under Divine Law, Universal Law, and
Commercial Honor.

Thank you for your attention and continued cooperation in this matter.

Respectfully submitted in truth and honor,

By: _____ ARR UCC 1-308

Executor & Trustee — COLDSTREAM MINISTRIES©
Nation of Caldwell — Micro Nation Trust Non-Domestic
Motto: Veritas Supra Omnia
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit — ARR
Email: DTCTrust1975@gmail.com

CC:                                                    9589 0710 5270 3527 1472 17

• Federal Reserve Bank of Atlanta — Supervision & Regulation Division

• Corporate Service Company (CSC) — Registered Agent for Regions Bank

                                                    9589 0710 5270 3527 1472 24

## Declaration of Administrative Exhaustion

I, Daman-Thomas: Caldwell, sui juris, Executor and Trustee for COLDSTREAM MINISTRIES©, hereby declare and affirm that all reasonable and good-faith administrative remedies have been exhausted in connection with the ongoing matter involving REGIONS BANK, N.A., and its registered agent, Corporation Service Company (CSC).

This Declaration is entered into the private record as evidence of diligence and procedural compliance under principles of honor, good faith, and full disclosure. The following agencies and entities have been duly noticed, served, and given lawful opportunity to cure and respond:

• Federal Reserve Board of Governors (Washington, D.C.)
• Federal Reserve Bank of Atlanta
• Alabama State Banking Department
• Office of the Comptroller of the Currency (OCC)
• Corporation Service Company (Registered Agent for Regions Bank)
• Consumer Financial Protection Bureau (CFPB)
• Florida Department of Financial Services

Attached hereto as Exhibit P is the official correspondence from the State of Alabama Banking Department, dated October 15, 2025, confirming their review of the complaint and Regions Bank's response. Said letter demonstrates that Coldstream Ministries© and its Trustees have fully complied with administrative process requirements, and that the Banking Department deferred to Regions Bank's internal records without producing verified accounting or fiduciary evidence. This constitutes exhaustion of administrative remedies.

Therefore, any further failure to provide a lawful accounting or resolution constitutes admission and dishonor under UCC §1-308, UCC §3-501, and principles of equity and commercial honor. This Declaration is made in truth, honor, and without malice, as part of the ongoing evidentiary record now being transferred to judicial venue for final remedy.

All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit — ARR
So it is. Veritas Supra Omnia.

Executed this 20th day of October, 2025.

By: _____ ARR  UCC 1-308
Daman-Thomas: Caldwell
Executor & Trustee, COLDSTREAM MINISTRIES©

## Notice of Estoppel by Acquiescence

This Notice of Estoppel by Acquiescence is hereby issued by Daman-Thomas: Caldwell, sui juris, Executor and Trustee for COLDSTREAM MINISTRIES©, against REGIONS BANK, N.A., its officers, agents, successors, and assigns, including its registered agent Corporation Service Company (CSC).

Whereas lawful and repeated presentments, notices, and opportunities to cure have been duly served upon Regions Bank and its agents concerning the mishandling, conversion, and dishonor of fiduciary trust property belonging to Coldstream Ministries© and the DAMAN THOMAS CALDWELL© Trust Estate; and

Whereas no verified accounting, affidavit of rebuttal, or lawful defense has been received within the allotted timeframes granted under each administrative notice, and all responding parties have either remained silent or provided non-substantive replies;

Therefore, by operation of law and under the doctrine of estoppel by acquiescence, all claims, defenses, and rebuttals not timely made are deemed permanently waived. All facts stated in prior notices, fee schedules, and conditional acceptances stand as true, correct, and entered into the private record as binding agreements.

This Notice shall serve as final administrative closure prior to judicial enforcement and remedy. Any attempt to contest this record without verified affidavit and full commercial liability shall constitute further dishonor and bad faith in commerce.

All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit — ARR
So it is. Veritas Supra Omnia.

Executed this 20th day of October, 2025.

By: _____ ARR UCC 1-308
Daman-Thomas: Caldwell
Executor & Trustee, COLDSTREAM MINISTRIES©

# EXHIBIT H — ALABAMA STATE BANKING DEPARTMENT CORRESPONDENCE RECORD

Filed in Support of Plaintiff's Motion for Summary Judgment — Based on Perfected Private Administrative Judgment (Full Damages).

This exhibit contains the complete correspondence record between COLDSTREAM MINISTRIES© and the State of Alabama — State Banking Department concerning supervisory oversight of Regions Bank, whose corporate headquarters is located in Alabama.

This record begins with COLDSTREAM MINISTRIES©' formal complaint submitted to the Alabama State Banking Department, detailing fiduciary breaches, conversion, and dishonor of negotiable instruments by Regions Bank. The filing included documentation of the bank's mishandling of trust property, failure to account for a $5,000,000 instrument, and ongoing interference with a federally recognized 508(c)(1)(A) ecclesiastical trust.

The Alabama State Banking Department acknowledged receipt of the complaint and responded that the matter was outside of their regulatory authority, despite Regions Bank being an Alabama-chartered institution headquartered within their jurisdiction. COLDSTREAM MINISTRIES© complied with all requests for information and provided relevant documentation, yet the Department issued no investigation, no findings, and no corrective action.

After COLDSTREAM MINISTRIES© provided its supplemental materials and identified Regions Bank's location of charter and corporate control, no further correspondence was ever issued by the Alabama State Banking Department, resulting in the matter being effectively closed without review or oversight.

This administrative sequence demonstrates:

- Proper initiation of state-level supervisory review



- Full compliance by COLDSTREAM MINISTRIES©
- Complete administrative exhaustion prior to filing this federal action

This exhibit includes:

- The initial complaint submitted to the Alabama State Banking Department
- Certified proof of service and delivery
- Supplemental materials submitted by COLDSTREAM MINISTRIES©
- Notation of complete administrative silence thereafter

9589 0710 5270 3527 1469 51

**Cover Letter – Escalation of Complaint: Region**

Date: September 24, 2025

To:
State of Alabama – State Banking Department
P.O. Box 4600
Montgomery, AL 36103-4600

Subject: Escalation of Fiduciary Breach Complaint – Regio

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com*®.

Montgomery, AL 36103

| Certified Mail Fee | $5.30 | | 0407 |
|---|---|---|---|
| $ | | $0.00 | 06 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)       $ ___$0.00___
☐ Return Receipt (electronic)     $ ___$0.00___      Postmark
☐ Certified Mail Restricted Delivery $ _$0.00_        Here
☐ Adult Signature Required        $ __$0.00__       SEP 2 4 2025
☐ Adult Signature Restricted Delivery $ _____

Postage    $2.44

Total Postage and Fees    09/24/2025
$7.74                    * Region's Escalation

Sent To  State of Alabama, State Banking Dept
Street and Apt. No., or PO Box No.  P.O. Box 4600
City, State, ZIP+4®  Montgomery, Alabama Republic 3610

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

Dear Commissioners,

This correspondence is tendered in follow-up to ongoing fiduciary breaches and dishonor by Regions Bank, already reported to the Office of the Comptroller of the Currency (OCC) under Case # CS0395167. The OCC, by letter dated September 19, 2025, referred this matter to the Federal Reserve Board (FRB) and the Alabama State Banking Department, as the matter concerns charter oversight of Regions Bank.

The underlying issues include:
- Repeated dishonor of fiduciary notices and negotiable instruments tendered by Coldstream Ministries©.
- Retaliatory conduct, including deliberate non-response to certified notices, fiduciary demands, and attempts at service.
- Ongoing double-dipping and retroactive conversion against the fiduciary account of Coldstream Ministries©, despite perfected liens and notices of levy.

Attached herewith are:
- OCC referral letter (dated September 19, 2025).
- Prior notices, liens, estoppels, and levy documents served upon Regions Bank, its officers, and registered agent.

The Alabama State Banking Department is now requested to exercise oversight authority over Regions Bank in this matter. Coldstream Ministries© and its Executor and Trustee, Daman-Thomas: Caldwell, stand as Secured Party and Creditor and have established a perfected record of dishonor. The fiduciary breaches constitute violations of trust, public policy, and lawful commercial process.

Failure by Regions Bank to cure or respond leaves liability in full force, with enforcement remedies including levy, setoff, and Treasury drawdown already in progress. Your office is

requested to intervene, ensure fiduciary compliance, and prevent further retaliatory actions against the trust account.

So it is. Veritas Supra Omnia.

Respectfully submitted,

By:

Daman-Thomas: Caldwell
Executor & Trustee – Coldstream Ministries ©
Secured Party & Executor – DAMAN THOMAS CALDWELL© TRUST
All Rights Reserved – UCC 1-308 – Without Prejudice – Non-Assumpsit


CC:
- Office of the Comptroller of the Currency (OCC), Customer Assistance Group
- Federal Reserve Board of Governors (Washington, DC)
- Federal Reserve Bank of Atlanta
- Federal Deposit Insurance Corporation (FDIC)
- Regions Bank, Legal & Compliance Department

9589 0710 5270 1232 9889 5104 58

## COLDSTREAM MINISTRIES
508(c)(1)(A) Private Ecclesiastical Trust

## NOTICE OF CONVERSION & DOUBLE PAYMENT

PRIVATE & CONFIDENTIAL — ECCLESIASTICAL MATT
Jurisdiction: Divine Law — Universal Law — Trust Law
All Rights Reserved — UCC 1-308 — Without Prejudice

Date: August 21, 2025
To: Office of the General Counsel — Regions Bank
Address: 1900 Fifth Avenue North

Birmingham, Alabama Republic [35203]

From:
Coldstream Ministries — 508(c)(1)(A)
By Executor: Daman-Thomas: Caldwell
c/o 10020 Carolina Street
Bonita Springs, Florida Republic



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Birmingham, AL 35203

| Certified Mail Fee | $5.30 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.07 | |

Total Postage and Fees
Sent To Regions Bank Legal Department
Street and Apt. No., or PO Box No. 1900 Fifth Avenue North
City, State, ZIP+4 Birmingham, Alabama Republic [35903]
PS Form 3800, January 2025    See Reverse for Instructions

08/21/2025
+ Conversion Pd
0405
Postmark Here
AUG 21 2025

Subject: Conversion and Double Payment of Coldstream Ministries Negotiable Instruments

Notice is hereby given that Regions Bank has engaged in fraudulent and unlawful conversion of negotiable instruments issued under the authority of Coldstream Ministries, a 508(c)(1)(A) ecclesiastical trust entity. On or about August 5 and August 14 of the year 2025, two checks in the amount of FIVE HUNDRED DOLLARS ($500.00) each were lawfully issued to Rhonda as payee. These instruments constitute negotiable instruments under UCC Article 3.

Regions Bank wrongfully debited ONE THOUSAND DOLLARS ($1,000.00) from the Coldstream Ministries account while retaining possession of the original checks. Said instruments remain in circulation and are to be cleared via Fedwire or other settlement systems. This action constitutes double payment and unjust enrichment: once from Coldstream's account and again through clearing of the instruments.

Such acts constitute conversion under UCC 3-420, fraud, commercial theft, and violation of ministerial trust property. As a 508(c)(1)(A) ecclesiastical entity, Coldstream Ministries is exempt from seizure, levy, or conversion of its funds absent explicit consent — which was neither granted nor obtained.

DEMAND: You are hereby ordered to immediately reverse the unlawful debit of ONE THOUSAND DOLLARS ($1,000.00), cease and desist from further conversion of negotiable instruments, and provide written confirmation within TEN (10) BUSINESS DAYS of receipt

9589 0710 5270 2909 5103 59

# FINAL ENFORCEMENT NOTICE & EXPANSION (
# JUDGMENT

PRIVATE & CONFIDENTIAL — FOR SETTLEMENT & CLC
Jurisdiction: Divine Law — Universal Law — Trust Law
All Rights Reserved — UCC 1-308 — Without Prejudice -

Date: August 12, 2025

To: Office of the General Counsel — Regions Bank
Address: 1900 Fifth Avenue North

Birmingham, Alabama Republic

Subject: Expansion of Perfected Commercial Lien and Fir
DAMAN THOMAS CALDWELL© TRUST

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

BIRMINGHAM AL 35203

Certified Mail Fee    $5.30                          0405
Extra Services & Fees (check box, add fee as appropriate)    $0.00
☐ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required         $0.00
☐ Adult Signature Restricted Delivery  $0.00
Postage    $0.78
Total Postage and Fees    $6.08

Sent To   Regions Bank
Street and Apt. No., or PO Box No.  1900 Fifth Avenue North
City, State, ZIP+4®  Birmingham, Alabama Republic

PS Form 3800, January 2023    See Reverse for Instructions

AUG 13 2025    Postmark Here
08/13/2025
USPS
# Expansion of Lie
50 M

NOTICE: This is a lawful and binding administrative instrument issued under authority of the Executor and Secured Party for the DAMAN THOMAS CALDWELL© TRUST. Your corporation is already subject to a perfected commercial lien and Final Administrative Judgment in the amount of NINETY THOUSAND DOLLARS ($90,000.00), lawfully established through due process, unrebutted, and standing as truth in commerce.

FACT: Said judgment arose from Regions Bank's breach of agreement, failure to close a secured credit card account as instructed in September 2024, and your subsequent unlawful billing activity. You were given proper notice, lawful opportunity to cure, and all administrative remedies were exhausted prior to lien perfection.

FACT: Despite the perfected lien and judgment, Regions Bank has willfully, knowingly, and with full awareness of its obligations, issued yet another billing statement for the same account, thereby committing additional fraud, harassment, commercial trespass, and willful violation of a standing judgment.

Accordingly, the existing judgment is hereby expanded to the amount of FIFTY MILLION DOLLARS ($50,000,000.00), lawful money of the United States pursuant to 12 USC § 411, non-negotiable, immediately due and payable. This expansion is justified by your corporation's intentional and malicious acts in bad faith commerce, constituting aggravated fraud, willful injury to the trust estate, and continued dishonor after judgment.

You are hereby provided TEN (10) BUSINESS DAYS from the date of receipt of this notice to cure all violations, remit full payment of the expanded judgment, and cease all further contact regarding the disputed account. Failure to cure shall constitute your tacit agreement to all terms herein and will result in immediate enforcement through Treasury Offset, bond claim, asset levy, and any other lawful commercial remedy without further notice.

9589 0710 5270 2909 5104 65

# NOTICE OF PERSONAL LIABILITY FOR DISHONOR

PRIVATE & CONFIDENTIAL — Ecclesiastical Fiduciary Matter
Jurisdiction: Divine Law — Universal Law — Trust Law
All Rights Reserved — UCC 1-308 — Without Prejudice

Date: August 22,2025
To: Rob Thompson — Officer, Regions Bank
Cc: Office of General Counsel, Regions Bank
Address: 1900 Fifth Avenue North

Birmingham, Alabama Republic

From:

Coldstream Ministries © — 508(c)(1)(A)
Executor & Trustee: Daman-Thomas: Caldwell
c/o 10020 Carolina Street
Bonita Springs, Florida Republic [Non-Domestic]

Subject: Attachment of Personal Liability Due to Dishonor

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Regions Bank Bonita Branch
Street and Apt. No., or PO Box No.
24836 S Tamiami Trail Attn: Rob
City, State, ZIP+4
Bonita Springs Florida Realbie [34134]

PS Form 3800, January 2023          See Reverse for Instructions

Rob Thompson, you were provided urgent opportunity to operate in honor and cure the ongoing fiduciary breaches and commercial conversion perpetrated by Regions Bank against Coldstream Ministries ©. Notices have been duly served, both through Royal Mail and internally to your custody, which you acknowledged. In addition, an urgent telephone call placed on August 21, 2025, was not returned, followed by written reminder and confirmation of receipt.

As you are aware, indemnification applies only to officers and agents acting in good faith and in honor. By failing to cure dishonor, and by remaining silent in the face of direct notice and inquiry, you have forfeited the protections of indemnification. Liability now attaches personally to you as an officer who had knowledge of, and failed to remedy, the dishonor.

Accordingly, you are hereby held personally liable for the dishonor and conversion presently attached to Regions Bank, which currently stands at FIFTY MILLION DOLLARS ($50,000,000.00), plus the compounding liabilities arising from failure to process the FIVE MILLION DOLLAR ($5,000,000.00) negotiable instrument tendered in good faith with ten percent (10%) consideration. Your silence and refusal have bound you to this liability.

This notice is for the record and makes clear that liability no longer rests solely with the corporate entity, but with you personally, as an officer operating in dishonor.

So it is. Veritas Supra Omnia.

By:

## DECLARATION OF UNLAWFUL CONVERSION OF NEGOTIABLE INSTRUMENTS

PRIVATE & CONFIDENTIAL — Ecclesiastical Fiduciary Declaration
Jurisdiction: Divine Law — Universal Law — Trust Law
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

Date: August 22, 2025
To: Regions Bank — Office of the General Counsel
Attn: Rob Thompson, Officer
Address: 1900 Fifth Avenue North

Birmingham, Alabama Republic

From:
Coldstream Ministries © — 508(c)(1)(A)
Executor & Trustee: Daman-Thomas: Caldwell
c/o 10020 Carolina Street
Bonita Springs, Florida Republic [Non-Domestic]

It is hereby declared for the record that all negotiable instruments issued by Coldstream Ministries ©, including but not limited to checks, bills of exchange, drafts, or other lawful tender, are unconditional ORDERS TO PAY as defined under the Uniform Commercial Code. These instruments are fiduciary in nature and constitute immediate settlement instructions.

Regions Bank, through its agents and officers, has unlawfully and without consent converted these unconditional orders to pay into unconditional PROMISES TO PAY, thereby monetizing and rehypothecating Coldstream Ministries' © lawful tender. This conversion constitutes breach of fiduciary duty, fraud, and commercial bad faith.

Said conversion has resulted in double-payment, unjust enrichment, and dishonor of the original orders, and is hereby recorded as evidence of commercial liability against Regions Bank and its officers. All such acts are deemed willful and knowing, as repeated notices and explanations have been provided to the bank.

So it is. Veritas Supra Omnia.

By: _____
Daman-Thomas: Caldwell — Executor & Trustee
Coldstream Ministries © — 508(c)(1)(A)
Secured Party & Executor — DAMAN THOMAS CALDWELL© TRUST
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

9589 0710 5270 2909 510

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

Birmingham, AL 35203

| Certified Mail Fee | $5.30 | | 0407 |
|---|---|---|---|
| $ | | | 32 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | | |
| ☐ Adult Signature Restricted Delivery | $ | $0.00 | |
| Postage | $0.78 | | |
| $ | | | |
| Total Postage and Fees | | | 08/30/2025 |
| $6.08 | | | |
| Sent To | | | |

Regions Bank Legal Department
Street and Apt. No., or PO Box No.
1900 Fifth Avenue North
City, State, ZIP+4
Birmingham, Alabama Republic [°]

PS Form 3800, January 2023    See Reverse for Instructions

## Summary of Regions Bank's Dishonor and Bre...

This document serves as a formal summary of dishonor...
relation to the Coldstream Ministries © 508(c)(1)(A) ec...
presented as evidence that Regions Bank, its officers, an...
honor, in violation of trust law, fiduciary duty, and comm...

### 1. Signature Block on File

Regions Bank holds on file the authorized signature bloc...
Executor & Trustee. This block clearly establishes all ins...
Ministries as non-negotiable orders, executed with right...
Despite this record, Regions has treated trust-issued che...
negotiable promises, in direct violation of UCC 3-104(d).

### 2. Fiduciary Deposit-Only Account

The Coldstream Ministries account at Regions was declared, both in writing and in person, as a fiduciary, deposit-only, ecclesiastical trust account. Any withdrawal, debit, or conversion is strictly prohibited absent authorization from the Executor & Trustee. Regions has ignored this declaration, mischaracterizing the account as a consumer account for its own gain.

### 3. Double-Dipping Fraud

Evidence (Exhibits A, B, and C) shows that Regions Bank has engaged in systemic double-dipping. Checks issued by Coldstream were debited from the trust account while also being cleared through Federal Reserve/Fedwire systems. Likewise, debit card transactions were treated as negotiable drafts while also depleting the trust account. This constitutes unjust enrichment, conversion, and aggravated commercial trespass.

### 4. Remedies Exhausted, Dishonor Confirmed

Coldstream Ministries has issued Fiduciary Notices, Conditional Warnings, Notices of Levy, Estoppel, and Final Enforcement instruments. Regions has failed to cure within provided timelines, ignored fiduciary accounting demands, and concealed material facts. Liability is now perfected and permanent.

### Conclusion

Regions Bank is in permanent dishonor. Liability is attached both corporately and personally to officers who ignored or mischaracterized fiduciary instructions. This summary, along with supporting exhibits, will remain on record with Treasury, OCC, and all relevant authorities. Remedy is now limited to settlement, levy, and Treasury enforcement.

So it is. Veritas Supra Omnia.

By: _____

9589 0710 5270 3527 1466 23    — Region's CT Corporation

9589 0710 5270 3527 1466 30    — Region's Legal & Compliance

9589 0710 5270 3527 1466 47    — Region's Bonita Branch-Rob T.

## NOTICE OF LEVY AND RIGHT TO CURE

Private Ecclesiastical Fiduciary Instrument
All Rights Reserved — UCC 1-308 — Without Prejudice ·
Private & Confidential — For Settlement and Closure On

**TO: REGIONS BANK**
1900 Fifth Avenue North

Birmingham, Alabama Republic [35203]

FROM: Coldstream Ministries © — 508(c)(1)(A)
Executor & Trustee: Daman-Thomas: Caldwell
c/o 10020 Carolina Street
Bonita Springs, Florida Republic [Non-Domestic]

Re: Enforcement of Perfected Lien and Administrative

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

Fort Lauderdale, FL 33324

Certified Mail Fee    $5.30    0407
Extra Services & Fees (check box, add fee as appropriate)    06
☐ Return Receipt (hardcopy)    $0.00
☐ Return Receipt (electronic)    $0.00    Postmark
☐ Certified Mail Restricted Delivery    $0.00    Here
☐ Adult Signature Required    $0.00    2025
☐ Adult Signature Restricted Delivery    $0.00
Postage    $0.78
Total Postage and Fees    09/08/2025
$6.08    # Notice Levy #
Sent To
Regions CT Corporation System
Street and Apt. No., or PO Box No.
1201 South Pine Island Road
City, State, ZIP+4®
Plantation Florida Republic [33324
PS Form 3800, January 2023    See Reverse for Instructions

Be it known:

1. That a lien and administrative judgment has been perfected and remains unrebutted
against REGIONS BANK in the amount of $55,090,000.00 USD, duly noticed and recorded
under UCC filing #20250313984X.

2. That Respondent has engaged in dishonor by failing to respond in substance to multiple
presentments, including but not limited to Notices of Commercial Liability, Levy, and Final
Administrative Judgment.

3. By operation of law, Respondent's silence and non-performance constitute tacit
acquiescence, and liability is now fully attached.

## LEVY DIRECTIVE

You are hereby directed to immediately satisfy the outstanding lien and judgment by
application of credits and remittances to the following fiduciary account:

Coldstream Ministries © — 508(c)(1)(A)
Executor & Trustee: Daman-Thomas: Caldwell

Fiduciary Deposit Instructions:
Bank: Regions Bank
Routing Number: 063104668

# Order to Pay vs. Promise to Pay: The Point of Conversion Fraud

## Lawful Order to Pay

• A check or negotiable instrument is an ORDER to pay, not a promise.
• Under Barnhill v. Johnson, 503 U.S. 393 (1992), transfer of funds occurs when the bank honors the instrument.
• Once honored, the obligation is discharged — the drawer has performed and the debt is settled.

## Fraudulent Re-Characterization

• Banks frequently mischaracterize an order to pay as if it were only a PROMISE to pay.
• They debit the drawer's account immediately, while also settling the instrument through clearing systems.
• This creates two parallel streams of value — one taken from the account, one from the negotiable instrument.
• Such treatment is a form of conversion, concealment, and unjust enrichment.

## The Fraud Point

The fraud begins precisely at the moment the bank turns an order to pay into a promise to pay. This unlawful re-characterization allows them to double-dip: removing funds from the drawer's account while also profiting from the negotiable instrument itself.

## Application in Commerce

• When demanding fiduciary accounting, one should highlight this re-characterization as concealment.
• Estoppels and notices should state clearly: 'The fraud arises where an order to pay is unlawfully treated as a promise to pay, creating double liability and commercial dishonor.'
• This distinction supports claims of conversion and breach of fiduciary duty by banks.

**Call Log – Regions Bank, Bonita Springs Branch**

Subject: Documenting repeated failed attempts to reach the Bonita Springs Regions Bank branch by telephone.

Contact Name Listed: Rob (no alternate point of contact provided)

22 August 2025

- Attempt 1: Called the Bonita branch. Phone rang continuously until the automated system intercepted. Message: "The caller is not accepting calls at this time." No human answered.

- Attempt 2: Called again later the same day. Same result— unanswered call, then system message.

29 August 2025 (Friday)

- Attempt 3: Called the Bonita branch. Again, the phone rang repeatedly until the automated system cut in with the same message: "The caller is not accepting calls at this time." No response from branch staff.

2 September 2025

- Attempt 4: Called once more. Identical result—phone rang without answer, then the system message. No staff member picked up the call.

Notes:

- Historically, calls to this branch were answered in the past. The failure to respond on three separate dates is unusual and appears deliberate.

- No alternate contact information has been provided by Rob, leaving no other official communication channel open with this branch.

Acct# 0356805217

## Transmittal Cover Letter

Date: October 20, 2025

To:
Christie Gowan
Consumer Affairs Specialist
State of Alabama — State Banking Department
401 Adams Avenue
P.O. Box 4600
Montgomery, Alabama Republic 36103-4600

9589 0710 5270 3527 1472 00

Subject: Final Administrative Record Submission — Notice of Estoppel by Acquiescence (Exhibit P)

Dear Ms. Gowan,

This correspondence is tendered as the final administrative transmission concerning the matter of COLDSTREAM MINISTRIES© and the unresolved fiduciary accounting and conversion issues arising from Regions Bank, N.A. This package is submitted for your office's records as confirmation of good-faith administrative exhaustion and completion of the notice-and-opportunity-to-cure process.

Enclosed within this package are the following documents for recordkeeping and final administrative closure:

1. Notice of Estoppel by Acquiescence
2. Declaration of Administrative Exhaustion
3. Exhibit P — Alabama State Banking Department Response (Dated October 15, 2025)

This record is provided in honor, under private capacity and commercial good faith, to ensure transparency and fulfillment of procedural obligations prior to any potential judicial review. The attached Notice establishes estoppel by acquiescence arising from the Department's inability to locate fiduciary account data or verified records associated with Coldstream Ministries© and the DAMAN THOMAS CALDWELL© Trust Estate.

Please ensure that this submission is placed into the Department's supervisory file under the Coldstream Ministries© record and acknowledge receipt for administrative verification. All matters herein are entered into the private record under Divine Law, Universal Law, and Commercial Honor.

## Declaration of Administrative Exhaustion

I, Daman-Thomas: Caldwell, sui juris, Executor and Trustee for COLDSTREAM
MINISTRIES©, hereby declare and affirm that all reasonable and good-faith administrative
remedies have been exhausted in connection with the ongoing matter involving REGIONS
BANK, N.A., and its registered agent, Corporation Service Company (CSC).

This Declaration is entered into the private record as evidence of diligence and procedural
compliance under principles of honor, good faith, and full disclosure. The following agencies
and entities have been duly noticed, served, and given lawful opportunity to cure and
respond:

• Federal Reserve Board of Governors (Washington, D.C.)
• Federal Reserve Bank of Atlanta
• Alabama State Banking Department
• Office of the Comptroller of the Currency (OCC)
• Corporation Service Company (Registered Agent for Regions Bank)
• Consumer Financial Protection Bureau (CFPB)
• Florida Department of Financial Services

Attached hereto as Exhibit P is the official correspondence from the State of Alabama
Banking Department, dated October 15, 2025, confirming their review of the complaint and
Regions Bank's response. Said letter demonstrates that Coldstream Ministries© and its
Trustees have fully complied with administrative process requirements, and that the
Banking Department deferred to Regions Bank's internal records without producing
verified accounting or fiduciary evidence. This constitutes exhaustion of administrative
remedies.

Therefore, any further failure to provide a lawful accounting or resolution constitutes
admission and dishonor under UCC §1-308, UCC §3-501, and principles of equity and
commercial honor. This Declaration is made in truth, honor, and without malice, as part of
the ongoing evidentiary record now being transferred to judicial venue for final remedy.

All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit — ARR
So it is. Veritas Supra Omnia.

Executed this 20th day of October, 2025.

By: _____ APR UCC 1-308
Daman-Thomas: Caldwell
Executor & Trustee, COLDSTREAM MINISTRIES©

## Notice of Estoppel by Acquiescence

This Notice of Estoppel by Acquiescence is hereby issued by Daman-Thomas: Caldwell, sui juris, Executor and Trustee for COLDSTREAM MINISTRIES©, against REGIONS BANK, N.A., its officers, agents, successors, and assigns, including its registered agent Corporation Service Company (CSC).

Whereas lawful and repeated presentments, notices, and opportunities to cure have been duly served upon Regions Bank and its agents concerning the mishandling, conversion, and dishonor of fiduciary trust property belonging to Coldstream Ministries© and the DAMAN THOMAS CALDWELL© Trust Estate; and

Whereas no verified accounting, affidavit of rebuttal, or lawful defense has been received within the allotted timeframes granted under each administrative notice, and all responding parties have either remained silent or provided non-substantive replies;

Therefore, by operation of law and under the doctrine of estoppel by acquiescence, all claims, defenses, and rebuttals not timely made are deemed permanently waived. All facts stated in prior notices, fee schedules, and conditional acceptances stand as true, correct, and entered into the private record as binding agreements.

This Notice shall serve as final administrative closure prior to judicial enforcement and remedy. Any attempt to contest this record without verified affidavit and full commercial liability shall constitute further dishonor and bad faith in commerce.

All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit — ARR
So it is. Veritas Supra Omnia.

Executed this 20th day of October, 2025.

By: _____ ARR UCC 1-308
Daman-Thomas: Caldwell
Executor & Trustee, COLDSTREAM MINISTRIES©

# EXHIBIT I — RETALIATION & ESCALATION PACKET SUMMARY

This Exhibit summarizes the complete escalation packet sent by COLDSTREAM MINISTRIES© on September 25, 2025 to multiple oversight bodies, including the Federal Reserve Board (Washington, D.C.), the Federal Reserve Bank of Atlanta, the Alabama State Banking Department, and the registered agent for Regions Bank. The packet contains the evidentiary documents demonstrating Regions Bank's retaliatory conduct immediately following receipt of pre-litigation notices, perfected liens, Treasury filings, and fiduciary-enforcement demands.

The documents establish that Regions Bank froze and closed the COLDSTREAM MINISTRIES© fiduciary account within twenty-three (23) minutes of receiving the Notice of Intent to Sue, and that Regions escalated its misconduct by refusing to provide accounting records, refusing to honor negotiable instruments, and refusing to cure repeated dishonor. The materials further show that COLDSTREAM MINISTRIES© acted in full good faith, properly noticing all agencies and submitting the Final Administrative Judgment, negotiable instruments, and enforcement filings consistent with commercial due process.

## This Exhibit consists of the following administrative components:

• Cover Letter for Account Closure & Enforcement Notice

Summarizes lien status, administrative filings, Treasury submissions, and the retaliatory account closure occurring on September 25, 2025. Establishes escalation following perfected administrative judgment and dishonor of negotiable instruments.

• Supplemental Notice of Retaliation and Escalation

Sent to the Federal Reserve Board, Federal Reserve Bank of Atlanta, Alabama State Banking Department, and copied to Corporate Service Company. Establishes Regions Bank's retaliatory closure, continued dishonor, failure to provide accounting, and unlawful conversion of trust property.

• Exhibit Index — Master List

Indexes Exhibits A through I as assembled for administrative enforcement. Identifies evidence of dishonor, concealment, mischaracterization by Regions officers, SSN misuse, and internal "auto-close" notations confirming retaliation.

• Excerpt from Exhibit A — Initial Email Communications

Shows Regions Bank's acknowledgment of fiduciary duties, evidence of double-payment conversion, dishonor of negotiable instruments, and Regions' refusal to cure or provide fiduciary accounting.

Collectively, Exhibit I demonstrates a complete and unbroken chain of administrative escalation, showing:

- retaliatory intent
- fiduciary breach
- bad-faith account closure
- unlawful conversion
- concealment of accounting
- refusal to respond to federal oversight
- and continued dishonor of perfected administrative filings

These documents are incorporated in full in support of Plaintiff's Motion for Summary Judgment, as evidence supporting the perfected lien and Final Administrative Judgment.

## Supplemental Notice of Retaliation and Escalation

Date: September 25, 2025

To: Federal Reserve Board – Washington, D.C.    9589 0710 5270 3527 1469 75
To: Federal Reserve Bank of Atlanta    9589 0710 5270 3527 1469 82
To: Alabama State Banking Department    9589 0710 5270 3527 1469 99
cc'd: Corporation Service Company    9589 0710 5270 3527 1470 02
Subject: Retaliatory Account Closure by Regions Bank – COLDSTREAM MINISTRIES©

This notice supplements all prior submissions regarding dishonor, unlawful conversion of negotiable instruments, and non-performance by Regions Bank. On September 25, 2025, Regions Bank escalated their misconduct by closing the COLDSTREAM MINISTRIES© account in retaliation for our lawful enforcement processes, notices, and lien filings.

This retaliatory act was anticipated in prior filings, where the possibility of account closure as an act of bad faith was expressly raised. Its occurrence now stands as evidence of Regions' continued dishonor, commercial liability, and obstruction of remedy.

We require immediate oversight and investigation into Regions Bank's practices, specifically:
1. Unlawful account closure in retaliation against lawful lien enforcement.
2. Failure to provide accounting, records, or reconciliation of missing funds.
3. Continued unjust enrichment through double-dipping practices and unlawful conversion.

This notice is submitted for the record to ensure the Federal Reserve Board (Washington and Atlanta) and the Alabama State Banking Department are fully apprised of Regions' misconduct. The closure of the account does not negate the lien, levy, and perfected instruments already filed and escalated, including submissions to Treasury (Room 3413).

We affirm our standing as the lawful creditor and reserv[...] Common Law, and applicable commercial processes. No [...] taken as tacit agreement to its contents.

So it is. Veritas Supra Omnia.

Respectfully submitted,

Daman-Thomas: Caldwell
Executor and Trustee, COLDSTREAM MINISTRIES©

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery    $
Postage
$
Total Postage and Fees
$
Sent To
Postmark Here
OCT 2 2025

* Evidence of Retaliation
Federal Reserve Board - DC
20th Street & Constitution Ave NW
Washington, DC  20551

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 3527 1469 75

## Cover Letter for Account Closure & Enforcement Notice

Date: September 25, 2025

To Whom It May Concern,

This cover letter accompanies certified submissions regarding the unlawful closure of the COLDSTREAM MINISTRIES© account by Regions Bank on September 25, 2025. This action constitutes retaliation and an escalation of prior dishonor, in direct violation of ongoing lien enforcement, Treasury filings, and notices served upon Regions Bank, its officers, and legal representatives.

### Summary of Enforcement Actions to Date:

- Perfected lien filed and expanded against Regions Bank, including attached officers.
- Final Administrative Judgment and Estoppel served.
- Negotiable Instrument ($5,000,000 Private Discharge & Settlement Instrument) submitted to the U.S. Treasury, Room 3413, for settlement and discharge.
- Notices of Commercial Liability, Levy, and Duty Breach delivered to Regions officers.
- Escalations filed with OCC, FDIC, and Federal Reserve Board (Atlanta & Washington).

### Retaliatory Account Closure

On September 25, 2025, Regions Bank unlawfully closed the fiduciary account belonging to COLDSTREAM MINISTRIES©. This act directly violates fiduciary duty, trust obligations, and constitutes unlawful conversion and retaliation in light of ongoing commercial processes. This is entered into the record for full accountability and preservation.

### Demand for Oversight and Remedy

This matter now requires immediate oversight from your office. We demand investigation into Regions Bank's conduct, enforcement of fiduciary obligations, and recognition of perfected commercial filings. The closure of the account does not extinguish obligations; Regions Bank remains liable under the perfected lien and notices of levy.

Respectfully Submitted,

Daman-Thomas: Caldwell
Executor & Trustee for COLDSTREAM MINISTRIES©
Private American National — Foreign Diplomat

Enclosures: Certified Notices, Exhibits, Negotiable Instruments, Administrative Records

## Exhibit Index – Master List

The following Exhibits A–I are incorporated into the Final Declaration of Estoppel and
Administrative Judgment against Regions Bank, to evidence dishonor, concealment,
retaliatory harm, fiduciary breach, and unlawful conversion.

- Exhibit A – August 21, 2025
  Evidentiary Addendum – Initial email communications with Regions (proof of
  dishonor).
- Exhibit B – August 22 & August 24, 2025
  Demand for Accounting – Sent to Regions Legal/Compliance, Rob Thompson, and Roy
  Scholl; ignored. No fiduciary accounting provided.
- Exhibit C – August 27, 2025
  Region's Emailed Response – Mischaracterization of fiduciary demand as subpoena;
  refusal to provide accounting, evidencing concealment and dishonor.
- Exhibit D – Ongoing
  Timeline of Call Attempts to Branch Manager Rob Thompson – Communications cut off
  through local branch, evidencing obstruction.
- Exhibit E – August 2025
  State of Alabama/State Banking Department Confirmation of Complaint referral from
  OCC, FDIC, and FRB-D.C.
- Exhibit F – September 25, 2025
  Declaration of Retaliatory Harm – Evidence of Account Closure. Includes F.1 Online
  account locked email at 12:16 PM; F.2 Confirmation of USPS delivery at 11:53 AM, 23
  minutes prior to account closure.
- Exhibit G – September 2025
  Declaration of SSN Misuse – Evidence that Regions unlawfully attached SSN ending
  9936 to ecclesiastical trust account under 37 EIN.
- Exhibit H – Reference Material
  Federal Reserve Publication: Modern Money Mechanics – Demonstrating mechanics of
  money creation, attached as evidentiary proof.
- Exhibit I – September 2025
  Declaration of Internal Account Notation – Auto-close account language ("Do Not
  Remove") stamped on COLDSTREAM account, witnessed by Trustee Jennifer-Leigh:
  Caldwell during in-person inquiry. Direct evidence of retaliatory closure.

These exhibits, taken together, establish an unbroken evidentiary chain of dishonor,
concealment, fiduciary breach, retaliatory harm, and unlawful conversion by Regions Bank
and its agents. They are incorporated in full as proof in support of the perfected lien and
Final Administrative Judgment.

M Gmail

daman-thomas :caldwell <dtctrust1975@gmail.com>

---

# C...lstream Ministries- Retroactive Conversion & Double Payment of Instruments (Immediate Action Required)

2 messages

---

**daman-thomas :caldwell** <dtctrust1975@gmail.com>                                    Thu, Aug 21 at 2:35 PM
To: <rob.thompson@regions.com>

Rob,

This is to put you personally on notice and for you to forward to Legal/Compliance:
Regions Bank has been engaging in ongoing conversion and double payment against Coldstream Ministries (508(c)(1)(a)) not just on isolated checks, but on every debit, every swipe, and every transaction under the Coldstream account since inception.

Facts for Record:

1. Every debit card transaction, check, and ACH issued under Coldstream Ministries is a negotiable instrument under UCC Article 3.

2. Regions debits the Coldstream account for each transaction while also retaining and clearing the instruments through Federal Reserve/Fedwire or clearinghouse systems.

3. This results in Regions being paid twice: once by taking funds directly from Coldstream and again through settlement of the instrument.

4. The $1,000 withdrawn on the two Checks (ck# 1501 and 1502) is only one example-- this applies retroactively to all Coldstream transactions.

5. This practice constitutes conversion (UCC3-420), unjust enrichment, fraud, and aggravated trespass against ecclesiastical trust property.

Accordingly, Coldstream demands the following:

1. Immediate restoration of the $1,000 already debited on the two checks listed above.

2. Full retroactive accounting of all Coldstream Ministries transactions since account inception.

3. Restoration of ALL debits, charges, and withdrawals taken against Coldstream's account, as Regions has already been compensated through clearing.

4. Written assurance that Regions will cease this double-payment practice immediately.

5. All future communications on this matter to be in writing only-- no phone calls of SSN requests.

Regions Bank is already subject to my perfected lien and Final Administrative Judgement. Liability has been expanded to FIFTY MILLION DOLLARS ($50,000,000) due to continued dishonor. Failure to comply with these demands within TEN (10) BUSINESS DAYS will result in immediate escalation: Notice of Levy & Right to Cure, Treasury Offset, and bond enforcement without further notice.

I am providing you this courtesy so you are not blindsided when Legal & Compliance receives the full enforcement package. If you can assist in correcting this quickly and in honor, I will accept that remedy.

Respectfully,

/s/ Daman-Thomas: Caldwell
Secured Party & Executor of Coldstream Ministries
All Right Reserved--UCC 1-308--Without Prejudice--Non-Assumpsit

Rob Thompson <Rob.Thompson@regions.com>                                    Thu, Aug 21 at 2:37 PM
To: daman-thomas :caldwell <dtctrust1975@gmail.com>

received



**Robert Thompson | Branch Manager, AVP**

**Regions Bank | Bonita Springs Financial Center**

**24836 S. Tamiami Trail**

**Bonita Springs, FL 34134**

(239.913.6500 | *Rob.Thompson@regions.com
Banker ID: FFEBC | NMLS: 1193661

Internal Use

**From:** daman-thomas :caldwell <dtctrust1975@gmail.com>
**Sent:** Thursday, August 21, 2025 2:35 PM
**To:** Rob Thompson <Rob.Thompson@regions.com>
**Subject:** [EXTERNAL] Coldstream Ministries- Retroactive Conversion & Double Payment of Instruments
(Immediate Action Required)

[External Content] Please use caution.

[Quoted text hidden]

9589 0710 5270 2709 5104 58

## COLDSTREAM MINISTRIES
508(c)(1)(A) Private Ecclesiastical Trust

## NOTICE OF CONVERSION & DOUBLE PAYMENT

PRIVATE & CONFIDENTIAL — ECCLESIASTICAL MATT
Jurisdiction: Divine Law — Universal Law — Trust Law
All Rights Reserved — UCC 1-308 — Without Prejudice

Date: August 21, 2025
To: Office of the General Counsel — Regions Bank
Address: 1900 Fifth Avenue North

Birmingham, Alabama Republic [35203]

From:
Coldstream Ministries — 508(c)(1)(A)
By Executor: Daman-Thomas: Caldwell
c/o 10020 Carolina Street
Bonita Springs, Florida Republic

Subject: Conversion and Double Payment of Coldstream Ministries Negotiable Instruments

Notice is hereby given that Regions Bank has engaged in fraudulent and unlawful conversion of negotiable instruments issued under the authority of Coldstream Ministries, a 508(c)(1)(A) ecclesiastical trust entity. On or about August 5 and August 14 of the year 2025, two checks in the amount of FIVE HUNDRED DOLLARS ($500.00) each were lawfully issued to Rhonda as payee. These instruments constitute negotiable instruments under UCC Article 3.

Regions Bank wrongfully debited ONE THOUSAND DOLLARS ($1,000.00) from the Coldstream Ministries account while retaining possession of the original checks. Said instruments remain in circulation and are to be cleared via Fedwire or other settlement systems. This action constitutes double payment and unjust enrichment: once from Coldstream's account and again through clearing of the instruments.

Such acts constitute conversion under UCC 3-420, fraud, commercial theft, and violation of ministerial trust property. As a 508(c)(1)(A) ecclesiastical entity, Coldstream Ministries is exempt from seizure, levy, or conversion of its funds absent explicit consent — which was neither granted nor obtained.

DEMAND: You are hereby ordered to immediately reverse the unlawful debit of ONE THOUSAND DOLLARS ($1,000.00), cease and desist from further conversion of negotiable instruments, and provide written confirmation within TEN (10) BUSINESS DAYS of receipt

of this Notice. Failure to cure shall constitute your tacit agreement to all claims and liabilities herein.

Failure to comply will result in immediate integration of this Notice into the existing perfected lien and Final Administrative Judgment presently standing against Regions Bank in the amount of FIFTY MILLION DOLLARS ($50,000,000.00). Further enforcement will proceed without further notice through Treasury Offset, bond claim, and asset levy.

So it is. Veritas Supra Omnia.
Without prejudice, without recourse,
UCC 1-308

By: _____
Daman-Thomas: Caldwell, Executor & Trustee
Coldstream Ministries — 508(c)(1)(A)
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

## DECLARATION OF UNLAWFUL CONVERSION OF NEGOTIABLE INSTRUMENTS

PRIVATE & CONFIDENTIAL — Ecclesiastical Fiduciary Declaration
Jurisdiction: Divine Law — Universal Law — Trust Law
All Rights Reserved — UCC 1-308 — Without Prejudice –

Date: August 22, 2025
To: Regions Bank — Office of the General Counsel
Attn: Rob Thompson, Officer
Address: 1900 Fifth Avenue North

Birmingham, Alabama Republic

From:
Coldstream Ministries © — 508(c)(1)(A)
Executor & Trustee: Daman-Thomas: Caldwell
c/o 10020 Carolina Street
Bonita Springs, Florida Republic [Non-Domestic]

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage

Total Postage and Fees

Sent To  Regions Bank / Legal Department
Street and Apt. No., or PO Box No.  1900 Fifth Avenue North
City, State, ZIP+4®  Birmingham, Alabama Republic /3520

Postmark  BONITA SPRINGS FL 34133  AUG 22 2025  USPS

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

It is hereby declared for the record that all negotiable instruments issued by Coldstream Ministries ©, including but not limited to checks, bills of exchange, drafts, or other lawful tender, are unconditional ORDERS TO PAY as defined under the Uniform Commercial Code. These instruments are fiduciary in nature and constitute immediate settlement instructions.

Regions Bank, through its agents and officers, has unlawfully and without consent converted these unconditional orders to pay into unconditional PROMISES TO PAY, thereby monetizing and rehypothecating Coldstream Ministries' © lawful tender. This conversion constitutes breach of fiduciary duty, fraud, and commercial bad faith.

Said conversion has resulted in double-payment, unjust enrichment, and dishonor of the original orders, and is hereby recorded as evidence of commercial liability against Regions Bank and its officers. All such acts are deemed willful and knowing, as repeated notices and explanations have been provided to the bank.

So it is. Veritas Supra Omnia.

By: _____
Daman-Thomas: Caldwell — Executor & Trustee
Coldstream Ministries © — 508(c)(1)(A)
Secured Party & Executor — DAMAN THOMAS CALDWELL© TRUST
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

**FREEDOM OF INFORMATION ACT REQUEST**
PRIVATE & CONFIDENTIAL — Ecclesiastical Fiduciary Matter
Jurisdiction: Divine Law — Universal Law — Trust Law
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

Date: August 22, 2025
To: FOIA/Compliance Officer
Regions Bank — Legal & Compliance Department
1900 Fifth Avenue North

Birmingham, Alabama Republic

From:
Daman-Thomas: Caldwell — Executor & Trustee
Coldstream Ministries © — 508(c)(1)(A)
c/o 10020 Carolina Street
Bonita Springs, Florida Republic [Non-Domestic]

Subject: FOIA Request for Recorded Call Records — Rob Thompson, Officer, Regions Bank

Pursuant to the Freedom of Information Act (5 U.S.C. § 552), I am formally requesting full
disclosure of all recordings, transcripts, notes, and associated documentation related to
telephone communications between myself and Rob Thompson, an officer of Regions Bank,
on the following date(s):
- August 21, 2025, approximately 2:21 p.m. (call attempt).
- August 22, 2025, approximately 12:00 noon (call completed).


Rob Thompson confirmed on record that all calls are recorded. This FOIA request therefore
covers, but is not limited to:
- Audio recordings of the above-referenced calls.
- Written transcripts or summaries.
- Internal logs identifying the participants, dates, and times of the calls.
- Any notes or annotations made by Regions Bank staff in connection with these calls.


I am exercising my lawful right to access this information as it pertains directly to fiduciary
and commercial matters involving Coldstream Ministries © and the dishonor of Regions
Bank. This request is being made for lawful private purposes and will be maintained as part
of the Coldstream Ministries © fiduciary record.

Please provide these materials within the statutory time frame. If for any reason you contend that exemptions apply, you are required to identify the specific exemption(s) claimed and provide a written explanation justifying the withholding.

So it is. Veritas Supra Omnia.

By: _____

Daman-Thomas: Caldwell — Executor & Trustee
Coldstream Ministries © — 508(c)(1)(A)
Secured Party & Executor — DAMAN THOMAS CALDWELL© TRUST
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

9589 0710 5270 3527 1468 07

## Demand for Status Update – Negotiable Instrument Presented

Date: September 13, 2025
To: Legal/Compliance Department
Regions Bank
1900 Fifth Avenue ; Birmingham, Alabama Republic [352...

From: Jennifer-Leigh Caldwell
c/o 10020 Carolina Street
Bonita Springs, Florida Republic

Re: Demand for Status Update – $5,000,000 Negotiable I...

On August 14th, I presented to Regions Bank, Bonita Spr...
instrument in the sum certain of Five Million United Stat...
in full compliance with the Uniform Commercial Code § 3...
accepted by the branch manager and forwarded to your ...
processing, as well as sending an original Order to Pay to Regions Corporate Legal and
Compliance Division. As of the date of this letter, more than four weeks have elapsed
without any credit, return, or written notice of dishonor.

As you are aware, the Uniform Commercial Code governs the obligations of parties in
presentment and processing of negotiable instruments:
• UCC § 3-501(b)(2) requires that upon presentment the drawee must either pay, accept, or
return the instrument.
• UCC § 3-503 provides that dishonor occurs if timely payment or acceptance is not made.
• UCC § 3-505 requires that a bank provide notice of dishonor or return of the instrument
within a reasonable time.

In commercial banking practice, a 'reasonable time' for presentment and return is
ordinarily within 2–5 business days. The four-week delay in this matter is well outside
recognized standards.

Accordingly, I hereby demand a written update on the status of the negotiable instrument
presented, specifically:
1. Has it been accepted for deposit or settlement?
2. Has it been returned/dishonored?
3. If it is being held, under what authority or rule is it being withheld?

This demand must be answered in writing within ten (10) business days of receipt. Failure
to provide a timely and adequate response will be taken as confirmation that Regions Bank

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Birmingham, AL 35203

Certified Mail Fee   $5.30
$                              0407
Extra Services & Fees (check box, add fee as appropriate)   06
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____        Postmark
☐ Certified Mail Restricted Delivery $ _____        Here
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$      $0.78
Total Postage and Fees                    09/15/2025
$      $6.08
Sent To       *Demand Status $5M
Regions Bank / Legal & Compliance
Street and Apt. No., or PO Box No.
1900 Fifth Avenue North
City, State, ZIP+4
Birmingham, Alabama Republic [35203]

PS Form 3800, January 2023 PSN 7530-02-000-9047        See Reverse for Instructions

has accepted liability for failing to process the negotiable instrument in accordance with commercial standards and the Uniform Commercial Code.

All rights are reserved under UCC § 1-308, without prejudice and without recourse.

Truth Above All,

Jennifer-Leigh Caldwell, sui juris
Authorized Representative, Private Capacity

Case 2:25-cv-00993-KCD-DNF   Document 13-4   Filed 12/03/25   Page 157 of 163
daman-thomas :caldwell <dtctrust1975@gmail.com>
PageID 314

M Gmail

# Coldstream Ministries © — Private Resolution Option

2 messages

Fri, Aug 29 at 10:32 AM

**daman-thomas :caldwell** <dtctrust1975@gmail.com>
To: <rob.thompson@regions.com>

Rob,

This email is to place on record that Coldstream Ministries© Remains willing to resolve the present matter privately and an honor.

Regions Bank has already been served with fiduciary notices, levy, estoppel, and summary of dishonor. Liability is perfected and enforceable. However, in continued good faith I extend the following:

Coldstream Ministries © is prepared to resolve this matter under a private Non-Disclosure Agreement (NDA), Provided Regions correct it's fiduciary breaches, restores the trust account, and settles the perfected liability.

This option is extended ONCE AND ONLY ONCE, and in honor. It protects both parties:

1. Coldstream receives rightful Settlement and restoration.

2. Regions Bank avoids further escalation to Treasury enforcement, OCC oversight, and public exposure.

This opportunity exists SOLELY because I continue to operate in truth, honor, and remedy. Should Regions decline or ignore the record will reflect that every bridge to resolution was offered and dishonored.

( of 8/29/2025 Regions is still continuing to operate dishonorably by unlawful conversion and unjust enrichment through Coldstream Ministries © ecclesiastical trust. No correction has been made.) Govern yourselves accordingly.

Nation of Caldwell

Micro Nation Trust- Non-Domestic

Motto: Veritas Supra Omnia

Office of the DAMAN THOMAS CALDWELL TRUST ©
/s/ Daman-Thomas: Caldwell
Attorney-in-fact
UCC 1-308
All Rights Reserved - Private and Confidential

**daman-thomas :caldwell** <dtctrust1975@gmail.com>
To: Jen: Caldwell <aphrodite5250@gmail.com>

Fri, Aug 29 at 10:

[Quoted text hidden]

M Gmail

## Coldstream Ministries © — Private Resolution Option

2 messages

**daman-thomas :caldwell** <dtctrust1975@gmail.com>                    Fri, Aug 29 at 10:32 AM
To: <rob.thompson@regions.com>

Rob,

This email is to place on record that Coldstream Ministries© Remains willing to resolve the present matter privately and an honor.

Regions Bank has already been served with fiduciary notices, levy, estoppel, and summary of dishonor. Liability is perfected and enforceable. However, in continued good faith I extend the following:

Coldstream Ministries© is prepared to resolve this matter under a private Non-Disclosure Agreement (NDA), Provided Regions correct it's fiduciary breaches, restores the trust account, and settles the perfected liability.

This option is extended ONCE AND ONLY ONCE, and in honor. It protects both parties:

1. Coldstream receives rightful Settlement and restoration.

2. Regions Bank avoids further escalation to Treasury enforcement, OCC oversight, and public exposure.

This opportunity exists SOLELY because I continue to operate in truth, honor, and remedy. Should Regions decline or ignore, the record will reflect that every bridge to resolution was offered and dishonored.

(  of 8/29/2025 Regions is still continuing to operate dishonorably by unlawful conversion and unjust enrichment through Coldstream Ministries© ecclesiastical trust. No correction has been made.) Govern yourselves accordingly.


Nation of Caldwell

Micro Nation Trust- Non-Domestic

Motto: Veritas Supra Omnia

Office of the DAMAN THOMAS CALDWELL TRUST ©
/s/ Daman-Thomas: Caldwell
Attorney-in-fact
UCC 1-308
All Rights Reserved - Private and Confidential

---

**daman-thomas :caldwell** <dtctrust1975@gmail.com>                    Fri, Aug 29 at 10:32 AM
To: Jen: Caldwell <aphrodite5250@gmail.com>

[Quoted text hidden]

 Gmail

**Subject: URGENT: Regions Liability & Immediate Cure — Coldstream Ministries © (Acct 0356805217) / OCC Case CS0395167**

---

**daman-thomas :caldwell <dtctrust1975@gmail.com>**                                                    Tue, Sep 9 at 3:15 PM
To: <rob.thompson@regions.com>
Cc: <Roy.Scholl@regions.com>

Rob,

You asked that we communicate by email; we are doing so. As of today, September 9, 2025, there has been no substantive response, no fiduciary accounting, and no correction to the Coldstream Ministries © account (Acct 0356805217). The record now includes:

• Notices of Commercial Liability and Levy & Right to Cure (served and unrebutted)

• Final Administrative Judgment and Lien Expansion (unrebutted)

• Treasury presentment (Form 9814 + Credit Instructions) sent registered to Room 3413 on September 5, 2025

• OCC case opened: CS0395167 (additional identifiers provided September 3, 2025)

• Documented call avoidance and email non-responsiveness

Indemnification applies only when officers act in honor. Continued avoidance and refusal to provide fiduciary accounting places personal liability on the officers who have custody of this matter. You and Roy were noticed of this explicitly. This email is a final opportunity to cure in honor before further enforcement steps proceed.

Required actions, due by 4:00 PM ET on September 10, 2025:

1) Designate a responsible Regions officer as the single point of contact and confirm in writing.

2) Deliver a complete fiduciary accounting for Acct 0356805217, including: full ledger; images (front/back) of all instruments and endorsements; and clearing data (ACH/Fedwire trace numbers, settlement dates, returns).

3) Cease all double debits and unlawful conversions immediately and re-credit the Coldstream Ministries © account for any amounts removed via conversion.

4) Confirm in writing that all related call recordings and logs are preserved.

Nothing in this notice is a threat; it is a lawful demand for cure and performance. If Regions fails to meet the above by the time stated, the record will reflect continued dishonor, personal liability will remain attached, and we will proceed with the next enforcement actions already noticed.

Please reply to this email to confirm receipt and your plan of action.

Respectfully,

Daman-Thomas: Caldwell
Executor & Trustee — Coldstream Ministries ©

 Gmail

daman-thomas :caldwell <dtctrust1975@gmail.com>

## Notice of Intent to Sue
1 message

daman-thomas :caldwell <dtctrust1975@gmail.com>                    Fri, Sep 19, 2025 at 4:28 PM
To: rob.thompson@regions.com, roy.scholl@regions.com

This Notice of Intent to Sue is served upon you for your continued dishonor, failure to address lawful presentments, and refusal to provide a proper accounting of Coldstream Ministries© account activity. Your refusal of certified mail and ongoing obstruction is documented. You are hereby placed on record that further dishonor will result in immediate legal escalation, damages, and enforcement.

The attached Duty, Breach, and Damages Statement further outlines the liabilities now attaching personally and corporately to you. This matter is not resolved by silence, avoidance, or refusal. Silence operates as tacit acquiescence.

DUTY: Regions Bank, its officers, and employees had a duty to honor Coldstream Ministries©'s account instructions, respect all lawful commercial presentments, and safeguard trust property without conversion, double dipping, or obstruction.

BREACH: That duty has been breached through repeated dishonor, refusal to answer material questions, refusal of certified mail, failure to account for missing funds, and obstruction of proper remedy. These actions constitute unlawful conversion and violation of fiduciary responsibility.

DAMAGES: As a direct result of these breaches, Regions Bank, and specifically Rob Thompson and Roy Scholl, are now commercially liable for all damages, costs, penalties, and liens attached to this matter. Your actions (and inactions) have directly triggered liability in the tens of millions, expanding weekly until corrected.

Served by email per recipient's chosen channel; certified mail previously refused. Record established.

Veritas Supra Omnia,
/s/ Jennifer-Leigh: Caldwell
Trustee of Coldstream Ministries
All Rights Reserved, UCC 1-308

of 1

**Notice of Dishonor by Refusal**

Date: 9/12/2025

To: Regions Bank, Legal Department & Officers

From: COLDSTREAM MINISTRIES© / Daman-Thomas: Caldwell, Executor & Trustee

RE: Refusal of Estoppel Presentment – Constitutes Dishonor

This Notice is hereby placed into the record as an evidentiary addendum to prior presentments made by COLDSTREAM MINISTRIES©. A properly executed Final Estoppel and Administrative Judgment was duly tendered to Regions Bank by Certified/Registered Mail. The USPS record indicates that this mailing was REFUSED by the addressee or its agents.

Under commercial law, refusal of a properly tendered presentment constitutes dishonor. Accordingly, the estoppel stands perfected as though accepted, and liability attaches to Regions Bank, its officers, agents, and assigns for failure to cure within the allotted time.

EVIDENCE:

○ USPS green card/return slip showing refusal of delivery.

○ Envelope marked as refused, retained as proof of tender.

This Notice establishes the willful dishonor of Regions Bank regarding the estoppel. Combined with acceptance of the Notice of Levy, this refusal serves as conclusive evidence of bad faith and intentional obstruction.

All rights reserved, without prejudice, UCC 1-308.

By: _____

   Daman-Thomas: Caldwell, Executor & Trustee for COLDSTREAM MINISTRIES©

So it is. Veritas Supra Omnia.

MAILED
SEP 2 4 2025

## Cover Letter – Demand for Full Accounting

Date: September 2, 2025

To: Legal & Compliance Department
Regions Bank

Attn: Rob Thompson & Roy Scholl
Bonita Springs Branch

Via Certified Mail, Return Receipt Requested

Re: Coldstream Ministries© Fiduciary Account No. 0356805217 – Demand for Full
Accounting

Dear Sirs,

Enclosed please find a formal Demand for Full Accounting regarding the above-referenced
fiduciary account. This demand outlines specific requests for detailed ledger entries,
negotiable instrument copies, ACH/Fedwire traces, and reconciliation of all transactions
pertaining to Coldstream Ministries©.

This demand is issued in connection with ongoing concerns of unlawful conversion,
unauthorized double-debits, and failure to respect established fiduciary arrangements. You
are hereby instructed to respond within the timeframes indicated in the enclosed
document.

Please treat this matter with the utmost seriousness. Failure to provide a timely, complete,
and good-faith response will constitute further dishonor and attach additional commercial
liability to Regions Bank and its officers.

Respectfully,

Daman-Thomas: Caldwell
Executor & Trustee for Coldstream Ministries© Trust
All Rights Reserved – Without Prejudice – UCC 1-308

## Formal Demand for Full Accounting

Date: September 2, 2025

To:

Regions Bank – Legal & Compliance Department        9589 0710 5270 3527 1469 06
CC: Rob Thompson, Roy Scholl
CC: Corporation Service Company (Registered Agent for Regions Bank)
1201 Hayes St.
Tallahassee, FL 32301        9589 0710 5270 3527 1469 13

## Re: Formal Demand for Full Accounting — Coldstream Ministries© Fiduciary Account No. 0356805217

Dear Legal & Compliance Team,

This is a formal demand for a full and complete accounting of all financial activities related to Coldstream Ministries© Fiduciary Account No. 0356805217 from inception to present.

You are hereby ordered to provide, within ten (10) business days, a certified accounting ledger detailing the following:

1. All deposits, reposits, credits, debits, and internal transfers applied to the account, including originating source and end-point clearinghouse information.
2. All negotiable instruments (checks, wires, drafts, debit transactions) converted, negotiated, or reclassified — including scanned images, endorsements, and processing paths.
3. ACH and Fedwire trace reports, including originating financial institution (OFI) identifiers and receiving financial institution (RFI) identifiers.
4. Internal bank records of double-posting or 'recycling' entries, reflecting duplicate charges or unjust enrichment.
5. Communications and instructions between Regions Bank staff and outside clearinghouses, regulators, or counterparties concerning the account.
6. All fees, interest, and penalties assessed — with explanation of authority under which they were charged.
7. Ledger balances and reconciliation reports on a daily, monthly, and yearly basis.

Failure to provide this full accounting will serve as conclusive proof of concealment and dishonor and will trigger additional penalties under the perfected lien already attached against Regions Bank and its officers.

This is not a request. It is a demand in the capacity of Executor and Trustee for Coldstream Ministries©, holding perfected commercial lien rights and fully documented notices of dishonor.

Acknowledgment of this demand is required within 72 hours of receipt. Silence or delay will be construed as bad faith and continued dishonor.

Respectfully,

Daman-Thomas: Caldwell
Executor & Trustee — Coldstream Ministries©
All Rights Reserved — UCC 1-308, Without Prejudice

## Preservation / Litigation Hold Notice

Date: September 21, 2025

To: Regions Bank — Legal & Compliance Department

CC: rob.thompson@regions.com; roy.scholl@regions.com

To Whom It May Concern:

This notice requires immediate preservation of all records and evidence potentially relevant to Coldstream Ministries© v. Regions Bank (matter of dishonor, conversion, liens, notices of levy, and related enforcement). Coldstream Ministries© has served multiple notices, and litigation is now probable.

You are hereby placed on formal LITIGATION HOLD. Do not delete, alter, destroy, conceal, or dispose of any documents, data, recordings, or electronic information relevant to the matters described below. This includes, but is not limited to:
• All account ledgers, transaction histories, and posting logs for account #0356805217 and any related accounts.
• All scanned images and originals of deposited checks, negotiable instruments, PDSIs, and any presentments.
• All Fedwire / ACH traces and settlement messages for all items posted to or from the accounts.
• All emails, internal memos, compliance notes, call logs, mistreatment records, branch logs, and any communication referencing Coldstream, Coldstream Ministries©, Daman-Thomas Caldwell, or the matters at issue.
• All images or electronic captures of physical instruments and teller-scanned images.
• CCTV/branch camera footage covering teller/operations areas for days relevant to the disputed postings.
• Any correspondence with third parties (merchant acquirers, processors) related to debit card transactions tied to Coldstream.
• Custodial records and chain-of-custody documentation for any instruments or items moved into collections, presentment, or sale.

Preserve all metadata and system logs associated with the above. Preserve backups, archives, and disaster recovery copies. Preserve mobile device records and any personal email accounts (if used for business communications) of relevant employees (including Rob Thompson and Roy Scholl).

Please acknowledge receipt of this Preservation Notice in writing within 48 hours and confirm the assigned custodian(s) responsible for compliance.

This litigation hold is ongoing pending further written notice. Failure to comply with this preservation demand may constitute spoliation and will be used as evidence of willful concealment or obstruction.

Respectfully,

Daman-Thomas: Caldwell
Executor & Trustee — Coldstream Ministries©
All Rights Reserved — UCC 1-308

 Gmail

Exhibit C

**daman-thomas :caldwell <dtctrust1975@gmail.com>**

---

## Fwd: Fiduciary Responsibility and Improper Response

**daman-thomas :caldwell** <doccaldwell5250@gmail.com>                    Thu, Aug 28 at 12:19 PM
To: Daman: Thomas/Executor-TTEE <DTCTrust1975@gmail.com>

The Nation of Caldwell

Micro Nation Trust - Non-Domestic

Motto: Veritas Supra Omnia

Office of the DAMAN THOMAS CALDWELL TRUST © and Head of State for the Nation of Caldwell.
/s/ Daman-Thomas: Caldwell
Attorney-in-fact
UCC 1-308 ARR

Private and Confidential - All Rights Reserved

---------- Forwarded message ---------
From: **daman-thomas :caldwell** <doccaldwell5250@gmail.com>
Date: Thu, Aug 28, 2025 at 12:18 PM
Subject: Re: Fiduciary Responsibility and Improper Response
To: Roy W. Scholl <roy.scholl@regions.com>

Mr. Scholl,

Your email dated August 28, 2025 is acknowledged and entered into the record. However, your response is totally improper and constitutes further dishonor. My demand was not a subpoena nor a request as an outside party – it was a fiduciary accounting demand made in my capacity as executor and trustee for the Coldstream Ministries © trust account. Said account is deposit only, fiduciary only and non-customer in nature.

As executor and trustee, I am owed full transparency as to the whereabouts of trust funds debited by Regions Bank. To mis characterize this fiduciary demand as requiring a court filed subpoena is a bad faith obstruction, a concealment of funds, and a breach of fiduciary duty. Notice to agent is notice to principal. Notice to principal is notice to agent. This dishonor attaches liability to both the institution known as Regions Bank and to the individuals involved.

Let the record show:

1. Fiduciary accounting has now been demanded multiple times in honor.

2. Silence and obstruction have been the only response.

3. Commercial liability is perfected and expanded to $55,000,000 USD by expansion of already existing UCC 1 perfected lien on file with Florida Secured Transaction Registry.

Failure to immediately provide a complete fiduciary accounting will be incorporated into the final estoppel and administrative judgment now in process, and will be enforced without further notice through Treasury offset and commercial remedies.

1.    Nation of Caldwell

Micro Nation Trust - Non-Domestic

Motto: Veritas Supra Omnia

of the DAMAN-THOMAS-CALDWELL-TRUST © private State for the Nation of Caldwell
aman-Thomas: Caldwell
torney-in-fact
UCC 1-308 ARR

Private and Confidential - All Rights Reserved

On Thu, Aug 28, 2025 at 11:57 AM Roy W. Scholl <roy.scholl@regions.com> wrote:



August 28, 2025

**VIA EMAIL:**

Daman Thomas Caldwell

20 Carolina Street

Bonita Springs, FL 34135

**RE:**    **Daman Thomas Caldwell; Daman T Caldwell; Cold Stream Ministries; Rob Thompson**

**Our Record No.:  SUB-066523**

Dear Sir:

This letter serves as Regions Bank's ("Regions") official response to your request for information or subpoena recently served on Regions.  We are unable to provide you with any information responsive to your request for the reason indicated below:

We would need to be served with a subpoena filed in a court in order for the legal department to provide records.

Please contact me at 205-264-6300 or subpoena.questions@regions.com if you have any questions. Thank you.

Respectfully,

*Roy W. Scholl, IV*
Civil Team Leader
Subpoena Processing Group

Legal Department
Regions Bank

1900 5TH Avenue North

Birmingham, AL 35203

Phone (205) 305-3833

Email: Roy.Scholl@Regions.com

Mail Code: ALBH12304B

CONFIDENTIALITY NOTICE:  This email is for the sole use of the intended recipient and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, delete this email and notify the sender immediately by telephone (205-264-6300) or by electronic mail.

"Information within or attached to this email may contain Regulatory communications considered Confidential

Exhibit D

**Call Log – Regions Bank, Bonita Springs Branch**

Subject: Documenting repeated failed attempts to reach the Bonita Springs Regions Bank branch by telephone.

Contact Name Listed: Rob (no alternate point of contact provided)

22 August 2025

- Attempt 1: Called the Bonita branch. Phone rang continuously until the automated system intercepted. Message: "The caller is not accepting calls at this time." No human answered.

- Attempt 2: Called again later the same day. Same result—unanswered call, then system message.

29 August 2025 (Friday)

- Attempt 3: Called the Bonita branch. Again, the phone rang repeatedly until the automated system cut in with the same message: "The caller is not accepting calls at this time." No response from branch staff.

2 September 2025

- Attempt 4: Called once more. Identical result—phone rang without answer, then the system message. No staff member picked up the call.

Notes

- Historically, calls to this branch were answered in the past. The failure to respond on three separate dates is unusual and appears deliberate.

- No alternate contact information has been provided by Rob, leaving no other official communication channel open with this branch.

Acct# 0356805217



# STATE OF ALABAMA
## STATE BANKING DEPARTMENT



September 22, 2025

Mr. Daman Caldwell
10020 Carolina Street
Bonita Springs, Florida 34135

**Subject:**    **Your Complaint against Regions Bank**

Dear Mr. Caldwell:

We received your complaint on September 22, 2025, from the Office of the Comptroller of the Currency (OCC).

We asked Regions Bank to provide our office with documentation surrounding the issue and will contact you after we review their reply.

Sincerely,

Christie Gowan

Christie Gowan
Consumer Affairs Specialist

cc: Jessica Heberle, Florida Department of Financial Services

*This document is CONFIDENTIAL. It is Confidential Supervisory Information and the Property of the Alabama State Banking Department. This document is part of a Special Examination of the Department and subject to all the confidentiality restrictions contained in Alabama Code Sections 5-3A-3 and 5-3A-11. It is not subject to any subpoena other than a Grand Jury Subpoena issued to the Alabama State Banking Department. Disclosure of this document may be considered a Criminal Act.*

 **FDIC** Division of
Depositor and
Consumer Protection

National Center for Consumer & Depositor Assistance
1100 Walnut Street, Box #11
Kansas City, Missouri 64106
Toll Free: (877) 275-3342

September 22, 2025
Ref. No. 01932900

Daman Thomas
10020 Carolina Street
Bonita Springs, FL 34135

Re: Regions Bank

Dear Daman Thomas:

Thank you for your correspondence, which was received by the FDIC's Consumer Response Unit.

The FDIC's mission is to ensure the stability of and public confidence in the nation's financial system. To achieve this goal, the FDIC has insured deposits and promoted safe and sound banking practices since 1933. We are responsible for supervising state-chartered, FDIC-insured institutions that are not members of the Federal Reserve System.

Based on our review of your correspondence, the entity you referenced is under the direct supervision of the **Federal Reserve.** We are closing your case and forwarding a copy of your correspondence to **Federal Reserve** at the address below:

**Federal Reserve**
**PO Box 1200**
**Minneapolis, MN 55480**
**Website: www.federalreserveconsumerhelp.gov**
**Telephone: 1-888-851-1920**

Please direct any future concerns to the **Federal Reserve.** Thank you for taking the time to submit your correspondence.

Sincerely,
Consumer Response Unit
National Center for Consumer and Depositor Assistance



# FEDERAL RESERVE
# CONSUMER HELP

September 23, 2025

Daman T. Caldwell
10020 Carolina St
Bonita Springs, FL 34135

Dear Daman T. Caldwell:

This letter is to acknowledge our receipt of your correspondence on September 19 and 22, 2025.

We have forwarded your correspondence to the Federal Reserve Bank of Atlanta (Reserve Bank). Reserve Bank staff will review and refer your complaint to the financial institution you identified. You can expect a response directly from the financial institution named in your complaint or the Reserve Bank within 60 days. However, some complaints could take longer. All complaints are considered in the Federal Reserve's ongoing supervision of the institution.

Our authority includes federal consumer protection banking laws and regulations for the institutions we supervise. If the issues you raised involve business or trust accounts or are not addressed by any federal consumer protection banking laws or regulations, your complaint will be referred to the Reserve Bank supervisory staff responsible for oversight of the bank. If the supervisory staff needs to discuss the concerns you raised in your correspondence, they may contact you separately.

Please understand that we do not have the authority to resolve all types of problems and the Federal Reserve does not opine on issues or circumstances that have been or are currently in litigation. If you believe that you have a private cause of action, you may wish to seek the advice of legal counsel or law enforcement.

Thank you for taking the time to contact us regarding your concerns.

Sincerely,
Federal Reserve Consumer Help Center

## Declaration of Retaliatory Harm

Trust: COLDSTREAM MINISTRIES©

Executor & Trustee: Daman-Thomas: Caldwell

Date: September 25, 2025

---

I, Daman-Thomas: Caldwell, acting in the capacity of Executor and Trustee for COLDSTREAM MINISTRIES©, do hereby declare the following:

1. Regions Bank, already under perfected lien and subject to multiple notices of dishonor, has further escalated their dishonor by closing the COLDSTREAM MINISTRIES© account on September 25, 2025.

2. This retaliatory closure constitutes clear evidence of bad faith, unlawful conversion of negotiable instruments, and ongoing commercial harm to both myself and the Trust Estate.

3. Said closure and the bank's pattern of dishonor have been duly recorded as Exhibit F, with supporting communications, emails, and mailed correspondence appended as Exhibits F-1 and F-2.

4. This declaration shall serve as irrefutable evidence of retaliatory harm and shall be incorporated into the Final Estoppel and Administrative Judgment for enforcement, preservation, and escalation to the appropriate regulatory and fiduciary authorities.

So it is. Veritas Supra Omnia.

Daman-Thomas: Caldwell, Executor & Trustee

COLDSTREAM MINISTRIES©

Gmail

daman-thomas :caldwell <doccaldwell5250@gmail.com>

---

**O...ne Account Access Locked**

---

**Regions Bank** <Alerts@alert.regions.com>
To: doccaldwell5250@gmail.com <doccaldwell5250@gmail.com>

Thu, Sep 25 at 12:15 PM



JENNIFER CALDWELL

# Online Account Access Locked

For security reasons, your login access to Regions Online Banking and the Regions Mobile app[1] is now locked. This can happen after multiple attempts to log in with an incorrect password, or because we detect other suspicious or unusual account activity.

> ⓘ   If you believe you may be a victim of fraud or have additional information that may assist us in resolving this matter, call us at **800-417-2859** or visit a Regions branch location.

*Please note:* If you are enrolled in Online Statements, you may not be able to retrieve your statements until your login access is restored. Payments or transfers already scheduled using Online Banking or the mobile app may not be affected while your access is restricted, unless your account is not in good standing or has been impacted by fraud. If you have questions about statements or scheduled transactions, please contact us or visit a Regions branch.

We apologize for any inconvenience this may cause. Rest assured your account security is always our top priority. Visit regions.com to **learn more about Regions Online Banking security**.

**Beware of common schemes fraudsters use when attempting to access your accounts:**

- Callers who claim to be technical support and instruct you to log in to an account while they are on the phone or screen sharing.

- Applications installed on your phone intended to allow someone access to your device.
- Requests to send payment — through methods such as apps, gift cards, or cryptocurrency — prior to receiving goods or services purchased from someone you don't know.
- Callers who encourage you to send a new transaction or who refer to a payment or charge "reversal" they claim will correct an unauthorized transaction.

Stay up to date on more ways you can protect yourself from fraud at regions.com/fraudprevention.

[1] *Use of the mobile app requires enrollment in Online Banking and a compatible device. Your mobile carrier's message and data fees may apply.*

**Service Email:** This is a service email from Regions Bank. Please note that you may receive service emails periodically, whether or not you elect to receive promotional emails.

**Contacting Us:** Please do not reply to this email. If you have a question about your account, log in to Online Banking to send a secure message, or **contact us by phone**.

**Privacy and Security:** The privacy and security of your information is a top priority at Regions. For an explanation of how we manage your information, please read our **Privacy Pledge**.

- As a reminder, we will never contact you via email or text message requesting your financial or personally identifiable information, such as an account number, PIN, Social Security number or tax ID number, unless we provide you with a secure method for transmitting the information. You should not provide financial or personally identifiable information electronically without using a secure link or other secure method of transmission that we provide. If you believe you are a victim of fraud or have been the recipient of suspicious communication, call Regions immediately at **800-295-8472** or forward any suspicious email to **phishing@regions.com**.
- For more information, please read our **privacy and security policies**.

**Regions Bank 1900 5th Avenue North, Birmingham, AL 35203**

©2025 Regions Bank | Equal Housing Lender | Member FDIC | 1-800-REGIONS

Regions and the Regions logo are registered trademarks of Regions Bank. The LifeGreen color is a trademark of Regions Bank.



EQUAL HOUSING LENDER

**Email ID:** de06353b-0601-4820-b172-3e31a8759feb

## Exhibit F — Declaration of Retaliatory Harm – Evidence of Account Closure

This Exhibit documents Regions Bank's retaliatory action taken on September 25, 2025, in direct response to Coldstream Ministries' © Notice of Intent to Sue.

1. On September 25, 2025, at 11:53 AM, Regions Bank received the Notice of Intent to Sue issued by Coldstream Ministries © (via certified delivery/email).
2. On the same date, at 12:16 PM, Regions Bank issued an email confirming closure of the Coldstream Ministries © fiduciary trust account.
3. The proximity in time between the Notice of Intent and the account closure (23 minutes apart) constitutes clear evidence of retaliatory harm, obstruction of remedy, and concealment of fiduciary records.

This exhibit demonstrates that Regions Bank's closure of the account was not coincidental but was a direct act of retaliation triggered by lawful enforcement action. Such conduct constitutes dishonor, bad faith, and further compounds liability already perfected in the record.

Respectfully entered into the record,

Daman-Thomas: Caldwell
Executor & Trustee — Coldstream Ministries ©
Nation of Caldwell — Micro Nation Trust — Non-Domestic
Motto: Veritas Supra Omnia

## Exhibit G – Declaration of SSN Misuse

Trust: COLDSTREAM MINISTRIES©

Executor & Trustee: Daman-Thomas: Caldwell

Date: September 25, 2025

---

I, Daman-Thomas: Caldwell, Executor and Trustee of COLDSTREAM MINISTRIES©, do hereby declare and place on the record the following:

1. Regions Bank has unlawfully and without consent attached the Social Security Number ending in 9936, which pertains to my sole proprietorship, to the ecclesiastical account of COLDSTREAM MINISTRIES©, which was lawfully established under its own 37 EIN.

2. This act constitutes commingling of public identifiers (SSN) with private ecclesiastical trust identifiers (EIN), and unlawfully attempts to draw the private trust estate into public jurisdiction.

3. Such action amounts to identity misuse, unauthorized suretyship, and constructive fraud by Regions Bank, further evidencing their dishonor and retaliatory practices.

4. This misuse explains the bank's repeated acts of double-dipping and unlawful conversion of negotiable instruments, as they have sought to process trust transactions through the SSN debtor system rather than respecting the independent ecclesiastical trust structure.

5. Accordingly, this Declaration is entered into the evidentiary record as Exhibit G to the Final Estoppel and Administrative Judgment, and notice will be directed to all relevant oversight bodies, including but not limited to the OCC, Federal Reserve Board, and Alabama State Banking Department.

So it is. Veritas Supra Omnia.

Daman-Thomas: Caldwell, Executor & Trustee

COLDSTREAM MINISTRIES©

## Exhibit H: Modern Money Mechanics – Jury Excerpts

This exhibit contains selected excerpts from the Federal Reserve publication *Modern Money Mechanics*, simplified and explained for presentation before a jury. These passages are included to demonstrate how banks create money, how they handle negotiable instruments, and why the claims made in this case are grounded in the banking system's own documentation.

### Excerpt 1: Who Creates Money?

Original Text:
"The actual process of money creation takes place primarily in banks. Changes in the quantity of money may originate with actions of the Federal Reserve System (the central bank), depository institutions (principally commercial banks), or the public."

Plain Explanation for Jury:
This means that commercial banks—not just the Federal Reserve—actually create money. They do it when they accept deposits and issue credits. In other words, banks like Regions themselves play a direct role in creating money by turning credit or deposits into what the public uses as money.

### Excerpt 2: Bank Deposits – How They Expand or Contract

Original Text:
"Banks are required to maintain reserves equal to only a fraction of their deposits. What they do when they make loans is to accept promissory notes in exchange for credits to the borrowers' transaction accounts. Loans (assets) and deposits (liabilities) both rise by the same amount. But the deposit credits constitute new additions to the total deposits of the banking system."

Plain Explanation for Jury:
Here, the Federal Reserve is openly stating that banks create money by taking loan agreements or promissory notes and turning them into deposit credits in customer accounts. This process shows that banks are not simply lending out existing money—they are creating new money in the form of deposit credits. This directly supports the claim that banks convert negotiable instruments into assets for themselves while crediting the borrower's account.

### Excerpt Index

| Excerpt | Source Section | Key Point for Jury |
| --- | --- | --- |
| Excerpt 1: Who Creates Money? | Introduction / First Chapter | Banks themselves create money via deposit credit. |
| Excerpt 2: Bank Deposits – Expansion/Contraction | Chapter on Deposits | Loans and promissory notes become new deposit |

credits.

**Certification:**
This Exhibit is attached to and incorporated into the Final Estoppel and Administrative Judgment as Exhibit H, and forms part of the complete evidentiary record.

**Daman-Thomas: Caldwell, Executor & Trustee**
**COLDSTREAM MINISTRIES©**

**\*Veritas Supra Omnia – Truth Over Everything\***

**All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit — ARR**

## Exhibit I — Declaration of Internal Account Notation

This Exhibit is prepared for Jennifer-Leigh: Caldwell to formally document her observation of Regions Bank's internal account notation regarding Coldstream Ministries' © account.

On September 26th, 2025 at approximately 2:00 pm, while present at the Regions Bank branch, Jennifer observed the teller's computer screen. Displayed in red letters on Coldstream Ministries' © account was the following notation:

"AUTO CLOSE ACCOUNT. DO NOT REMOVE."

This observation confirms that Regions Bank's closure of the account was not incidental or discretionary, but was deliberately locked into their system by higher authority. The instruction 'Do Not Remove' evidences that the closure was intended to be permanent and not subject to reversal by local branch staff.

Impact of this observation:

1. **Retaliation** — The account closure occurred the same day (within 23 minutes) of Coldstream Ministries' © Notice of Intent to Sue, establishing retaliatory conduct.
2. **Concealment** — By issuing a system-level 'Auto Close,' Regions obstructed access to fiduciary records and funds.
3. **Dishonor** — This act compounds Regions' dishonor and liability, already perfected in the record.
4. **Bad Faith** — The notation 'Do Not Remove' eliminates the possibility of error or accident, proving deliberate misconduct.

Declaration for the record:

"On September 26th, 2025 at approximately 2:00 pm, I observed the teller's computer screen at Regions Bank, Bonita Springs, Florida. In red lettering, the screen displayed the notation: 'AUTO CLOSE ACCOUNT. DO NOT REMOVE' in reference to Coldstream Ministries' © account. I affirm this observation to be true and correct under penalty of perjury. This notation constitutes evidence of deliberate retaliation, concealment, and obstruction of fiduciary remedy."

So it is. Veritas Supra Omnia.

By: _____

Jennifer-Leigh: Caldwell ARR UCC 1-308
Witness/Executor — Coldstream Ministries ©

INTERNAL FR/OFFICIAL USE // SECURE EXTERNAL

DEPARTMENT OF SUPERVISION AND REGULATION



**Federal Reserve
Bank *of* Atlanta**
*Consumer Complaints*
1000 Peachtree Street, N.E.
Atlanta, Georgia 30309-4470
888.342.5133 Ext. 7166 (phone)
404.498.7302 (fax)
ConsumerQuestions@atl.frb.org

November 5, 2025

Coldstream Ministries
C/O Daman Thomas Caldwell
10020 Carolina Street
Bonita Springs, FL  34135

Dear Mr. Caldwell,

This letter is in response to the complaint you submitted regarding Regions Bank, Birmingham, AL (Regions). In your correspondence, you stated that Regions engaged in repeated fiduciary breaches, dishonor of negotiable instruments, and ongoing conversion of trust property belonging to Coldstream Ministries.

As part of our consumer complaint investigation process, we shared a copy of your complaint with management of the bank requesting a written response addressing your concerns.  We also verified the relevant documentation provided to determine if the bank's response addressed those concerns.

Our review of the information provided by you and Regions concluded that the concerns you raised in your complaint are factual disputes and outside the regulatory authority of the Federal Reserve.  Please understand that although we investigate all complaints involving the banks that we regulate, we do not have the authority to resolve all types of problems.  For example, we are unable to resolve contractual disputes, undocumented factual disputes, or disagreements about bank policies and procedures regulated by state and contract law.

We consider your complaint closed.  If you believe that you have a private cause of action, you may wish to seek the advice of legal counsel.

Sincerely,

Consumer Complaints

J

Page 1 of 1