# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| COLDSTREAM MINISTRIES©, a Private Ecclesiastical Trust, by and through Trustees, Daman-Thomas: Caldwell, and Jennifer-Leigh:Caldwell, Trustee<br>Plaintiff,<br><br>v.<br><br>REGIONS BANK, N.A.,<br>Defendant. | Case No. 2:25-cv-00993 |

## PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

THIS CAUSE came before the Court upon Plaintiff COLDSTREAM MINISTRIES©'s Motion for Summary Judgment, filed pursuant to Rule 56 of the Federal Rules of Civil Procedure. Upon review of the motion, supporting exhibits, and the entire record, and it appearing that there are no genuine issues of material fact and that Plaintiff is entitled to judgment as a matter of law, the Court hereby ORDERS AND ADJUDGES as follows:

1. Plaintiff's Motion for Summary Judgment is GRANTED.

2. Judgment is hereby ENTERED in favor of Plaintiff COLDSTREAM MINISTRIES© and against Defendant REGIONS BANK, N.A.

3. Plaintiff is awarded damages in the total amount of FIFTY-FIVE MILLION DOLLARS ($55,000,000.00), together with post-judgment interest and taxable costs.

4. The Private Administrative Judgment perfected by Plaintiff is recognized as evidentiary support of liability and incorporated herein by reference.

5. The Clerk is directed to enter final judgment accordingly and CLOSE this case.

DONE AND ORDERED in Fort Myers, Florida, this ___ day of _____, 2025.

_____
Hon. Kyle C. Dudek
United States Magistrate Judge