## EXHIBIT LIST – CASE BUILDING

Daman-Thomas Caldwell & Jennifer-Leigh Caldwell v. Regions Bank, N.A.

United States District Court, Middle District of Florida, Fort Myers Division

### Exhibit A
Title / Description:
$5,000,000 Private Debt Settlement Instrument (PDSI)

Summary of Evidentiary Value:
Copy of the private settlement instrument tendered for discharge; establishes lawful tender, Regions' fiduciary obligations, and the start of the commercial duty to account and reconcile.

### Exhibit B
Title / Description:
Notice of Conversion & Double Payment

Summary of Evidentiary Value:
Written notification to Regions identifying conversion of the instrument and improper double-crediting; serves as formal notice of breach.

### Exhibit C
Title / Description:
Email to Rob Thompson – Notice of Conversion

Summary of Evidentiary Value:
Demonstrates Regions' receipt of the conversion notice; establishes knowledge and corporate awareness of the issue.

### Exhibit D
Title / Description:
Declaration of Unlawful Conversion of Negotiable Instruments

Summary of Evidentiary Value:
Sworn declaration documenting Regions' breach and unlawful conversion; forms foundation for damages, liability, and administrative default.

**Exhibit E**

Title / Description:
Email to Rob Thompson – NDA Resolution Offer

Summary of Evidentiary Value:
Shows Plaintiffs' good-faith attempt to resolve the dispute privately; relevant to mitigation and refusal to cure.

**Exhibit F**

Title / Description:
Summary of Regions Bank's Dishonor & Breach of Fiduciary Duty – Notice

Summary of Evidentiary Value:
Consolidated summary of dishonor and fiduciary breaches; outlines Regions' ongoing misconduct.

**Exhibit G**

Title / Description:
Email to Rob Thompson – Immediate Corrective Action Required

Summary of Evidentiary Value:
Direct demand for remedy and reversal; shows continued non-performance and refusal to cure.

**Exhibit H**

Title / Description:
Demand for Status – Negotiable Instrument & Notice of Dishonor/Refusal

Summary of Evidentiary Value:
Formal request for accounting; evidences Regions' failure to reconcile and refusal to comply with fiduciary duties.

**Exhibit I**

Title / Description:
Email to Rob Thompson & Roy Scholl – Notice of Intent to Sue

Summary of Evidentiary Value:
Confirms legal notice to corporate officers; anchors the retaliation timeline.

### Exhibit J
Title / Description:
Certified Mailing – Proof of Service for Notice of Intent to Sue

Summary of Evidentiary Value:
USPS record showing delivery at 11:53 a.m.; establishes timing relative to account lockout.

### Exhibit K
Title / Description:
Demand for Full Accounting & Preservation of Records / Litigation Hold Notice

Summary of Evidentiary Value:
Invokes Regions' duty to preserve records; relevant to spoliation, discovery, and fiduciary obligations.

### Exhibit L
Title / Description:
Online Portal Lockout – Screenshot (iPhone)

Summary of Evidentiary Value:
Screenshot showing the account locked within 23 minutes of receiving the Notice of Intent to Sue; critical retaliation evidence.

### Exhibit M
Title / Description:
Trust Minutes Entry – Call with Stuart Abolski, VP of Corporate Services

Summary of Evidentiary Value:
Confirms Regions' acknowledgement of dispute and their refusal to clarify or cure post-lockout.

### Exhibit N
Title / Description:
Notice of Confirmation and Demand for Clarification

**Summary of Evidentiary Value:**
Shows continued dishonor and failure to cure after notice and opportunity.

**Exhibit O**
Title / Description:
USPS Letter – Notice of Account Closure / Service Termination

**Summary of Evidentiary Value:**
Unsigned letter scheduling account closure for October 8, 2025; evidences retaliatory intent and deprivation of property.