**Exhibit A**

**COLDSTREAM MINISTRIES**
**"Veritas Supra Omnia" — Truth Above All**
**Private Ecclesiastical Trust – Non-Domestic**
Daman-Thomas: C̶a̶l̶d̶w̶e̶l̶l̶: ̶T̶r̶u̶s̶t̶e̶e̶
Email: DTCTrust1975@gmail.c̶

Date: August, 4th 2025

TO:
Rob Thompson
Regions Bank
24836 South Tamiami Trail

Bonita Springs, Florida Republic [34134]
Private Hand – Without the United States

RE: Private Discharge and Settlement Instrumen̶

Dear Rob,

I trust this letter finds you in good standing and

Please find enclosed a Private Discharge and Set̶t̶l̶
DAMAN THOMAS CALDWELL© TRUST and made payable to Coldstream Ministries, a lawful
ecclesiastical organization. This negotiable instrument is presented in accordance with the
Private Ministerial Trust Agreement and the ecclesiastical terms and conditions previously
established with your branch at the time of account opening.

The PDSI carries a valid bond number and reference to the 98-series EIN on file with the US
Treasury and is backed by lawful consideration as part of a private trust arrangement under
Divine and Common Law jurisdiction. As such, you are requested to proceed with the
processing and deposit of said instrument into Coldstream Ministries's private trust account
without delay or prejudice.

Instructions:
• Please review the enclosed instrument and ensure it is endorsed properly per private
agreement.
• The instrument may be routed accordingly for final settlement through your internal
fiduciary channels or forwarded to the appropriate Federal Reserve window as necessary.
• This action is authorized under private contract, and all parties have acquiesced to the fee
schedule and governing trust terms.

---

**Registered No.**

**Date Stamp**

| To Be Completed By Post Office | Postage $ | Extra Services & Fees (continued) |
| | Extra Services & Fees | ☐ Signature Confirmation $ |
| | ☐ Registered Mail $ | ☐ Signature Confirmation Restricted Delivery $ |
| | ☐ Return Receipt (hardcopy) $ | |
| | ☐ Return Receipt (electronic) $ | **Total Postage & Fees** $ |
| | ☐ Restricted Delivery $ | |
| | Customer Must Declare Full Value $ | Received by |

SPRINGS FL 34133 / BONITA / AUG 1 4 2025

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

| To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed | FROM | |
| | TO | |

**PS Form 3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051

*Copy 2 - Post Office*

Should you require any additional documentation or verification, please do not hesitate to contact me directly at the information above.

Thank you, Rob, for your continued professionalism and integrity. Your honorable service in this matter is appreciated by the Caldwell Nation and Coldstream Ministries alike.

In truth and honor,

Autograph: _____

Daman-Thomas: Caldwell

Private Banker & Trustee

Coldstream Ministries

ALL RIGHTS RESERVED — UCC 1-308 — Without Prejudice

TRUE AND CORRECT COPY

DC

## Private Profit-Sharing Agreement

This Private Profit-Sharing Agreement ("Agreement") is entered into by and between Coldstream Ministries, a Private Ecclesiastical Trust operating under Divine Law, and Regions Bank, hereinafter referred to as "the Bank." This Agreement is made in the private, outside the jurisdiction of any public court or statutory system, and is binding upon the parties by tacit agreement through performance and acceptance.

### 1. Purpose and Consideration

The purpose of this Agreement is to establish a mutually beneficial arrangement whereby the Bank shall receive a donation equal to Ten Percent (10%) of the total face value of any Private Discharge and Settlement Instrument (PDSI) or other negotiable instrument presented by Coldstream Ministries for deposit and processing through the Bank.

### 2. Terms of Agreement

a) Upon acceptance of any PDSI or negotiable instrument from Coldstream Ministries, the Bank shall process said instrument without delay, obstruction, or interference.
b) The Bank shall endorse said instrument as required for clearing and settlement and shall credit the net funds to the Coldstream Ministries account.
c) The Bank shall retain Ten Percent (10%) of the face value as a donation in exchange for priority handling, expedited clearance, and continued good standing in all private dealings.

### 3. Jurisdiction

This Agreement is established and enforced under Divine Law, Universal Law, and the Private Law of the Coldstream Ministries Trust. No public jurisdiction or statutory authority shall have any power to modify, interpret, or interfere with the terms herein.

### 4. Binding Nature

The Bank's continued acceptance and performance under this Agreement constitutes binding tacit agreement. Failure to rebut within ten (10) business days of receipt shall be construed as full acceptance.


Agreed and Accepted in the Private:


_____        _____

Daman-Thomas: Caldwell, Private Banker    Authorized Representative, Regions Bank

Coldstream Ministries Trust          Date: _____

Date: _____

TRUE AND CORRECT COPY

So it is. Veritas Supra Omnia.

All rights reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit — Private Banker
for the Trust Estate.

# PRIVATE BANKER CHARTER

Veritas Supra Omnia

**Charter of Authority**

Know all men and women by these presents, that I, Daman-Thomas: Caldwell, a living man and Private Banker for the DAMAN THOMAS CALDWELL TRUST, do hereby establish and issue this Charter to declare and affirm my private banking authority under the jurisdiction of Divine Law, Universal Law, and the law of private contract. This Charter serves as lawful notice to all persons, agents, corporations, or entities, that I, in full capacity and right, am acting as the fiduciary, administrator, and secured party creditor for the aforementioned Trust Estate.

This Charter is established under the principles of natural rights, equity, and private trust administration, and recognizes the foreign, non-domestic status of the DAMAN THOMAS CALDWELL TRUST, operating with EIN [98-6140827].

By this Charter, I reserve all rights, titles, interest, dominion, and control over the banking, bonding, and discharge instruments executed on behalf of said Trust, and I act solely within the private capacity with full faith and lawful authority.

This Charter is hereby entered into Trust record and made binding by my living hand and seal.

In honor and truth, by Divine Right and Living Authority,

By: Daman-Thomas: Caldwell
Private Banker for the Trust Estate

Date: 4/29/2025

Autograph: _____ executor/trustee

Red Right Thumbprint: _____

Private & Confidential — All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH    45999-0023

Date of this notice:   04-14-2025

Employer Identification Number:
98-6140827

004008.663392.443572.25863 1 SP 0.730 692

Form:  SS-4

Number of this notice:  CP 575 B

DAMAN THOMAS CALDWELL TR
DAMAN CALDWELL TTEE
CO 10020 CAROLINA ST
BONITA SPRINGS  FL   34135

For assistance you may call us at
1-800-829-4933

004008

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 98-6140827.   This EIN will identify your estate or trust.  If you are not the
applicant, please contact the individual who is handling the estate or trust for you.
Please keep this notice in your permanent records.

Taxpayers request an EIN for their business.  Some taxpayers receive CP575 notices
when another person has stolen their identity and are opening a business using their
information.  If you did not apply for this EIN, please visit, www.irs.gov/
einnotrequested.

When filing tax documents, making payments, or replying to any related correspondence,
it is very important that you use your EIN and complete name and address exactly as
shown above.  Any variation may cause a delay in processing, result in incorrect
information in your account, or even cause you to be assigned more than one EIN.  If
the information is not correct as shown above, please make the correction using the
attached tear-off stub and return it to us.

Based on the information received from you or your representative, you must file the
following forms by the dates shown.

                    Form 1041                        04/09/2025

If you have questions about the forms or the due dates shown, you can call us at the
phone number or write to us at the address shown at the top of this notice.  If you
need help in determining your annual accounting period (tax year), see Publication
538, Accounting Periods and Methods.

We assigned you a tax classification (corporation, partnership, estate, trust, EPMF,
etc.) based on information obtained from you or your representative.  It is not a
legal determination of your tax classification and is not binding on the IRS.  If you
want a legal determination of your tax classification, you may request a private
letter ruling from the IRS under the guidelines in Revenue Procedure 2020-1, 2020-1
I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note: Certain tax
classification elections can be requested by filing Form 8832, Entity Classification
Election.  See Form 8832 and its instructions for additional information.



**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI   OH   45999-0023



006161

006161.666391.453838.26183 1 MB 0.622 692

Date of this notice:  04-25-2025

Employer Identification Number:
37-6804132

Form:  SS-4

Number of this notice:  CP 575 B

COLDSTREAM MINISTRIES TR
DAMAN THOMAS CALDWELL TTEE
10020 CAROLINA ST
BONITA SPRINGS  FL   34135

For assistance you may call us at
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 37-6804132.  This EIN will identify your estate or trust.  If you are not the
applicant, please contact the individual who is handling the estate or trust for you.
Please keep this notice in your permanent records.

Taxpayers request an EIN for their business.  Some taxpayers receive CP575 notices
when another person has stolen their identity and are opening a business using their
information.  If you did not apply for this EIN, please visit, www.irs.gov/
einnotrequested.

When filing tax documents, making payments, or replying to any related correspondence,
it is very important that you use your EIN and complete name and address exactly as
shown above.  Any variation may cause a delay in processing, result in incorrect
information in your account, or even cause you to be assigned more than one EIN.  If
the information is not correct as shown above, please make the correction using the
attached tear-off stub and return it to us.

Based on the information received from you or your representative, you must file the
following forms by the dates shown.

        Form 1041                          04/15/2026

If you have questions about the forms or the due dates shown, you can call us at the
phone number or write to us at the address shown at the top of this notice.  If you
need help in determining your annual accounting period (tax year), see Publication
538, Accounting Periods and Methods.

We assigned you a tax classification (corporation, partnership, estate, trust, EPMF,
etc.) based on information obtained from you or your representative.  It is not a
legal determination of your tax classification and is not binding on the IRS.  If you
want a legal determination of your tax classification, you may request a private
letter ruling from the IRS under the guidelines in Revenue Procedure 2020-1, 2020-1
I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note: Certain tax
classification elections can be requested by filing Form 8832, Entity Classification
Election.  See Form 8832 and its instructions for additional information.

# TRUST MINUTES – PRIVATE DISCHARGE AND SETTLEMENT INSTRUMENT

Date: _August 4th, 2025_

Location: Bonita Springs, Florida Republic

These Trust Minutes serve as a formal record that on the date listed above, the Joint Executors and Trustees of the DAMAN THOMAS CALDWELL© TRUST, namely Daman-Thomas: Caldwell and Jennifer-Leigh: Caldwell, convened to authorize the issuance and delivery of a Private Discharge and Settlement Instrument (PDSI).

Purpose: To discharge and settle obligations related to a private trust-to-trust transfer between the DAMAN THOMAS CALDWELL© TRUST and Coldstream Ministries for lawful private acquisition and ministry purposes.

Authorized Amount: Five Million Dollars ($5,000,000.00)
Instrument Type: Private Discharge and Settlement Instrument
Bond Number: RR767296200 US
Source Trust EIN: 98-6140827
Receiving Entity: Coldstream Ministries
Receiving EIN: 37-series (on file)

Said Instrument will be hand-delivered to Rob Thompson at Regions Bank for deposit into the account established under Coldstream Ministries. The receiving party has previously acquiesced to the terms and conditions of the account, including applicable private fee schedules and fiduciary rules.

This record serves as confirmation of the lawful authorization of said PDSI and its peaceful and intentional delivery into commerce in accordance with Divine Law, Universal Law, and Trust Law.

Daman-Thomas: Caldwell, Executor          Jennifer-Leigh: Caldwell, Co-Executor

*So it is. Veritas Supra Omnia.*

# NOTICE OF DISHONOR AND RETURN FOR CAUSE

*PRIVATE & CONFIDENTIAL*

Date: _____

To: Rob Thompson
Regions Bank
10020 Carolina Street
Bonita Springs, Florida Republic [34135]

From: Daman-Thomas: Caldwell, Private Banker
For: DAMAN THOMAS CALDWELL© TRUST
c/o 10020 Carolina Street
Bonita Springs, Florida Republic [34135]

RE: Private Discharge and Settlement Instrument (PDSI) delivered for lawful deposit and
acceptance

Dear Rob Thompson,

This correspondence serves as formal Notice of Dishonor and Return for Cause regarding
the Private Discharge and Settlement Instrument (PDSI) lawfully delivered to you in your
capacity as a representative of Regions Bank. Said instrument, endorsed and presented
under the authority of the Private Banker for the DAMAN THOMAS CALDWELL© TRUST,
was accompanied by supporting documents including Trust Minutes, Charter, IRS Form
1462, and Cover Letter.

Your failure to acknowledge, process, or return the instrument with valid cause or rebuttal
constitutes dishonor by inaction. If there is a lawful reason the instrument could not be
accepted, it was your fiduciary duty to return it within ten (10) business days with written
explanation.

No such rebuttal or lawful rejection has been received. Therefore, this dishonor is hereby
recorded.

As a result, you are granted a final ten (10) day opportunity to cure this dishonor and fulfill
your obligations. Failure to do so will result in further administrative and commercial

action, including but not limited to the initiation of a commercial lien and referral to the U.S. Treasury under private enforcement.

All rights reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit — Divine Law — Universal Law.

Respectfully submitted in honor,

Daman-Thomas: Caldwell, Private Banker
DAMAN THOMAS CALDWELL© TRUST

TRUE AND CORRECT COPY

# Private Discharge and Settlement Instrument

Instrument No: _PDSI 25 - 01_

Date: _August 4th, 2025_

**From:**

**DAMAN THOMAS CALDWELL© TRUST**
**Private Banker and Trustee: Daman-Thomas: Caldwell**
**98-EIN: 98-6140827**
**Bond No: RR767296200 US**

**To:**

**Coldstream Ministries**
**Account Number:** _0356805217_
**Routing Number:** _063104668_

**Amount:** $ _5,000,000.00 -_ (Write Amount: _Five million dollars no cents)_ —

This Private Discharge and Settlement Instrument represents a lawful transfer of value from the DAMAN THOMAS CALDWELL© TRUST to Coldstream Ministries. This instrument is backed by Bond No. RR767296200 US, issued under Divine Law and the authority vested in the Private Banker. Said value is to be deposited into the receiving account above and applied to the needs and purposes of the ecclesiastical body known as Coldstream Ministries. This instrument is lawful money of account, redeemable on demand, and shall be honored in good faith.

Failure to rebut or respond within ten (10) calendar days constitutes full agreement, acceptance, and settlement.

Authorized by:

I CERTIFY THIS CORRECT COPY

Daman-Thomas: Caldwell, Private Banker and Trustee
DAMAN THOMAS CALDWELL© TRUST

Red Thumbprint Seal: _____

Jurisdiction: Divine Law — Universal Law — Trust Law

All rights reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

Seal of the living man

Autographed by: _____
Daman-Thomas: Caldwell, private banker /TTEE
of DAMAN THOMAS CALDWELL© TRUST
UCC 1-308 without recourse

# Product Tracking & Reporting

Home        Search        Reports        Manual Entry        Rates/ Commitments        PTR / EDW        Customer Information        October 28, 2025

## USPS Tracking Intranet

### Delivery Signature and Address

**Tracking Number: RF72 6019 799U S**

**This item was delivered on 08/25/2025 at 13:06:00**

< Return to Tracking Number View

Regions

**Delivery Section**

| | |
|---|---|
| Signature | *(handwritten signature)* |
| | Hendrick Sta... |
| Address | 1900 5th Ave |
| | B'ham Al. 35 |

Enter up to 35 items separated by commas.

Select Search Type:        Quick Search  ⌄        Submit

Exhibit B

## COLDSTREAM MINISTRIES
508(c)(1)(A) Private Ecclesiastical Trust

## NOTICE OF CONVERSION & DOUBLE PAYMENT

PRIVATE & CONFIDENTIAL — ECCLESIASTICAL MATTER
Jurisdiction: Divine Law — Universal Law — Trust Law
All Rights Reserved — UCC 1-308 — Without Prejudice

Date: August 21, 2025
To: Office of the General Counsel — Regions Bank
Address: 1900 Fifth Avenue North

Birmingham, Alabama Republic [35203]

From:
Coldstream Ministries — 508(c)(1)(A)
By Executor: Daman-Thomas: Caldwell
c/o 10020 Carolina Street
Bonita Springs, Florida Republic

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
BIRMINGHAM, AL 35203

Certified Mail Fee $5.30
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ ____
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $
Postage   $1.07
$
Total Postage and Fees
$
Sent To  Regions Bank / Legal Department
Street and Apt. No., or PO Box No.
1900 Fifth Avenue North
City, State, ZIP+4®
Birmingham, Alabama Republic [35203]
PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

0405
AUG 21 2025
Postmark Here

Subject: Conversion and Double Payment of Coldstream Ministries Negotiable Instruments

Notice is hereby given that Regions Bank has engaged in fraudulent and unlawful conversion of negotiable instruments issued under the authority of Coldstream Ministries, a 508(c)(1)(A) ecclesiastical trust entity. On or about August 5 and August 14 of the year 2025, two checks in the amount of FIVE HUNDRED DOLLARS ($500.00) each were lawfully issued to Rhonda as payee. These instruments constitute negotiable instruments under UCC Article 3.

Regions Bank wrongfully debited ONE THOUSAND DOLLARS ($1,000.00) from the Coldstream Ministries account while retaining possession of the original checks. Said instruments remain in circulation and are to be cleared via Fedwire or other settlement systems. This action constitutes double payment and unjust enrichment: once from Coldstream's account and again through clearing of the instruments.

Such acts constitute conversion under UCC 3-420, fraud, commercial theft, and violation of ministerial trust property. As a 508(c)(1)(A) ecclesiastical entity, Coldstream Ministries is exempt from seizure, levy, or conversion of its funds absent explicit consent — which was neither granted nor obtained.

DEMAND: You are hereby ordered to immediately reverse the unlawful debit of ONE THOUSAND DOLLARS ($1,000.00), cease and desist from further conversion of negotiable instruments, and provide written confirmation within TEN (10) BUSINESS DAYS of receipt

of this Notice. Failure to cure shall constitute your tacit agreement to all claims and liabilities herein.

Failure to comply will result in immediate integration of this Notice into the existing perfected lien and Final Administrative Judgment presently standing against Regions Bank in the amount of FIFTY MILLION DOLLARS ($50,000,000.00). Further enforcement will proceed without further notice through Treasury Offset, bond claim, and asset levy.

So it is. Veritas Supra Omnia.
Without prejudice, without recourse,
UCC 1-308

By: _____
Daman-Thomas: Caldwell, Executor & Trustee
Coldstream Ministries — 508(c)(1)(A)
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

CM# 9589 0710 5270 2909 5104 58

## COLDSTREAM MINISTRIES
508(c)(1)(A) Private Ecclesiastical Trust

## GENERAL DECLARATION OF CONVERSION & DOUBLE PAYMENT
PRIVATE & CONFIDENTIAL — ECCLESIASTICAL MATTER
Jurisdiction: Divine Law — Universal Law — Trust Law
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

Date: August 21, 2025
To: Office of the General Counsel — Regions Bank
Address: 1900 Fifth Avenue North

Birmingham, Alabama Republic [35203]

From:
Coldstream Ministries — 508(c)(1)(A)
By Executor: Daman-Thomas: Caldwell
c/o 10020 Carolina Street
Bonita Springs, Florida Republic

Subject: General Declaration of Conversion and Double Payment — Coldstream Ministries
Instruments

Notice is hereby given that ALL debits, withdrawals, and checks issued under the authority
of Coldstream Ministries constitute negotiable instruments under UCC Article 3. Regions
Bank, as drawee agent, is obligated to honor such instruments once, upon presentment, and
return them as paid.

Regions Bank has engaged in unlawful practice by debiting the Coldstream Ministries
account upon issuance of such instruments while simultaneously retaining the original
negotiable instruments for clearing and reimbursement through the Federal Reserve
(Fedwire) or equivalent settlement systems. This practice constitutes DOUBLE PAYMENT
and unjust enrichment: once from Coldstream Ministries' account and again through
clearing of the instruments.

Such conduct is hereby declared conversion under UCC 3-420, fraud, commercial theft, and
aggravated trespass against ecclesiastical trust property. As a 508(c)(1)(A) ecclesiastical
entity, Coldstream Ministries is exempt from seizure, levy, or conversion of its funds absent
explicit consent — which has never been granted and shall not be granted.

DEMAND: Regions Bank is hereby ordered to restore ALL debits, withdrawals, and checks
previously charged against the Coldstream Ministries account, as said instruments are
independently settled through clearing systems. Henceforth, any attempt to debit the

Coldstream Ministries account in this manner shall be deemed fraudulent conversion, subject to immediate lien enforcement and Treasury offset.

Failure to comply shall constitute Regions Bank's tacit agreement to this Declaration, and all liabilities herein shall attach to the existing FIFTY MILLION DOLLAR ($50,000,000.00) perfected lien and Final Administrative Judgment currently standing against Regions Bank. Further enforcement shall proceed without notice.

So it is. Veritas Supra Omnia.
Without prejudice, without recourse,
UCC 1-308

By: _____
Daman-Thomas: Caldwell, Executor & Trustee
Coldstream Ministries — 508(c)(1)(A)
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

## NOTICE OF BEST INTEREST & CORRECTIVE ACTION

PRIVATE & CONFIDENTIAL — ECCLESIASTICAL MATTER
Jurisdiction: Divine Law — Universal Law — Trust Law
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

Date: August 21, 2025
To: Office of the General Counsel — Regions Bank
Cc: Rob Thompson, Regions Bank
Address: 1900 Fifth Avenue North

Birmingham, Alabama Republic

From:
Coldstream Ministries © — 508(c)(1)(A)
By Executor & Trustee: Daman-Thomas: Caldwell
c/o 10020 Carolina Street
Bonita Springs, Florida Republic [Non-Domestic]

Subject: Immediate Correction of Dishonor and Enforcement in Best Interest of All Parties

Notice is hereby given that Coldstream Ministries © has already provided Regions Bank
with a lawful negotiable instrument in the amount of FIVE MILLION DOLLARS
($5,000,000.00), with a ten percent (10%) benefit allocated to Regions for processing. Said
instrument remains unprocessed, despite standing lawful authority and opportunity to
cure.

In addition, Regions Bank has engaged in ongoing conversion and double payment practices
against Coldstream Ministries ©, wherein debits, checks, and withdrawals are taken from
the account while the underlying negotiable instruments are retained and cleared for
additional settlement. This practice constitutes fraud, unjust enrichment, and commercial
conversion under UCC 3-420.

In the best interest of Regions Bank and its officers, the following corrective actions should
be taken immediately:

1. Process the $5,000,000.00 negotiable instrument already tendered, and accept the ten
percent (10%) benefit as consideration for closure.

2. Restore and credit ALL debits, charges, checks, and withdrawals to the Coldstream
Ministries © account, retroactively, as Regions has already received settlement through
clearing systems.

3. Correct internal records to reflect Coldstream Ministries © as a protected ecclesiastical
fiduciary account, not subject to public jurisdiction.

Failure to take the above corrective actions within TEN (10) BUSINESS DAYS shall
constitute willful dishonor, and all liabilities shall remain attached to the perfected lien and
Final Administrative Judgment currently standing against Regions Bank in the amount of
FIFTY MILLION DOLLARS ($50,000,000.00), subject to further levy, Treasury offset, and
bond enforcement.

Regions Bank has already been given more than sufficient opportunity to operate in honor.
This Notice provides the clearest path for both sides to resolve this matter in good faith and
mutual benefit. Failure to do so will leave no alternative but continued enforcement.

By: _____

Daman-Thomas: Caldwell — Executor & Trustee
Coldstream Ministries © — 508(c)(1)(A)
Secured Party & Executor — DAMAN THOMAS CALDWELL© TRUST
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

*[handwritten: Exhibit C]*

## Email Draft to Rob Thompson — Regions Bank (Full Retroactive Notice)

Date: August 21, 2025

To: Rob Thompson <[insert email]>    *[handwritten: Sent @ 14:35]*

Cc: Legal & Compliance — Regions Bank <[insert email]>    *[handwritten: Rob.Thompson@Regions.com]*

Subject: Coldstream Ministries — Retroactive Conversion & Double Payment of Instruments (Immediate Action Required)

*[handwritten: Requested/Told Rob to forward to Legal/Compliance. Also called Rob, Call noted in Trust Minutes]*

Rob,

This is to put you personally on notice: Regions Bank has been engaging in ongoing conversion and double payment against Coldstream Ministries (508(c)(1)(A)) not just on isolated checks, but on every debit, every swipe, and every transaction under the Coldstream account since inception.

Facts for the record:

1. Every debit card transaction, check, and ACH issued under Coldstream Ministries is a negotiable instrument under UCC Article 3.

2. Regions debits the Coldstream account for each transaction while also retaining and clearing the instruments through Federal Reserve/Fedwire or clearinghouse systems.

3. This results in Regions being paid twice: once by taking funds directly from Coldstream, and again through settlement of the instrument.

4. The $1,000 withdrawn on the two Rhonda checks is only one example — this applies retroactively to all Coldstream transactions.

5. This practice constitutes conversion (UCC 3-420), unjust enrichment, fraud, and aggravated trespass against ecclesiastical trust property.

Accordingly, Coldstream Ministries demands the following:

1. Immediate restoration of the $1,000 already debited on the two Rhonda checks.

2. Full retroactive accounting of all Coldstream Ministries transactions since account inception.

3. Restoration of ALL debits, charges, and withdrawals taken against Coldstream's account, as Regions has already been compensated through clearing.

4. Written assurance that Regions will cease this double-payment practice immediately.

5. All future communications on this matter to be in writing only — no phone calls or SSN requests.

Regions Bank is already subject to my perfected lien and Final Administrative Judgment. Liability has been expanded to FIFTY MILLION DOLLARS ($50,000,000.00) due to continued dishonor. Failure to comply with these demands within TEN (10) BUSINESS DAYS will result in immediate escalation: Notice of Levy & Right to Cure, Treasury Offset, and bond enforcement without further notice.

I am providing you this courtesy so you are not blindsided when Legal & Compliance receives the full enforcement package. If you can assist in correcting this quickly and in honor, I will accept that remedy.

— Daman-Thomas: Caldwell
Executor & Trustee, Coldstream Ministries
Secured Party & Executor, DAMAN THOMAS CALDWELL© TRUST
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

*Exhibit D*

## DECLARATION OF UNLAWFUL CONVERSION OF NEGOTIABLE INSTRUMENTS

PRIVATE & CONFIDENTIAL — Ecclesiastical Fiduciary Declaration
Jurisdiction: Divine Law — Universal Law — Trust Law
All Rights Reserved — UCC 1-308 — Without Prejudice –

Date: August 22, 2025
To: Regions Bank — Office of the General Counsel
Attn: Rob Thompson, Officer
Address: 1900 Fifth Avenue North

Birmingham, Alabama Republic

From:
Coldstream Ministries © — 508(c)(1)(A)
Executor & Trustee: Daman-Thomas: Caldwell
c/o 10020 Carolina Street
Bonita Springs, Florida Republic [Non-Domestic]

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
*Regions Bank / Legal Department*
Street and Apt. No., or PO Box No.
*1900 Fifth Avenue North*
City, State, ZIP+4
*Birmingham, Alabama Republic /3520*

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

Postmark AUG 22 2025 BONITA SPRINGS FL 34133 USPS

It is hereby declared for the record that all negotiable instruments issued by Coldstream Ministries ©, including but not limited to checks, bills of exchange, drafts, or other lawful tender, are unconditional ORDERS TO PAY as defined under the Uniform Commercial Code. These instruments are fiduciary in nature and constitute immediate settlement instructions.

Regions Bank, through its agents and officers, has unlawfully and without consent converted these unconditional orders to pay into unconditional PROMISES TO PAY, thereby monetizing and rehypothecating Coldstream Ministries' © lawful tender. This conversion constitutes breach of fiduciary duty, fraud, and commercial bad faith.

Said conversion has resulted in double-payment, unjust enrichment, and dishonor of the original orders, and is hereby recorded as evidence of commercial liability against Regions Bank and its officers. All such acts are deemed willful and knowing, as repeated notices and explanations have been provided to the bank.

So it is. Veritas Supra Omnia.

By: _____
Daman-Thomas: Caldwell — Executor & Trustee
Coldstream Ministries © — 508(c)(1)(A)
Secured Party & Executor — DAMAN THOMAS CALDWELL© TRUST
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

# FREEDOM OF INFORMATION ACT REQUEST

PRIVATE & CONFIDENTIAL — Ecclesiastical Fiduciary Matter
Jurisdiction: Divine Law — Universal Law — Trust Law
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

Date: August 22, 2025
To: FOIA/Compliance Officer
Regions Bank — Legal & Compliance Department
1900 Fifth Avenue North

Birmingham, Alabama Republic

From:
Daman-Thomas: Caldwell — Executor & Trustee
Coldstream Ministries © — 508(c)(1)(A)
c/o 10020 Carolina Street
Bonita Springs, Florida Republic [Non-Domestic]

Subject: FOIA Request for Recorded Call Records — Rob Thompson, Officer, Regions Bank

Pursuant to the Freedom of Information Act (5 U.S.C. § 552), I am formally requesting full disclosure of all recordings, transcripts, notes, and associated documentation related to telephone communications between myself and Rob Thompson, an officer of Regions Bank, on the following date(s):
- August 21, 2025, approximately 2:21 p.m. (call attempt).
- August 22, 2025, approximately 12:00 noon (call completed).

Rob Thompson confirmed on record that all calls are recorded. This FOIA request therefore covers, but is not limited to:
- Audio recordings of the above-referenced calls.
- Written transcripts or summaries.
- Internal logs identifying the participants, dates, and times of the calls.
- Any notes or annotations made by Regions Bank staff in connection with these calls.

I am exercising my lawful right to access this information as it pertains directly to fiduciary and commercial matters involving Coldstream Ministries © and the dishonor of Regions Bank. This request is being made for lawful private purposes and will be maintained as part of the Coldstream Ministries © fiduciary record.

Please provide these materials within the statutory time frame. If for any reason you
contend that exemptions apply, you are required to identify the specific exemption(s)
claimed and provide a written explanation justifying the withholding.

So it is. Veritas Supra Omnia.

By: _____

Daman-Thomas: Caldwell — Executor & Trustee
Coldstream Ministries © — 508(c)(1)(A)
Secured Party & Executor — DAMAN THOMAS CALDWELL© TRUST
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

FOR OUR RECORDS Exhibit E

### Email Draft to Rob Thompson — NDA Resolution Offer

Subject: Coldstream Ministries © — Private Resolution Option (NDA)

Rob,

This is to place on record that Coldstream Ministries © remains willing to resolve the present matter privately and in honor.

Regions Bank has already been served with fiduciary notices, levy, estoppel, and summary of dishonor. Liability is perfected and enforceable. However, in continued good faith, I ~~extend the following:~~

Coldstream Ministries © is prepared to resolve this matter under a private Non-Disclosure Agreement (NDA), provided Regions corrects its fiduciary breaches, restores the trust account, and settles the perfected liability.

This option is extended once and only once, and in honor. It protects both parties:
• Coldstream receives rightful settlement and restoration.
• Regions avoids further escalation to Treasury enforcement, OCC oversight, and public exposure.

This opportunity exists solely because I continue to operate in truth, honor, and remedy. Should Regions decline or ignore, the record will reflect that every bridge to resolution was offered and dishonored.

So it is. Veritas Supra Omnia.

Respectfully,

By: _____

Daman-Thomas: Caldwell

~~Executor & Trustee     Coldstream Ministries ©~~

All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

Exhibit F

9589 0710 5270 2909 510

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Birmingham, AL 35203

| Certified Mail Fee | $5.30 | | 0407 |
| | | $0.00 | 32 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $0.78 | | |
| | | | 08/30/2025 |
| Total Postage and Fees | $6.08 | | |

Sent To
Regions Bank Legal Department
Street and Apt. No., or PO Box No.
1900 Fifth Avenue North
City, State, ZIP+4®
Birmingham, Alabama Republic 12

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

Del 9/5
Regions
*Summary of Dishonor

## Summary of Regions Bank's Dishonor and Bre

This document serves as a formal summary of dishonor
relation to the Coldstream Ministries © 508(c)(1)(A) ec
presented as evidence that Regions Bank, its officers, an
honor, in violation of trust law, fiduciary duty, and comm

### 1. Signature Block on File

Regions Bank holds on file the authorized signature bloc
Executor & Trustee. This block clearly establishes all ins
Ministries as non-negotiable orders, executed with right
Despite this record, Regions has treated trust-issued che
negotiable promises, in direct violation of UCC 3-104(d).

### 2. Fiduciary Deposit-Only Account

The Coldstream Ministries account at Regions was declared, both in writing and in person,
as a fiduciary, deposit-only, ecclesiastical trust account. Any withdrawal, debit, or
conversion is strictly prohibited absent authorization from the Executor & Trustee. Regions
has ignored this declaration, mischaracterizing the account as a consumer account for its
own gain.

### 3. Double-Dipping Fraud

Evidence (Exhibits A, B, and C) shows that Regions Bank has engaged in systemic double-
dipping. Checks issued by Coldstream were debited from the trust account while also being
cleared through Federal Reserve/Fedwire systems. Likewise, debit card transactions were
treated as negotiable drafts while also depleting the trust account. This constitutes unjust
enrichment, conversion, and aggravated commercial trespass.

### 4. Remedies Exhausted, Dishonor Confirmed

Coldstream Ministries has issued Fiduciary Notices, Conditional Warnings, Notices of Levy,
Estoppel, and Final Enforcement instruments. Regions has failed to cure within provided
timelines, ignored fiduciary accounting demands, and concealed material facts. Liability is
now perfected and permanent.

### Conclusion

Regions Bank is in permanent dishonor. Liability is attached both corporately and
personally to officers who ignored or mischaracterized fiduciary instructions. This
summary, along with supporting exhibits, will remain on record with Treasury, OCC, and all
relevant authorities. Remedy is now limited to settlement, levy, and Treasury enforcement.

So it is. Veritas Supra Omnia.

By: _____

Damon-Thomas: Caldwell   --   Executor & Trustee

Coldstream Ministries © — 508(c)(1)(A) Private Ecclesiastical Trust

All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

Emailed 9/9/2025



Exhibit
G

**Email to Rob Thompson** — **Immediate Corrective Action Required**

Date: September 9, 2025

— To: Rob Thompson <rob.thompson@regions.com>
— Cc: Roy W. Scholl IV <Roy.Scholl@regions.com>, Regions Legal & Compliance
Subject: URGENT: Regions Liability & Immediate Cure — Coldstream Ministries © (Acct
0356805217) / OCC Case CS0395167


Rob,

You asked that we communicate by email; we are doing so. As of today, September 9, 2025,
there has been no substantive response, no fiduciary accounting, and no correction to the
Coldstream Ministries © account (Acct 0356805217). The record now includes:

• Notices of Commercial Liability and Levy & Right to Cure (served and unrebutted)
• Final Administrative Judgment and Lien Expansion (unrebutted)
• Treasury presentment (Form 9814 + Credit Instructions) sent registered to Room 3413 on
September 5, 2025
• OCC case opened: CS0395167 (additional identifiers provided September 3, 2025)
• Documented call avoidance and email non-responsiveness

Indemnification applies only when officers act in honor. Continued avoidance and refusal to
provide fiduciary accounting places personal liability on the officers who have custody of
this matter. You and Roy were noticed of this explicitly. This email is a final opportunity to
cure in honor before further enforcement steps proceed.

Required actions, due by 4:00 PM ET on September 10, 2025:
1) Designate a responsible Regions officer as the single point of contact and confirm in
writing.
2) Deliver a complete fiduciary accounting for Acct 0356805217, including: full ledger;
images (front/back) of all instruments and endorsements; and clearing data (ACH/Fedwire
trace numbers, settlement dates, returns).
3) Cease all double debits and unlawful conversions immediately and re-credit the
Coldstream Ministries © account for any amounts removed via conversion.
4) Confirm in writing that all related call recordings and logs are preserved.

Nothing in this notice is a threat; it is a lawful demand for cure and performance. If Regions
fails to meet the above by the time stated, the record will reflect continued dishonor,
personal liability will remain attached, and we will proceed with the next enforcement
actions already noticed.

Please reply to this email to confirm receipt and your plan of action.

Respectfully,

Daman-Thomas: Caldwell
Executor & Trustee — Coldstream Ministries ©
Secured Party — DAMAN THOMAS CALDWELL© TRUST
All Rights Reserved — UCC 1-308 — Without Prejudice — Non-Assumpsit

9589 0710 5270 3527 1468 07

Exhibit H

## Demand for Status Update – Negotiable Instrument Presented

Date: September 13, 2025
To: Legal/Compliance Department
Regions Bank
1900 Fifth Avenue ; Birmingham, Alabama Republic [352

From: Jennifer-Leigh Caldwell
c/o 10020 Carolina Street
Bonita Springs, Florida Republic

Re: Demand for Status Update – $5,000,000 Negotiable I

On August 14th, I presented to Regions Bank, Bonita Spr
instrument in the sum certain of Five Million United Stat
in full compliance with the Uniform Commercial Code § 3
accepted by the branch manager and forwarded to your
processing, as well as sending an original Order to Pay to Regions Corporate Legal and
Compliance Division. As of the date of this letter, more than four weeks have elapsed
without any credit, return, or written notice of dishonor.

As you are aware, the Uniform Commercial Code governs the obligations of parties in
presentment and processing of negotiable instruments:
• UCC § 3-501(b)(2) requires that upon presentment the drawee must either pay, accept, or
return the instrument.
• UCC § 3-503 provides that dishonor occurs if timely payment or acceptance is not made.
• UCC § 3-505 requires that a bank provide notice of dishonor or return of the instrument
within a reasonable time.

In commercial banking practice, a 'reasonable time' for presentment and return is
ordinarily within 2–5 business days. The four-week delay in this matter is well outside
recognized standards.

Accordingly, I hereby demand a written update on the status of the negotiable instrument
presented, specifically:
1. Has it been accepted for deposit or settlement?
2. Has it been returned/dishonored?
3. If it is being held, under what authority or rule is it being withheld?

This demand must be answered in writing within ten (10) business days of receipt. Failure
to provide a timely and adequate response will be taken as confirmation that Regions Bank

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Birmingham, AL 35203

| Certified Mail Fee | $5.30 | |
| $ | $0.00 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | |
| Postage | $0.78 | |
| $ | | 09/15/2025 |
| Total Postage and Fees | | |
| $ $6.08 | | |

Sent To   * Demand Status 5M

Regions Bank / Legal & Compliance
Street and Apt. No., or PO Box No.
1900 Fifth Avenue North
City, State, ZIP+4®
Birmingham, Alabama Republic [35203]

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

has accepted liability for failing to process the negotiable instrument in accordance with commercial standards and the Uniform Commercial Code.

All rights are reserved under UCC § 1-308, without prejudice and without recourse.

Truth Above All,

Jennifer-Leigh Caldwell, sui juris
Authorized Representative, Private Capacity

**Notice of Dishonor by Refusal**

Date: 9/12/2025

To: Regions Bank, Legal Department & Officers

From: COLDSTREAM MINISTRIES© / Daman-Thomas: Caldwell, Executor & Trustee


RE: Refusal of Estoppel Presentment – Constitutes Dishonor


This Notice is hereby placed into the record as an evidentiary addendum to prior
presentments made by COLDSTREAM MINISTRIES©. A properly executed Final Estoppel
and Administrative Judgment was duly tendered to Regions Bank by Certified/Registered
Mail. The USPS record indicates that this mailing was REFUSED by the addressee or its
agents.


Under commercial law, refusal of a properly tendered presentment constitutes dishonor.
Accordingly, the estoppel stands perfected as though accepted, and liability attaches to
Regions Bank, its officers, agents, and assigns for failure to cure within the allotted time.


EVIDENCE:

• USPS green card/return slip showing refusal of delivery.

• Envelope marked as refused, retained as proof of tender.


This Notice establishes the willful dishonor of Regions Bank regarding the estoppel.
Combined with acceptance of the Notice of Levy, this refusal serves as conclusive evidence
of bad faith and intentional obstruction.

All rights reserved, without prejudice, UCC 1-308.

By: _____

Daman-Thomas: Caldwell, Executor & Trustee for COLDSTREAM MINISTRIES©

So it is. Veritas Supra Omnia.



Exhibit I

**daman-thomas :caldwell** <dtctrust1975@gmail.com>

---

### Notice of Intent to Sue
1 message

---

**daman-thomas :caldwell** <dtctrust1975@gmail.com>                                    Fri, Sep 19, 2025 at 4:28 PM
To: rob.thompson@regions.com, roy.scholl@regions.com

This Notice of Intent to Sue is served upon you for your continued dishonor, failure to address lawful presentments, and refusal to provide a proper accounting of Coldstream Ministries© account activity. Your refusal of certified mail and ongoing obstruction is documented. You are hereby placed on record that further dishonor will result in immediate legal escalation, damages, and enforcement.

The attached Duty, Breach, and Damages Statement further outlines the liabilities now attaching personally and corporately to you. This matter is not resolved by silence, avoidance, or refusal. Silence operates as tacit acquiescence.

DUTY: Regions Bank, its officers, and employees had a duty to honor Coldstream Ministries©'s account instructions, respect all lawful commercial presentments, and safeguard trust property without conversion, double dipping, or obstruction.

BREACH: That duty has been breached through repeated dishonor, refusal to answer material questions, refusal of certified mail, failure to account for missing funds, and obstruction of proper remedy. These actions constitute unlawful conversion and violation of fiduciary responsibility.

DAMAGES: As a direct result of these breaches, Regions Bank, and specifically Rob Thompson and Roy Scholl, are now commercially liable for all damages, costs, penalties, and liens attached to this matter. Your actions (and inactions) have directly triggered liability in the tens of millions, expanding weekly until corrected.

Served by email per recipient's chosen channel; certified mail previously refused. Record established.

Veritas Supra Omnia,
/s/ Jennifer-Leigh: Caldwell
Trustee of Coldstream Ministries
All Rights Reserved, UCC 1-308



Exhibit J

MAILED
SEP 2 0

## COLDSTREAM MINISTRIES©

Executor & Trustee: Damon Thomas: Caldwe

c/o 10020 Carolina Street

Bonita Springs, Florida Republic

Private & Confidential

Date: September 20, 2025

To:

Regions Bank — Legal & Compliance Departm

1900 Fifth Avenue North

Birmingham, AL 35203

9589 0710 5270 3527 1468 90

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*

BIrmInSnom» AL 35203

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| | 0407 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $1.07 |
| Total Postage and Fees | 09/20/2025 |
| $5.67 | |

*Intent to Sue*

Sent To
Regions Bank / Legal & Compliance

Street and Apt. No., or PO Box No.
1900 Fifth Avenue North

City, State, ZIP+4®
Birmingham, Alabama Republic 35203

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

CC (Courtesy Copies):

CT Corporation System (Registered Agent for Regions Bank)

1200 South Pine Island Road

Plantation, FL 33324

9589 0710 5270 3527 1468 76

Office of the Comptroller of the Currency (OCC)

Customer Assistance Group

P.O. Box 53570

Houston, TX 77052

9589 0710 5270 3527 1468 83

Subject: Notice of Intent to Sue — Coldstream Ministries© v. Regions Bank

Dear Sirs and Madams,

Please be advised that the attached Notice of Intent to Sue and Duty, Breach, and Damages Statement have been formally served upon Regions Bank Legal & Compliance Department.

Courtesy copies are also being sent to CT Corporation System, the registered agent of
Regions Bank, and to the Office of the Comptroller of the Currency (OCC) for record and
oversight.

Certified mail tracking numbers are provided with each addressee for full transparency and
recordkeeping.

Respectfully submitted,

_____

Daman-Thomas; Caldwell, Executor & Trustee
COLDSTREAM MINISTRIES©
Without Prejudice — All Rights Reserved — UCC 1-308

MAILED
SEP 2 0 2025

## NOTICE OF INTENT TO SUE

Date: September 18, 2025

To: Regions Bank, Legal & Compliance Department
Cc: Rob Thompson, Branch Officer; Roy Scholl, Branch Officer

From: COLDSTREAM MINISTRIES©
Executor & Trustee: Daman-Thomas: Caldwell
Bonita Springs, Florida Republic — non-corporate jurisdiction
Private & Confidential

This Notice of Intent to Sue is issued due to your continued dishonor, refusal to cure, and
unlawful conversion of negotiable instruments belonging to COLDSTREAM MINISTRIES©.
Despite multiple presentments, registered notices, and opportunities to correct the record,
you have failed to act in good faith or within your fiduciary duty. Be advised: if forced into
the public forum, this matter will be presented before a jury, and your actions will be
scrutinized under oath and on the public record.

### Duty
Regions Bank, through its officers, owed a fiduciary duty to safeguard funds, process
instruments in good faith, and provide accurate account ledgers. Acceptance of deposits and
instruments created this binding duty.

### Breach
You have breached that duty by:
- Unlawful conversion of negotiable instruments from a DEPOSIT ONLY fiduciary account;
- Double-dipping and unjust enrichment by monetizing checks and debits while removing
funds;
- Failure to provide accounting ledgers or transparency despite repeated certified demands;
- Ignoring notices of liability, levy, estoppel, and lien expansion already perfected under UCC
filings.

### Damages
Your dishonor has caused documented damages including:
- Fifty-Five Million Dollars ($55,000,000) liability;
- One Million Dollars ($1,000,000) per week accruing for continued dishonor;
- Exposure to punitive damages in public court for breach of fiduciary duty and unjust
enrichment.

### Notice of Enforcement

If immediate corrective action is not taken within ten (10) business days of receipt,
COLDSTREAM MINISTRIES© will initiate civil litigation in the public forum. A jury will hear
and decide the evidence, and your dishonor, stalling, and unlawful practices will be exposed.
This will be in addition to, and not in lieu of, all perfected private remedies already
executed.

You have been given every opportunity to resolve this matter privately and in honor. Your
silence or refusal to cure will be taken as tacit acquiescence. The next move is yours.

So it is. Veritas Supra Omnia.

_____
Daman-Thomas: Caldwell, Executor & Trustee
COLDSTREAM MINISTRIES©
Without Prejudice — All Rights Reserved — UCC 1-308

MAILED
SEP 2 0 2025

## DUTY, BREACH, AND DAMAGES STATEMENT

Date: September 18, 2025

To: Regions Bank, Legal & Compliance Department
Cc: Rob Thompson, Branch Officer; Roy Scholl, Branch Officer

From: COLDSTREAM MINISTRIES©
Executor & Trustee: Daman-Thomas: Caldwell
Bonita Springs, Florida Republic — non-corporate jurisdiction
Private & Confidential

### Duty

From the inception of opening the COLDSTREAM MINISTRIES© account, Regions Bank and its officers entered into an agreement and fiduciary relationship requiring them to:
- Respect and uphold the commercial processes designated by COLDSTREAM MINISTRIES©;
- Operate the account in good faith as a DEPOSIT ONLY fiduciary account;
- Provide accurate ledgers, full accounting, and transparency upon request;
- Handle negotiable instruments according to law and custom without conversion, manipulation, or suppression.

By accepting the account and the instruments tendered, Regions acknowledged and agreed to these duties.

### Breach

Regions, including its officers Rob Thompson and Roy Scholl, breached these duties by:
- Conversion of negotiable instruments: taking checks and debit transactions as negotiable instruments, while also removing equivalent funds, resulting in double-dipping and unjust enrichment;
- Dishonor of commercial processes: ignoring or obstructing private commercial remedies and processes explicitly placed on record at account inception;
- Failure to provide accounting: refusing to deliver ledgers or reconcile the record despite repeated certified demands;
- Ignoring lawful notices: disregarding notices of liability, levy, estoppel, lien expansion, and registered instruments sent to both branch and legal departments.

### Damages

The breaches outlined above have directly caused quantifiable damages, including but not limited to:
- Commercial liability of Fifty-Five Million Dollars ($55,000,000);

- Accruing damages of One Million Dollars ($1,000,000) per week for continued dishonor and non-correction;

- Harm to the integrity of COLDSTREAM MINISTRIES© as an ecclesiastical trust, through unlawful conversion and disregard for private agreements;

- Exposure to additional punitive damages in public court should Regions force this matter into litigation before a jury.

## Conclusion

Regions Bank has had every opportunity to act in honor and cure its breaches. By refusing to respect both fiduciary duty and the original commercial agreement, Regions has triggered full liability.

So it is. Veritas Supra Omnia.

_____

Daman-Thomas: Caldwell, Executor & Trustee
COLDSTREAM MINISTRIES©
Without Prejudice — All Rights Reserved — UCC 1-308

Exhibit K

**Cover Letter – Demand for Full Accounting**

Date: September 2, 2025

To: Legal & Compliance Department
Regions Bank

Attn: Rob Thompson & Roy Scholl
Bonita Springs Branch

Via Certified Mail, Return Receipt Requested

Re: Coldstream Ministries© Fiduciary Account No. 035
Accounting

Dear Sirs,

Enclosed please find a formal Demand for Full Accounting regarding the above-referenced fiduciary account. This demand outlines specific requests for detailed ledger entries, negotiable instrument copies, ACH/Fedwire traces, and reconciliation of all transactions pertaining to Coldstream Ministries©.

This demand is issued in connection with ongoing concerns of unlawful conversion, unauthorized double-debits, and failure to respect established fiduciary arrangements. You are hereby instructed to respond within the timeframes indicated in the enclosed document.

Please treat this matter with the utmost seriousness. Failure to provide a timely, complete, and good-faith response will constitute further dishonor and attach additional commercial liability to Regions Bank and its officers.

Respectfully,

Daman-Thomas: Caldwell
Executor & Trustee for Coldstream Ministries© Trust
All Rights Reserved – Without Prejudice – UCC 1-308

---

MAILED

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

Tallahassee, FL 32301

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.07 |
| Total Postage and Fees | $6.37 |

0407
06
Postmark
Here
09/24/2025

Sent To   ☆ Demand Accounting ☆
Corporation Service Company
Street and Apt. No., or PO Box No.
1201 Hayes Street
City, State, ZIP+4
Tallahassee, Florida Republic / 3230

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

## Formal Demand for Full Accounting

Date: September 2, 2025

To:
Regions Bank – Legal & Compliance Department        9589 0710 5270 3527 1469 06
CC: Rob Thompson, Roy Scholl
CC: Corporation Service Company (Registered Agent for Regions Bank)
1201 Hayes St.
Tallahassee, FL 32301                    9589 0710 5270 3527 1469 13

## Re: Formal Demand for Full Accounting — Coldstream Ministries© Fiduciary Account No. 0356805217

Dear Legal & Compliance Team,

This is a formal demand for a full and complete accounting of all financial activities related
to Coldstream Ministries© Fiduciary Account No. 0356805217 from inception to present.

You are hereby ordered to provide, within ten (10) business days, a certified accounting
ledger detailing the following:

1. All deposits, reposits, credits, debits, and internal transfers applied to the account,
   including originating source and end-point clearinghouse information.
2. All negotiable instruments (checks, wires, drafts, debit transactions) converted,
   negotiated, or reclassified — including scanned images, endorsements, and processing
   paths.
3. ACH and Fedwire trace reports, including originating financial institution (OFI)
   identifiers and receiving financial institution (RFI) identifiers.
4. Internal bank records of double-posting or 'recycling' entries, reflecting duplicate
   charges or unjust enrichment.
5. Communications and instructions between Regions Bank staff and outside
   clearinghouses, regulators, or counterparties concerning the account.
6. All fees, interest, and penalties assessed — with explanation of authority under which
   they were charged.
7. Ledger balances and reconciliation reports on a daily, monthly, and yearly basis.

Failure to provide this full accounting will serve as conclusive proof of concealment and
dishonor and will trigger additional penalties under the perfected lien already attached
against Regions Bank and its officers.

This is not a request. It is a demand in the capacity of Executor and Trustee for Coldstream Ministries©, holding perfected commercial lien rights and fully documented notices of dishonor.

Acknowledgment of this demand is required within 72 hours of receipt. Silence or delay will be construed as bad faith and continued dishonor.

Respectfully,

Daman-Thomas: Caldwell
Executor & Trustee — Coldstream Ministries©
All Rights Reserved — UCC 1-308, Without Prejudice

## Preservation / Litigation Hold Notice

Date: September 21, 2025

To: Regions Bank — Legal & Compliance Department

CC: rob.thompson@regions.com; roy.scholl@regions.com

To Whom It May Concern:

This notice requires immediate preservation of all records and evidence potentially relevant to Coldstream Ministries© v. Regions Bank (matter of dishonor, conversion, liens, notices of levy, and related enforcement). Coldstream Ministries© has served multiple notices, and litigation is now probable.

You are hereby placed on formal LITIGATION HOLD. Do not delete, alter, destroy, conceal, or dispose of any documents, data, recordings, or electronic information relevant to the matters described below. This includes, but is not limited to:
• All account ledgers, transaction histories, and posting logs for account #0356805217 and any related accounts.
• All scanned images and originals of deposited checks, negotiable instruments, PDSIs, and any presentments.
• All Fedwire / ACH traces and settlement messages for all items posted to or from the accounts.
• All emails, internal memos, compliance notes, call logs, mistreatment records, branch logs, and any communication referencing Coldstream, Coldstream Ministries©, Daman-Thomas Caldwell, or the matters at issue.
• All images or electronic captures of physical instruments and teller-scanned images.
• CCTV/branch camera footage covering teller/operations areas for days relevant to the disputed postings.
• Any correspondence with third parties (merchant acquirers, processors) related to debit card transactions tied to Coldstream.
• Custodial records and chain-of-custody documentation for any instruments or items moved into collections, presentment, or sale.

Preserve all metadata and system logs associated with the above. Preserve backups, archives, and disaster recovery copies. Preserve mobile device records and any personal email accounts (if used for business communications) of relevant employees (including Rob Thompson and Roy Scholl).

Please acknowledge receipt of this Preservation Notice in writing within 48 hours and confirm the assigned custodian(s) responsible for compliance.

This litigation hold is ongoing pending further written notice. Failure to comply with this preservation demand may constitute spoliation and will be used as evidence of willful concealment or obstruction.

Respectfully,

Daman-Thomas: Caldwell
Executor & Trustee — Coldstream Ministries©
All Rights Reserved — UCC 1-308

Online
Portal

Exhibit
2

9/25/25

16:57

# REGIONS

**FDIC** *FDIC-Insured - Backed by the full faith and credit of the U.S. Government*

Username

****te82

**Attention**

Pas

For security reasons, your account is now locked. Please contact Customer Support at 800-417-2859 to unlock your account.

**Close**                    **Call us**

Log in

**Need help logging in?**



**Locator**



**About us**



**Contact us**

Language settings

© 2025 Regions Bank. All Rights Reserved. Version: 8.1.2.2

**Exhibit M**

## Trust Minutes of Coldstream Ministries© Trust

(Dated October 1, 2025)

Meeting Type: Trustee Recordation of Telephone Conference

Time: 1:10 PM Eastern

Place: Telephonic

### Trustees Present

- Jennifer-Leigh Caldwell, Trustee

- Daman-Thomas Caldwell, Trustee

### Matter Discussed

Trustee Jennifer-Leigh Caldwell placed a call to Lorraine at the Regions Bank branch regarding the closure of the Coldstream Ministries© Trust account and the unreleased liquid balance of approximately $600.19.

Following that outreach, at approximately 1:10 PM, a call was received from Stuart Abolski, who identified himself as Vice President of Corporate Services.

### Summary of Stuart Abolski's Statements

1. He confirmed the account was closed due to 'issues with the branch,' naming Rob Thompson.

2. He admitted he had only limited access to the account and could not see full records.

3. He asked if the trustees had received notice of account closure. Trustee Jennifer-Leigh confirmed no such notice was received.
   - Stuart acknowledged that there was no tracking or certified mailing of the notice.

4. Regarding the $5,000,000 negotiable instrument submitted by the trustees:
   - He stated, 'I don't see where that's logged in the system.'
   - He admitted he had no answers on the negotiable instrument at this time.

5. He agreed to research the matter further and to follow up with both the trustees and Tamara at the local branch.

6. He stated he would also provide instructions for how to receive the liquid funds remaining in the trust account at the time of closure.

### Trustee Observations

The Vice President's admissions confirm Regions' failure to:
- Provide notice of closure in compliance with fiduciary duties and banking protocols.

- Account for the receipt, dishonor, or settlement of the negotiable instrument.
His statements substantiate ongoing commercial dishonor, fiduciary breach, and possible conversion.

## Resolution

It was resolved that:

1. These minutes be entered into the official records of Coldstream Ministries© Trust.
2. Follow-up correspondence shall be issued if no adequate accounting or settlement is received from Regions Bank in a timely manner.
3. The trustees shall preserve all registered mail receipts, email correspondence, and records of presentment related to this matter.

Recorded this 1st day of October, 2025

Jennifer-Leigh Caldwell, Trustee

Daman-Thomas Caldwell, Trustee

9589 0710 527̶5̶3527 1470 71

Exhibit
N

## Notice of Confirmation and Demand for Clarification

Date: October 1, 2025

From: Jennifer-Leigh Caldwell, Trustee / Executor
c/o 10020 Carolina Street
Bonita Springs, Florida Republic

To: Tamara, Branch Manager – Tarpon Bay Branch, Nort
Cc: Stuart Abolski, Vice President – Corporate Services, F

**Subject:** Confirmation of Account Closure, Negotiable
Coldstream Ministries

This correspondence serves both as a professional confir
private notice entered into the record of the Coldstream
reservation of rights (UCC 1-308, without prejudice, with
ensure clarity, accountability, and good faith performanc



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

O F F I C I A L   U S E

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $
Postage
$ Priority Tracking #
Total Postage and Fees
$ 9505 5156 0311 5275 5002 47
Sent To
Regions Bank      Legal Compliance
Street and Apt. No., or PO Box No.
1900 Fifth Avenue North
City, State, ZIP+4®
Birmingham, Alabama Republic [ 35203
PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

### Factual Background

1. On October 1, 2025, at approximately 1:10 PM, I spoke directly with Mr. Stuart Abolski,
Vice President of Corporate Services, regarding the Coldstream Ministries account and
related matters.
2. During this call, I specifically requested an accounting for the $5,000,000 negotiable
instrument previously tendered. Mr. Abolski acknowledged the request, stated he would
research the matter, and indicated that any findings would be communicated to me through
Branch Manager Tamara.
3. Mr. Abolski further stated that the reason for the account closure was not procedural, but
specifically because of ongoing issues with the Bonita Springs branch, Rob Thompson. He
confirmed that Regions Bank had chosen to sever the relationship on that basis.
4. I asked Mr. Abolski whether any official written correspondence had been issued to me
regarding this closure. I confirmed that none had been received. He admitted he had no
tracking information on such correspondence.
5. Later the same day, at 4:43 PM, I initiated a call to Tamara, Branch Manager of the Tarpon
Bay branch, after no follow-up call was received. Tamara stated she had not called because
Mr. Abolski told her he had already provided all necessary information.
6. In the October 1 call, Tamara confirmed that the account will undergo final hard closure
on October 8, 2025, and that the final disbursement check will be mailed within 48 hours
thereafter, on or about October 9–10, 2025.

### Demand for Written Confirmation

Accordingly, I hereby demand written confirmation on or before October 7, 2025, of the
following:
• The exact date and process of the Coldstream Ministries account closure.

• The form, amount, and mailing details of the disbursement (i.e., whether in the form of a negotiable instrument or check).

• Confirmation that the check will be mailed no later than October 10, 2025.

• Written accounting and status of the $5,000,000 negotiable instrument previously tendered.

## Notice to the Record

This notice is entered into the official trust minutes of Coldstream Ministries and is served upon Regions Bank and its officers for the avoidance of doubt and prevention of further miscommunication. Failure to provide written confirmation by the date specified shall constitute dishonor and may give rise to remedies under private contract law, trust law, and all applicable provisions of the Uniform Commercial Code.

All rights reserved.
Without recourse, without prejudice.
By:
Jennifer-Leigh Caldwell
Trustee / Executor, Coldstream Ministries

 **REGIONS**

9/25/2025



0000094 01 SP    0.740 001
COLDSTREAM MINISTRIES
10020 CAROLINA ST
BONITA SPRINGS FL 34135-4600

Exhibit
O

### NOTICE OF ACCOUNT CLOSURE/SERVICE TERMINATION

Account Number ending in 5217

This letter serves as notice to you that we will close the account, product, or service referenced above  (the "Account"), together with any related or ancillary Regions Bank services that you may use in connection with such Account and the other relationships and services as set forth below, effective 10/08/2025 (the "Close Date").

You should not initiate or perform any transactions that will or may post or settle to the Account on after the Close Date (for example, if an Account is a checking account, you should not write any checks that may be presented for payment on or after the Close Date).  On or after the Close Date, we will mail you one or more checks representing the balance of available collected funds in the Account.  If there is any balance of uncollected funds in the Account on or after the Close Date, we will mail you one or more checks representing those funds if and when the funds are collected.  Any final disbursement of funds from the Account is subject to applicable funds availability policies and procedures and applicable terms and conditions respectively governing the Account.

On or after the Close Date, we may-but are not required to-reject or return any Account transactions, and we may refer any third parties presenting transactions against the Account to you.  It is your responsibility to make alternative transaction arrangements with, or send any necessary notifications to, any third parties who may have an interest in any pending Account transactions or any Account transactions that may be scheduled for execution in the future (including any third parties who may periodically debit or credit the Account electronically). If you rent any safe deposit box(es), we are terminating your lease(s), and the contents should be removed by the Close Date or your box(es) will be drilled in accordance with Regions Bank's policy and applicable state law.  If we drill the box(es), you will be assessed drilling charges and your contents will either be held by the bank or sent to the state as abandoned property as set forth under the laws of your state.  To the extent that the state will not accept any contents, Regions may destroy contents as allowed under state law.

Additionally, if you are enrolled in our Now Banking check cashing, money transfer services, or expedited bill payment services, we may terminate your enrollment in those services.

Our election to close the Account and to terminate other services does not constitute a waiver, modification, or termination of any of our rights, remedies, claims and defenses under the terms and conditions respectively governing the Account or any other transaction or relationship between you and us, and we reserve all such rights, remedies, claims and defenses (including the right to collect from you any overdraft amounts that may be owing on any Account).  If you have any questions, please call us at 1-800-348-0809.

Sincerely,

Regions Bank
Member FDIC

## Declaration of Retaliatory Account Termination
*Exhibit J*

I, Daman-Thomas: Caldwell, Executor & Trustee of Coldstream Ministries©, do solemnly
declare the following facts to be true, correct, and complete to the best of my knowledge,
under Divine Law, Universal Law, and all applicable principles of honor and equity:

1. On September 25, 2025, Regions Bank issued a written Notice of Account Closure/Service
Termination to Coldstream Ministries©, concerning account ending in 5217.

2. This letter was received via United States Postal Service on October 2, 2025. The original
envelope and USPS delivery confirmation have been preserved as evidentiary proof of
receipt.

3. This closure notice was issued in direct retaliation to Coldstream Ministries©'s prior
Notice of Intent to Sue, which was received by Regions Bank on September 25, 2025, at
11:53 AM. The closure notice email was generated the same day at 12:16 PM,
demonstrating retaliatory harm and bad faith.

4. The Notice of Account Closure fails to provide fiduciary accounting or explanation
regarding the disposition of Coldstream Ministries© trust funds. Regions has thereby
continued in dishonor, concealment, and aggravated breach of fiduciary duty.

5. This action constitutes clear evidence of retaliatory harm, obstruction, and unlawful
injury to the ecclesiastical trust Coldstream Ministries©. The letter, envelope, and related
records are incorporated herein as Exhibit J.

Accordingly, I incorporate this Declaration and Exhibit J into the perfected lien, Estoppel,
and Final Administrative Judgment against Regions Bank, evidencing dishonor and fiduciary
breach.

Respectfully submitted,

Daman-Thomas: Caldwell
Executor & Trustee — Coldstream Ministries©

Date: October 2, 2025

**Gmail**

Jen Caldwell <aphrodite5250@gmail.com>

## Your Daily Digest for Thu, 10/2 is ready to view

**USPS Informed Delivery** <USPSInformeddelivery@email.informeddelivery.usps.com>
To: <aphrodite5250@gmail.com>

Thu, Oct 2 at 07:32



## COMING TO YOU SOON

Hi, CALDWELL!

You have 1 mailpiece(s) and 1 inbound package(s) arriving soon.

**Thursday**

2 October 2025

# 1
**Mailpiece(s)**

# 1
**Package(s)**

MAIL

View Dashboard

## Expected Today

**1 item(s)**

Mailpiece Image

✕    1136008751-019.jpg

 REGIONS


PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
BIRMINGHAM, AL
PERMIT NO. 113

Electronic Service Requested

9/25/2025





0000094 01 SP   0.740 001
COLDSTREAM MINISTRIES
10020 CAROLINA ST
BONITA SPRINGS FL 34135-4600

36    IBGOIP1    34135



PACKAGES

View Dashboard

Expected Today

0 item(s)

No packages are available to display.

Expected 1-2 Days

1 item(s)

FROM: **USPS LABEL PRINTING CENTER / EVS**

9234690139533693737714

Estimated Delivery on: Saturday, Oct 04

Awaiting From Sender

0 item(s)

No packages are available to display.

Outbound

0 item(s)

**No packages are available to display.**



Refer friends and family to Informed Delivery!

| Refer via Email | Refer via Text |

You may have more mail or packages than are shown in your Daily Digest. To check, go to your Dashboard.

Mail may arrive several days after you receive the notification. Please allow up to a week for delivery before reporting missing mail. Report missing mail.

*These images represent mail pieces that are sorted on USPS® automated equipment. Some of your mail may not be shown here.

You subscribed to this service with USPS® Product Technology Innovation, 475 L'Enfant Plaza SW, Washington, DC 20260.

If you no longer wish to receive daily email notifications, unsubscribe here.

If you need support, please visit user support for Informed Delivery®.

For more information about this service, please visit general information about Informed Delivery.

Copyright© 2024 United States Postal Service®. All Rights Reserved. The Eagle Logo and the trade dress of USPS® Packaging are among the many trademarks of the U.S. Postal Service®.

This is an automated email, please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.



# STATE OF ALABAMA
## STATE BANKING DEPARTMENT



October 15, 2025



Exhibit
P

Mr. Daman Caldwell
10020 Carolina St.
Bonita Springs, FL 34135

**Subject:      Your Complaint against Regions Bank**

Dear Mr. Caldwell:

We have completed our review of your complaint.  Regions provided our office with the necessary documents relating to your concerns.

Regions is unable to locate anu returned ACH items, Trust Accounts, returned checks or rejected items in your name, Jennifer Caldwell's name, or the name Coldstream Ministries.

We hope our review has helped you in some way.  If you need our help in the future, please contact us at 334-353-5705.

Sincerely,

Christie Gowan
Consumer Affairs Specialist

cc:      Jessica Heberle, Florida Department of Financial Services

*This document is CONFIDENTIAL.  It is Confidential Supervisory Information and the Property of the Alabama State Banking Department.  This document is part of a Special Examination of the Department and subject to all the confidentiality restrictions contained in Alabama Code Sections 5-3A-3 and 5-3A-11.  It is not subject to any subpoena other than a Grand Jury Subpoena issued to the Alabama State Banking Department.  Disclosure of this document may be considered a Criminal Act.*

Exhibit Q

**COLDSTREAM MINISTRIES©**

Private Ecclesiastical Trust

c/o 10020 Carolina Street

Bonita Springs, Florida Republic [34135]

Veritas supra omnia

Date: October 14, 2025

To:
Regions Bank – Attention: Legal Department
1900 Fifth Avenue North
Birmingham, Alabama 35203

CC:
Corporation Service Company (Registered Agent for Regions Bank)
1201 Hays Street
Tallahassee, Florida 32301

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Birmingham, AL 35203

| Certified Mail Fee | $5.30 | | 0407 |
| $ | | $0.00 | 06 |
| Extra Services & Fees (check box, add fee as appropriate) | | $0.00 | |
| ☐ Return Receipt (hardcopy) | $ | | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $0.78 | | |
| $ | | | 10/15/2025 |
| Total Postage and Fees | | | Void Arbitration* |
| $6.08 | | | |

Sent To: Regions Bank Legal Compliance
Street and Apt. No., or PO Box No. 1900 Fifth Ave North
City, State, ZIP+4® Birmingham, Alabama Republic 35203

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 3527 1471 25

**NOTICE OF REFUTATION AND REBUTTAL OF ARBITRATION AUTHORITY**

Re: Deposit Agreement Addendum (Effective September 1, 2024)

To Whom It May Concern:

This correspondence constitutes formal notice of refutation and rebuttal of any claim that Regions Bank holds authority to impose or enforce the arbitration provisions contained within the Deposit Agreement Addendum effective September 1, 2024 upon the private ecclesiastical trust known as Coldstream Ministries©.

Coldstream Ministries© is a private member ecclesiastical trust functioning outside the statutory and commercial public domain. No officer, agent, or representative of Regions Bank has ever entered into a knowing, willing, and intentional meeting of the minds with the Trustees of this private trust to submit to arbitration or to any corporate forum governed by Title 9 U.S.C. § 1 et seq. (Federal Arbitration Act).

Any assumption of consent by Regions is void ab initio and without lawful consideration. The private trust has never waived its rights nor granted Regions any delegation of

authority to adjudicate matters through commercial arbitration. All signatures placed upon any Regions signature card were executed solely in limited fiduciary capacity, explicitly without recourse, without prejudice, by: [trustee name], Trustee, and all rights reserved U.C.C. § 1-308. These reservations remain in full force and serve as continuous notice of conditional and non-assenting participation.

Accordingly, any attempt by Regions Bank to compel or initiate arbitration against Coldstream Ministries© shall constitute trespass upon private trust property, commercial dishonor, and breach of fiduciary duty. This Trust remains open to good-faith private administrative settlement or direct correspondence by authorized officers only, without waiver of any rights, privileges, or immunities.

Respectfully submitted in honor,

By: _____

Jennifer-Leigh Caldwell, Trustee

Coldstream Ministries© — Private Ecclesiastical Trust

All Rights Reserved – Without Recourse – Without Prejudice – U.C.C. 1-308