UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

Daman-Thomas Caldwell and

Jennifer-Leigh Caldwell,

Plaintiffs,

v.

Regions Bank, N.A.,

Defendant.

Case No. 2:25-cv-00993-KCD-DNF

**NOTICE OF FILING FIRST AMENDED COMPLAINT**

Plaintiffs, Daman-Thomas Caldwell and Jennifer-Leigh Caldwell, appearing in propria persona and sui juris, hereby give notice of filing their First Amended Complaint pursuant to the Court's Order dated December 8,

2025. The amended complaint identifies the proper real parties in interest and supersedes the original complaint filed in this matter.

A copy of the First Amended Complaint is attached hereto.

## CERTIFICATE OF SERVICE

I hereby certify that on this 11 day of Dec, 2025, a true and correct copy of the foregoing Notice of Filing First Amended Complaint was served pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, via U.S. Postal Service Priority Mail with tracking, upon the following counsel for Defendant:

Joshua H. Roberts

Holland & Knight LLP

50 North Laura Street, Suite 3900

Jacksonville, FL 32202

Email: josh.roberts@hklaw.com

Luis E. Balart, Jr.

Holland & Knight LLP

100 North Tampa Street, Suite 4100

Tampa, FL 33602

Email: luis.balart@hklaw.com

Respectfully submitted,

_____ AKR

Daman-Thomas Caldwell

in propria persona, sui juris

c/o 10020 Carolina Street

Bonita Springs, Florida Republic [34135]

_____ ARR

Jennifer-Leigh Caldwell

in propria persona, sui juris

c/o 10020 Carolina Street

Bonita Springs, Florida Republic [34135]

Phone: 719-257-8034

DTCTrust1975@gmail.com