

U.S. POSTAGE PAID
PM
BONITA SPRINGS, FL 34135
DEC 26, 2025

33901   $11.90

RDC 03   0 Lb 3.50 Oz   S2324K504192-4

**UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: CALDWELL
c/o 10020 Carolina Street
Bonita Springs, Florida [34135]
Non-Domestic    ARR, UCC 1-308
Non-Assumpsit

TO: Clerk's Office
U.S. District Court / Ft. Myers
2110 First Street, 2nd floor
Fort Myers, Florida [33901]

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.



International shipments, the maximum weight is 20 lbs.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

DEC 29 2025 AM11:42
RCVD - USDC - FLMD - FTM

PRIORITY
MAIL



# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

For Domestic shipments, the maximum weight is 70 lb