UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAMAN-THOMAS CALDWELL
and JENNIFER-LEIGH
CALDWELL,

    Plaintiffs,

v.                                Case No.:  2:25-cv-993-KCD-DNF

REGIONS BANK, N.A.,

    Defendant.
_____/

## ORDER

This matter is before the Court on Defendant Regions Bank, N.A.'s Motion to Stay Discovery and Case Management Deadlines (Doc. 22). Defendant seeks to stay all discovery and case management deadlines until the pending Second Motion to Dismiss Amended Complaint (Doc. 22) is determined. No response to the motion was filed and the time to respond has passed. Under Local Rule 3.01(d), "[i]f a party fails to timely respond, the motion is subject to treatment as unopposed." Thus, the Court will deem the motion unopposed.

Under Federal Rule of Civil Procedure 26(c), a party from whom discovery is sought may move for protection and, for good cause, a court may issue an order to stay discovery and other deadlines. District courts have the inherent authority to control their dockets and manage their cases, and this authority includes the

discretion to stay the proceedings. *Fitzgerald Motors, Inc. v. FCA US LLC*, No. 8:19-cv-2661-T-35AAS, 2020 WL 1139092, at *1 (M.D. Fla. Mar. 9, 2020). While a stay of an action is disfavored, if a preliminary review of a pending dispositive motion shows it has meritorious arguments and is dispositive, then a court has discretion to stay discovery and the remaining deadlines in the case. *See Safe Haven Baby Boxes v. Safe Haven for Newborns Gloria M. Silverio Found.*, No. 2:24-cv-51-JLB-KCD, 2024 WL 4416815, at *1 (M.D. Fla. Oct. 4, 2024).

Based on a review of the Second Motion to Dismiss the Amended Complaint (Doc. 22) and a review of the December 8, 2025 Order (Doc. 14), the Court finds that within its discretion, there is good cause to stay discovery and the case management deadlines in the case. This stay of discovery and the case management deadlines will be lifted when an answer is filed.

Accordingly, it is hereby **ORDERED**:

The Motion to Stay Discovery and Case Management Deadlines (Doc. 22) is **GRANTED** and the discovery and case management deadlines are stayed pending an answer being filed.

**DONE** and **ORDERED** in Fort Myers, Florida on January 26, 2026.

*/s/ Douglas N. Frazier*
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties